AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**APPEARANCE**

Case Number:    04-30046-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    ALBERT INNARELLI    *For Arr.*

Date: 9/23/04

Signature: [signed]

Print Name: Mark Mastroianni

Address: 95 State St

City: Spfld    State: Ma    Zip Code:

Phone Number: 732-0222