

U.S. Department of Justice

United States Attorney
District of Massachusetts

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT

---

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

October 7, 2004

James W. Bergenn, Esq.
99 Summer Street
Suite 1620
Boston, MA   02110

Steven W. Leary, Esq.
95 State Street
Springfield, MA   01103

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA   01103

Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA   01105

William H. Kettlewell, Esq.
Dwyer & Collora
600 Atlantic Avenue
Boston, MA   02210

Robert Santaniello, Jr., Esq.
Santaniello, Posnik & Basile
83 State Street
Springfield, MA   01103

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA   01103

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street
Springfield, MA 01103

Daniel D. Kelly, Esq.
Robinson, Donovan, Madden &
   Barry
1500 Main Street
P.O. Box 15609
Springfield, MA   01103

   Re:   **United States v. Albert Innarelli, et al.**
         **CR-N-04-30046-MAP**

Dear Counsel:

   This letter shall respond to your requests for automatic discovery under the Local Rules.

1

**A. Discovery Pursuant to Fed.R.Crim.Pro. 16(a)(1)(A) - (D)**

    **1.    Statements of the Defendant**

        a.    IRS Memorandum of Interview of Albert Innarelli, dated 04/24/02 (1 page);

        b.    IRS Memorandum of Interview of Albert Innarelli, dated 05/21/02 (4 pages);

        c.    IRS Memorandum of Activity of Albert Innarelli, dated 05/21/02 (2 pages);

        d.    IRS Memorandum of Interview of Albert Innarelli, dated 05/30/02 (2 pages);

        e.    Grand Jury Testimony of Albert Innarelli, dated 06/06/02 (5 pages);

        f.    IRS Memorandum of Interview of Michael Bergdoll, dated 01/17/03 (2 pages);

        g.    IRS Memorandum of Interview of Michael Bergdoll, dated 02/13/03 (1 pages);

        h.    IRS Memorandum of Interview of Michael Bergdoll, dated 03/12/03 (5 pages);

        i.    IRS Arrest Report for Michael Bergdoll, dated 09/23/04 (2 pages);

        j.    IRS Memorandum of Interview of Anthony Matos, dated 09/30/02 (1 pages);

        k.    IRS Memorandum of Interview of Anthony Matos, dated 02/06/03 (1 page);

        l.    Handwriting exemplars of Anthony Matos, dated 02/13/03 (9 pages);

        m.    Grand Jury Testimony of Anthony Matos, dated 10/10/02 (5 pages);

        n.    Grand Jury Testimony of Theodore Jarrett, dated 09/07/00 (13 pages);

        o.    IRS Memorandum of Interview of Theodore Jarrett, dated 05/01/03 (3 pages);

      p.    Grand Jury Testimony of Theodore Jarrett, dated 05/09/02 (52 pages);

      q.    FBI 302 of Arthur Sotirion, dated 01/08/03 (1 page);

      r.    Massachusetts State Police Report, dated 01/05/00, for Joseph Sullivan (1 page);

      s.    Massachusetts State Police Report, dated 07/24/00, for Joseph Sullivan (1 page);

      t.    Massachusetts State Police Report, dated 11/15/00, for Joseph Sullivan (1 page);

      u.    Massachusetts State Police Report, dated 01/19/01, for Joseph Sullivan (1 page); and,

      v.    IRS Memorandum of Interview of Joseph Sullivan, dated 10/02/02 (2 pages).

**2.  Defendants' Prior Record**

NCIC printouts of all defendants enclosed.

**3.  Documents and Tangible Objects**

The IRS is currently in possession of loan files, seized documents, documents, imaged computer hard drives, photographs and other tangible objects received pursuant to grand jury subpoena, search warrant, and/or consent search.  Please schedule an appointment with this office to arrange for a review of these materials.

After a review of these materials, you may designate those documents that you wish to have copied.  Copies may be obtained by making arrangements with a local copy center.

**4.  Reports of Examinations and Tests**

None.

**B. Search Materials**

    1.    **Search Warrant Applications, Affidavits, and Returns**

<u>1113 Main Street - Search No. 02m629</u>

    a. Search warrant and inventory;

    b. Search warrant application and affidavit;

<u>1113 Main Street - Search No. 02m633</u>

    a. Search warrant and inventory;

    b. Search warrant application and affidavit;

<u>10 Beechwood Drive - Search No. 03m607</u>

    a. Search warrant and inventory;

    b. Search warrant application and affidavit;

<u>494 Central - Search No. 04m620KPN</u>

    a. Search warrant and inventory;

    b. Search warrant application and affidavit;

<u>89 Hall Street - Search No. 04m621KPN</u>

    a. Search warrant and inventory;

    b. Search warrant application and affidavit;

**2. Written Description of Consent Searches and Inventory**

None.

**C. Electronic Surveillance**

**1. Written Description of Any Intercept**

None.

**2. Statement Whether or Not the Government Intends to Offer Intercepts in its Case-in-Chief**

Not Applicable.

4

    3. **Title III Applications, Affidavit, and Court Orders**

    None.

D. **Consensual Intercepts**

    1. **Written Description of Any Intercept**

    This information will be supplied under separate cover.

E. **Known Unindicted Co-conspirators**

    This information will be supplied under separate cover.

F. **Identifications**

    1. **Written Statement Whether or Not Used for Any Witness**

    None.

    2. **Evidence Reflecting Identification Procedure**

    None.

G. **Exculpatory Information, Promises, Rewards or Inducements**

    This information will be supplied under separate cover.

    Very truly yours,

    MICHAEL J. SULLIVAN
    United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant United States Attorney

enc.

cc: Court clerk