UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>1. ALBERT INNARELLI,<br>2. MICHAEL BERGDOLL,<br>3. ANTHONY MATOS,<br>4. PASQUALE ROMEO,<br>5. WILFRED CHANGASIE,<br>6. THEODORE JARRETT,<br>7. MARK McCARTHY,<br>8. JAMES SMITH,<br>9. JONATHANN FREDERICK, and<br>10. JOSEPH SULLIVAN,<br><br>Defendants. | CRIM. NO. 04-30046-MAP |



### MOTION FOR ADMISSION PRO HAC VICE
### OF MOIRA L. BUCKLEY

The undersigned, a member of the bar of this Court, hereby moves for the admission pro hac vice of Moira L. Buckley ("Attorney Buckley") of Shipman & Goodwin LLP in the above-captioned proceeding to represent Albert Innarelli, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules").

As detailed in the Affidavit of Moira L. Buckley, annexed hereto as Exhibit A, Attorney Buckley is a member in good standing of the bar of the State of Connecticut, as well as of the bar of the United States District Court for the District of Connecticut. The attached Affidavit also establishes that Attorney Buckley has not been denied admission or disciplined by this Court or by any other Court.

Pursuant to the Local Rules, a $50 filing fee covering Attorney Buckley's admission has been tendered to the Clerk with the filing of this Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an order permitting Moira L. Buckley to represent Albert Innarelli in the above-captioned action, and for such other relief as may be appropriate.

Dated: October 8, 2004

**DEFENDANT,
ALBERT INNARELLI**
By His Attorney

_____
Gregg P. Goumas (BBO #643661)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

## CERTIFICATE OF SERVICE

I, Gregg P. Goumas, hereby certify that on this 8th day of October, 2004, I served a copy of the foregoing motion on all parties to this action by mailing same, via First Class Mail, postage prepaid, to all counsel of record.

Signed under the pains and penalties of perjury.

_____
Gregg P. Goumas