## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CRIM. NO. 04-30046-MAP** |
| | ) | |
| **1. ALBERT INNARELLI,** | ) | |
| **2. MICHAEL BERGDOLL,** | ) | |
| **3. ANTHONY MATOS,** | ) | |
| **4. PASQUALE ROMEO,** | ) | |
| **5. WILFRED CHANGASIE,** | ) | |
| **6. THEODORE JARRETT,** | ) | |
| **7. MARK McCARTHY,** | ) | |
| **8. JAMES SMITH,** | ) | |
| **9. JONATHANN FREDERICK, and** | ) | |
| **10. JOSEPH SULLIVAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF MOIRA L. BUCKLEY
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Moira L. Buckley, being duly sworn, deposes and says:

1.    I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.    I submit this Affidavit in support of the Motion for Admission Pro Hac Vice filed by the Defendant, Albert Innarelli, in the above-captioned matter.

3.    I am an attorney in good standing and eligible to practice law before the courts of the State of Connecticut, as well as the United States District Court for the District of Connecticut.

4.    I am an associate with the law firm of Shipman & Goodwin LLP.

5.    My office is located at One Constitution Plaza, Hartford, Connecticut, 06103.

6.    I have never been denied admission to nor disciplined by any court.

7.    I am familiar with the local rules of the District of Massachusetts.

8.    All of the above is true to my knowledge and if I am called to testify to the above I could do so competently.

Signed under the penalties and perjury, this 8th day of October, 2004.

_Moira L. Buckley_
Moira L. Buckley