AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

## APPEARANCE

Case Number: 3:04-cr-30046 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Albert V. Innarelli

I certify that I am admitted to practice in this court.

Pursuant to Pro Hac Vice application granted 10/13/04

_October 14, 2004_
Date

Signature

Moira L. Buckley   G 18803
Print Name                                   Bar Number
Shipman & Goodwin LLP

One Constitution Plaza
Address

Hartford         CT         06103
City            State        Zip Code

(860) 251-5836            (860) 251-5219
Phone Number              Fax Number

## CERTIFICATE OF SERVICE

I, Moira L. Buckley, hereby certify that on this 14th day of October, 2004, I served a copy of my appearance on all parties to this action by mailing same, via First Class Mail, postage prepaid, to the following counsel of record:

William M. Welch
Office of the United States Attorney
1550 Main Street
Springfield, MA 01103
Tel. (413) 785-0237
Fax (413) 785-0394

Maria R. Durant
Dwyer & Collora, LLP
Federal Reserve Bank, 12th Floor
600 Atlantic Avenue
Boston, MA 02210
Tel. (617) 371-1000
Fax (617) 371-1037

Mark G. Mastroianni
Law Office of Mark G. Mastroianni
Suite 309
95 State Street
Springfield, MA 01103
Tel. (413) 732-0222
Fax (413) 746-4971

Mark J. Albano
Dalsey, Ferrera & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. (413) 736-6971
Fax (413) 746-9224

Jack F. St. Clair
73 Chestnut Street
Springfield, MA 01103
Tel. (413) 737-5000
Fax (413) 731-1302

Michael O. Jennings
73 Chestnut Street
Springfield, MA 01103
Tel. (413) 781-6540

Vincent A. Bongiorni
95 State Street
Springfield, MA 01103
Tel. (413) 732-0222

Steven W. Leary
Steven W. Leary, Attorney at Law
Suite 309
95 State Street
Springfield, MA 01103
Tel. (413) 737-1489
Fax (413) 733-0238

Daniel D. Kelly
Robinson and Donovan PC
1500 Main Street
Suite 1600
Springfield, MA 01115
Tel. (413) 723-2301
Fax (413) 785-4658

Robert T. Santaniello
Santaniello, Posnik & Basile, P.C.
83 State Street
Springfield, MA 01103
Tel. (413) 781-2130

Mark D. Sullivan
Keyes & Donnellan, PC
293 Bridge Street, Suite 600
Springfield, MA 01103
Tel. (413) 781-6540

                                          /s/ Moira L. Buckley
                                          Moira L. Buckley
                                          Shipman and Goodwin, LLP
                                          One Constitution Plaza
                                          Hartford, CT  06106
                                          Tel. (860) 251-5836
                                          Fax (860) 251-5219
                                          mbuckley@goodwin.com