**Shipman & Goodwin LLP®**
COUNSELORS AT LAW

One Constitution Plaza
Hartford, Connecticut 06103-1919
Phone: (860) 251-5000

Moira L. Buckley, Esq.
Phone: (860) 251-5836
Fax: (860) 251-5219
mbuckley@goodwin.com

November 4, 2004

William M. Welch, III
Assistant United States Attorney
United States Attorney
District of Massachusetts
Federal Building & Courthouse
1550 Main Street
Springfield, Massachusetts 01103

Re:   United States v. Albert Innarelli, et al.
      Crim. No. 04-30046-MAP

Dear Attorney Welch:

Pursuant to Magistrate's Neiman's September 24, 2004 Scheduling Order, this letter constitutes a discovery request pursuant to LR 116.3(A) and (H).

Specifically, the defendant requests the following:

1. Any and all documents in the government's possession that relate to each and every property listed in Counts One through Sixty-Four of the indictment in the above-referenced case;

2. Any and all documents in the government's possession that have been utilized by the government to support the allegation that the loss amount exceeds $7,000,000.00 as specified by the government in paragraph one of the Notice of Additional Factors;

3. Any and all documents in the government's possession that have been utilized by the government to support the allegation that the

1

number of victims exceeds fifty as specified by the government in paragraph two of the Notice of Additional Factors; and

4. Any and all documents in the government's possession that have been utilized by the government to support the allegation that the defendants derived more than $1,000,000.00 in gross receipts as specified by the government in paragraph three of the Notice of Additional Factors

Please contact me if you have any questions regarding this request. Thank you.

Very truly yours,

/Moira L. Buckley

Cc: Hon. Michael A. Ponsor
United States District Court Judge
Hon. Kenneth P. Neiman
United States Magistrate Judge
William Welch
Assistant United States Attorney
Mark J. Albano, Esq.
Vincent Bongiorni, Esq.
Maria R. Durant, Esq.
Michael O. Jennings, Esq.
Daniel D. Kelly, Esq.
Steven W. Leary, Esq.
Mark Mastroianni, Esq.
Robert T. Santaniello, Esq.
Jack F. St. Clair, Esq.
Mark D. Sullivan, Esq.

## CERTIFICATE OF SERVICE

     I, Moira L. Buckley, hereby certify that on this 4th day of November, 2004, I served a copy of the foregoing request for discovery to the United States Attorney via hand delivery and to all defense counsel of record via first class mail, postage prepaid:

William M. Welch
Office of the United States Attorney
1550 Main Street
Springfield, MA 01103
Tel. (413) 785-0237
Fax (413) 785-0394

Maria R. Durant
Dwyer & Collora, LLP
Federal Reserve Bank, 12th Floor
600 Atlantic Avenue
Boston, MA 02210
Tel. (617) 371-1000
Fax (617) 371-1037

Mark G. Mastroianni
Law Office of Mark G. Mastroianni
Suite 309
95 State Street
Springfield, MA 01103
Tel. (413) 732-0222
Fax (413) 746-4971

Mark J. Albano
Dalsey, Ferrera & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. (413) 736-6971
Fax (413) 746-9224

Jack F. St. Clair
73 Chestnut Street
Springfield, MA 01103
Tel. (413) 737-5000
Fax (413) 731-1302

Michael O. Jennings
73 Chestnut Street
Springfield, MA 01103
Tel. (413) 781-6540

Vincent A. Bongiorni
95 State Street
Springfield, MA 01103
Tel. (413) 732-0222

Steven W. Leary
Steven W. Leary, Attorney at Law
Suite 309
95 State Street
Springfield, MA 01103
Tel. (413) 737-1489
Fax (413) 733-0238

Daniel D. Kelly
Robinson and Donovan PC
1500 Main Street
Suite 1600
Springfield, MA 01115
Tel .(413) 723-2301
Fax (413) 785-4658

Robert T. Santaniello
Santaniello, Posnik & Basile, P.C.
83 State Street
Springfield, MA 01103
Tel. (413) 781-2130

Mark D. Sullivan
Keyes & Donnellan, PC
293 Bridge Street, Suite 600

                        Springfield, MA  01103
                        Tel. (413) 781-6540

*/s/ Moira L. Buckley*
Moira L. Buckley
Shipman and Goodwin, LLP
One Constitution Plaza
Hartford, CT  06106
Tel. (860) 251-5836
Fax (860) 251-5219
mbuckley@goodwin.com

- 2 -