UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.      )<br>)<br>)<br>ALBERT INNARELLI, et al.,      )<br>        Defendants      ) | Criminal No. 04-30046-MAP |

INTERIM SCHEDULING ORDER
November 15, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this day:

1. By January 24, 2005, each Defendant shall notify the Government which documents he wishes to have copied and copies then shall be provided by the Government by February 9, 2005.

2. Defendants shall arrange for the transcription of all tapes and CDs to one another by February 9, 2005.

3. An interim status conference shall be held on February 15, 2005, at 1:30 p.m. in Courtroom III.

4. On or before the close of business, February 14, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman

                      KENNETH P. NEIMAN
                      U.S. Magistrate Judge