UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30046-MAP |
| ) | |
| ALBERT INNARELLI, et al., ) | |
| Defendants ) | |

INTERIM STATUS REPORT
November 15, 2004

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled an Interim Status Conference for February 15, 2005.

3. The parties -- and the court -- have agreed and determined that no time has run on the Speedy Trial Clock through today. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge