UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

UNITED STATES OF AMERICA　　　:　　NO. 04-30046-MAP
　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
ALBERT INNARELLI ET AL,　　　　:
　　　　　Defendants.　　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:　　DECEMBER 9, 2004

## MOTION OF DEFENDANT ALBERT INNARELLI TO MODIFY CONDITIONS OF RELEASE WITH RESPECT TO TRAVEL RESTRICTIONS

The defendant, Albert Innarelli, respectfully moves that the conditions of his pretrial release restricting his travel to the Commonwealth of Massachusetts and the State of Connecticut be modified. Within the next two weeks, the defendant is required to travel to Providence, Rhode Island and North Smithfield, Rhode Island for business purposes. These trips will take place on the same day, therefore they will not require an over-night stay.

The date of these trips is contingent upon factors beyond Mr. Innarelli's control, therefore he cannot provide the Court with the exact date of travel at this time, but will provide his pre-trial services officer with the date when he learns of it. Counsel can represent that Mr. Innarelli's destinations are 76 Westminster Street in Providence, RI and the Town Hall in North Smithfield, RI.

1

Mr. Innarelli also requests that this Court modify the conditions of release to endow Mr. Innarelli's pre-trial services officer with the discretion to allow any further business travel outside of the Commonwealth and the State of Connecticut.

Additionally, Mr. Innarelli respectfully requests that this Court modify his travel restrictions to allow him to attend his son's out-of-state[1] hockey games. Mr. Innarelli is one of the coaches for his son's team. Mr. Innarelli is in the process of learning the team's out-of-state schedule and requests the Court's permission to seek approval for such travel from his pre-trial services officer, providing her with all necessary information, rather than having to file a motion for permission to travel each time the hockey team has an out-of-state game. Mr. Innarelli is aware that the next out-of-state game will be in Millbrook, New York.

Counsel for the Government does not oppose this motion.

**WHEREFORE,** based on the reasons stated herein, the defendant respectfully requests that the Court grant this motion.

DEFENDANT,
ALBERT INNARELLI,

By: _____
Moira L. Buckley
Fed. Bar No. ct18803
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-2819

---

[1] The defendant recognizes that he is allowed to travel to Connecticut.

2

(860) 251-5836
(860) 251-5219 (fax)
mbuckley@goodwin.com

## CERTIFICATE OF SERVICE

I, Moira L. Buckley, hereby certify that on this 9th day of December, 2004, I served a copy of the foregoing motion to the following parties via U.S. mail, first-class, postage prepaid:

William M. Welch
Office of the United States Attorney
1550 Main Street
Springfield, MA  01103
Tel. (413) 785-0237
Fax (413) 785-0394

Maria R. Durant
Dwyer & Collora, LLP
Federal Reserve Bank, 12th Floor
600 Atlantic Avenue
Boston, MA 02210
Tel. (617) 371-1000
Fax (617) 371-1037

Mark G. Mastroianni
Law Office of Mark G. Mastroianni
Suite 309
95 State Street
Springfield, MA  01103
Tel. (413) 732-0222
Fax (413) 746-4971

Mark J. Albano
Dalsey, Ferrera & Albano
73 State Street, Suite 101
Springfield, MA  01103
Tel. (413) 736-6971
Fax (413) 746-9224

Jack F. St. Clair
73 Chestnut Street
Springfield, MA  01103
Tel. (413) 737-5000
Fax (413) 731-1302

Michael O. Jennings
73 Chestnut Street
Springfield, MA 01103
Tel. (413) 781-6540

Vincent A. Bongiorni
95 State Street
Springfield, MA  01103
Tel. (413) 732-0222

Steven W. Leary, Esq.
Suite 309
95 State Street
Springfield, MA  01103
Tel. (413) 737-1489
Fax (413) 733-0238

Daniel D. Kelly
Robinson and Donovan PC
1500 Main Street
Suite 1600
Springfield, MA 01115
Tel .(413) 723-2301
Fax (413) 785-4658

Robert T. Santaniello
Santaniello, Posnik & Basile,
83 State Street
Springfield, MA 01103
Tel. (413) 781-2130

Mark D. Sullivan
Keyes & Donnellan, PC
293 Bridge Street, Suite 600
Springfield, MA  01103
Tel. (413) 781-6540

Moira L. Buckley
Shipman and Goodwin, LLP
One Constitution Plaza
Hartford, CT  06106
Tel. (860) 251-5836
Fax (860) 251-5219
mbuckley@goodwin.com