**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERK'S OFFICE
2005 FEB 14  P 1: 41
U.S. DISTRICT COURT
DIST. MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  CRIM. NO. 04-30046-MAP |
| | ) |
| vs. | ) |
| | ) |
| ALBERT INNARELLI, ET AL., | ) |
| | ) |
| Defendants. | ) |

### PARTIES' JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1.   The parties agree that relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3.  This case has been designated a complex case.  In addition, the Government and defense counsel have been working out logistics regarding discovery.

2.   The Government has received requests for copies of recorded conversations on various tapes and/or CDs from the following defendants:  Changasie, Innarelli, Jarrett, Bergdoll, Romeo, Matos, McCarthy, Smith, and Sullivan.  A complete set has been produced to defendant Changasie.  The Government is currently putting together sets for defendants Innarelli,

1

Jarrett, Bergdoll, Romeo, Matos, McCarthy, Smith and Sullivan. The Government assumes that the remaining defendant does not want copies of the recorded conversations.

3. At this time, the defendants have not completed their review of all of the automatic discovery. Several defense counsel have viewed the discovery and designated what documents that they want copied. Several defense counsel have viewed the discovery, but have not designated what documents they want copied. Finally, several defense counsel have not viewed the discovery. The Government had hoped that it would receive requests from all of the defense counsel so that the requested discovery could be brought to one mutually agreed upon copy center and copied all at once. Otherwise, the discovery will have to be brought to various copy centers at various times, and this will prolong the discovery process.

4. The parties agree that a motion date should not be set under FRCP 12(c) at this time. Until discovery has been copied and reviewed, the parties are not in a position to set any motion dates. The parties anticipate filing motions.

5. Excludable delay should be ordered under 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3) from the date of the last status conference, which occurred on November 15, 2004, to the present. As of November 15, 2004, no time had run on the Speedy Trial Clock.

2

As previously indicated, this case has been designated a complex case. All parties have been attempting to complete the discovery process. Therefore, the court should order that no time has run on the Speedy Trial Clock from the date of the last status conference through February 15, 2005.

6. The parties believe at this point that a trial should be anticipated. At this time, the Government would estimate a trial of two months.

7. A third Interim Status Conference should be set for mid-April, 2005.

Filed this ___th day of February, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


WILLIAM M. WELCH II
Assistant United States Attorney

For defendant Albert Innarelli


MOIRA L. BUCKLEY, ESQ.
Counsel for defendant Innarelli

For defendant Michael Bergdoll


STEVEN LEARY, ESQ.
Counsel for defendant Bergdoll

3

For defendant Anthony Matos:

_____

VINCENT BONGIORNI, ESQ.
Counsel for defendant Matos

For defendant Pasquale Romeo

_____

MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

For defendant Wilfred Changasie

_____

TERRY NAGEL, ESQ.
Counsel for defendant Changasie

For defendant Theodore Jarrett

_____

MARIA DURANT, ESQ.
Counsel for defendant Jarrett

For defendant Mark McCarthy

_____

ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

For defendant James Smith

_____

JACK ST. CLAIR, ESQ.
Counsel for defendant Smith

4

For defendant Jonathan Frederick


_____

MARK ALBANO, ESQ.
Counsel for defendant Frederick

For defendant Joseph Sullivan


_____

DANIEL KELLY, ESQ.
Counsel for defendant Sullivan

CERTIFICATE OF SERVICE

Hampden,  ss.                          Springfield, Massachusetts
                                       February 14, 2005


     I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by faxing said
motion to:

Moira L. Buckley, Esq.                 Steven W. Leary, Esq.
Shipman & Goodwin                      95 State Street
One Constitutional Plaza               Springfield, MA   01103
Hartford, CT   06103-1919

Vincent A. Bongiorni, Esq.             Michael O. Jennings, Esq.
95 State Street                        73 Chestnut Street
Springfield, MA   01103                Springfield, MA   01105

Terry S. Nagel, Esq.                   Maria Durant, Esq.
95 State Street                        Dwyer & Collora
Springfield, MA   01103                600 Atlantic Avenue
                                       Boston, MA   02210

Robert Santaniello, Jr., Esq.          Jack St. Clair, Esq.
Santaniello, Posnik & Basile           73 Chestnut Street
83 State Street                        Springfield, MA   01103
Springfield, MA   01103

Mark J. Albano, Esq.                   Daniel D. Kelly, Esq.
Dalsey, Ferrara & Albano               Robinson, Donovan, Madden &
73 State Street                          Barry
Springfield, MA 01103                  1500 Main Street
                                       P.O. Box 15609
                                       Springfield, MA   01103

6

For defendant Anthony Matos:


_____

VINCENT BONGIORNI, ESQ.
Counsel for defendant Matos

For defendant Pasquale Romeo


_____

MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

For defendant Wilfred Changasie


_____

TERRY NAGEL, ESQ.
Counsel for defendant Changasie

For defendant Theodore Jarrett


_____

MARIA DURANT, ESQ.
Counsel for defendant Jarrett

For defendant Mark McCarthy


_____

ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

For defendant James Smith


_____

JACK ST. CLAIR, ESQ.
Counsel for defendant Smith


4

For defendant Jonathan Frederick


_____
MARK ALBANO, ESQ.
Counsel for defendant Frederick

For defendant Joseph Sullivan


_____
DANIEL KELLY, ESQ.
Counsel for defendant Sullivan

5