UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>ALBERT INNARELLI et al., )<br>         Defendants ) | Criminal No. 04-30046-MAP |

INTERIM STATUS REPORT
February 15, 2005

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled an interim Status Conference for April 14, 2005.

3. The parties -- and the court -- have agreed and determined that no time has run on the Speedy Trial Clock. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge