UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                              )<br>)<br>)<br>ALBERT INNARELLI, et al.,               )<br>          Defendants   ) | Criminal No. 04-30046-MAP |

INTERIM SCHEDULING ORDER
April 14, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day.

1. The Government shall forthwith provide copies of any outstanding documents requested by Defendants.

2. Consistent with the provisions of LR 116.3(E) through (H), any and all discovery motions shall be filed on or before June 10, 2005.

3. A response to any motion shall be filed on or before fourteen days after the motion has been filed and, in no case, later than June 24, 2005.

4. A final status conference will be held on June 30, 2005, at 2:30 p.m. in Courtroom III.

5. On or before the close of business, June 28, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN

U.S. Magistrate Judge