UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.           )<br>)<br>)<br>ALBERT INNARELLI, et al.,   )<br>            Defendants   ) | Criminal No. 04-30046-MAP |

INTERIM SCHEDULING ORDER
June 30, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. An interim status conference will be held on October 5, 2005, at 2:30 p.m. in Courtroom III.

2. On or before the close of business, October 3, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge