UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-30046-MAP |
| ) | |
| ALBERT INNARELLI, et al., ) | |
|      Defendants ) | |

INTERIM STATUS REPORT
June 30, 2005

NEIMAN, U.S.M.J.

The court held an interim Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled another interim Status Conference for October 5, 2005.

3. The parties -- and the court -- have agreed and determined that no time has yet run on the Speedy Trial Clock. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

                                              /s/   Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge