UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>ALBERT INNARELLI, et al., )<br>           Defendants )| Criminal Action No. 04-30046-MAP |

INTERIM STATUS REPORT
October 5, 2005

NEIMAN, U.S.M.J.

The court held a status conference this day pursuant to Local Rule 116.5 with respect to nine of the thirteen defendants, all of whom entered not guilty pleas on the superseding indictment. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Final Status Conference for December 8, 2005.

3. There are no other matters relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge