

**U.S. Department of Justice**

FILED
IS OFFICE

2005 OCT -7 P 5: 42

*United States Attorney*
*District of Massachusetts*

US
—

---

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

October 7, 2005

Kevin G. Murphy, Esq.
115 State Street
Springfield, MA  01103

Page Kelly, Esq.
Federal Public Defender
408 Atlantic Avenue
3rd Floor
Boston, MA  02210

Gary A. Ensor, Esq.
34 Bridge Street
South Hadley, MA  01075

     **Re:  United States v. Albert Innarelli, et al.**
         **CR-N-04-30046-MAP**

Dear Counsel:

    This letter shall respond to your requests for automatic discovery under the Local Rules.

**A. Discovery Pursuant to Fed.R.Crim.Pro. 16(a)(1)(A) - (D)**

    **1.   Statements of the Defendants**

        a.   IRS Memorandum of Interview of Albert
            Innarelli, dated 04/24/02 (1 page);

        b.   IRS Memorandum of Interview of Albert
            Innarelli, dated 05/21/02 (4 pages);

        c.   IRS Memorandum of Activity of Albert
            Innarelli, dated 05/21/02 (2 pages);

d.  IRS Memorandum of Interview of Albert
    Innarelli, dated 05/30/02 (2 pages);

e.  Grand Jury Testimony of Albert Innarelli,
    dated 06/06/02 (5 pages);

f.  IRS Memorandum of Interview of Michael
    Bergdoll, dated 01/17/03 (2 pages);

g.  IRS Memorandum of Interview of Michael
    Bergdoll, dated 02/13/03 (1 pages);

h.  IRS Memorandum of Interview of Michael
    Bergdoll, dated 03/12/03 (5 pages);

i.  IRS Arrest Report for Michael Bergdoll, dated
    09/23/04 (2 pages);

j.  IRS Memorandum of Interview of Anthony Matos,
    dated 09/30/02 (1 pages);

k.  IRS Memorandum of Interview of Anthony Matos,
    dated 02/06/03 (1 page);

l.  Handwriting exemplars of Anthony Matos, dated
    02/13/03 (9 pages);

m.  Grand Jury Testimony of Anthony Matos, dated
    10/10/02 (5 pages);

n.  Grand Jury Testimony of Theodore Jarrett,
    dated 09/07/00 (13 pages);

o.  IRS Memorandum of Interview of Theodore
    Jarrett, dated 05/01/03 (3 pages);

p.  Grand Jury Testimony of Theodore Jarrett,
    dated 05/09/02 (52 pages);

q.  FBI 302 of James Smith, dated 01/08/03 (1
    page);

r.  Massachusetts State Police Report, dated
    01/05/00, for Joseph Sullivan (1 page);

s.  Massachusetts State Police Report, dated
    07/24/00, for Joseph Sullivan (1 page);

t.   Massachusetts State Police Report, dated
     11/15/00, for Joseph Sullivan (1 page);

u.   Massachusetts State Police Report, dated
     01/19/01, for Joseph Sullivan (1 page); and,

v.   IRS Memorandum of Interview of Joseph
     Sullivan, dated 10/02/02 (2 pages).

w.   IRS Memorandum of Interview of Edgar Corona,
     dated 11/13/03 (4 pages);

x.   IRS Memorandum of Interview of Kathryn Zepka,
     dated 09/05/02 (3 pages); and,

y.   IRS Memorandum of Interview of Kathryn Zepka,
     dated 02/19/03 (2 pages).

**2.   Defendants' Prior Record**

NCIC printouts of all defendants enclosed.

**3.   Documents and Tangible Objects**

The IRS is currently in possession of loan files,
seized documents, documents, imaged computer hard
drives, photographs and other tangible objects received
pursuant to grand jury subpoena, search warrant, and/or
consent search.  Please schedule an appointment with
this office to arrange for a review of these materials.

After a review of these materials, you may designate
those documents that you wish to have copied.  Copies
may be obtained by making arrangements with a local
copy center.

**4.   Reports of Examinations and Tests**

None.

**B. Search Materials**

**1.   Search Warrant Applications, Affidavits, and
     Returns**

1113 Main Street - Search No. 02m629

a.   Search warrant and inventory;

3

b.   Search warrant application and affidavit;

1113 Main Street - Search No. 02m633

a.   Search warrant and inventory;

b.   Search warrant application and affidavit;

10 Beechwood Drive - Search No. 03m607

a.   Search warrant and inventory;

b.   Search warrant application and affidavit;

494 Central - Search No. 04m620KPN

a.   Search warrant and inventory;

b.   Search warrant application and affidavit;

89 Hall Street - Search No. 04m621KPN

a.   Search warrant and inventory;

b.   Search warrant application and affidavit;

2.   **Written Description of Consent Searches and Inventory**

None.

C. **Electronic Surveillance**

1.   **Written Description of Any Intercept**

None.

2.   **Statement Whether or Not the Government Intends to Offer Intercepts in its Case-in-Chief**

Not Applicable.

3.   **Title III Applications, Affidavit, and Court Orders**

None.

4

**D. Consensual Intercepts**

    **1.    Written Description of Any Intercept**

This information will be supplied under separate cover.

**E. Known Unindicted Co-conspirators**

This information will be supplied under separate cover.

**F. Identifications**

    **1.    Written Statement Whether or Not Used for Any Witness**

None.

    **2.    Evidence Reflecting Identification Procedure**

None.

**G. Exculpatory Information, Promises, Rewards or Inducements**

This information will be supplied under separate cover.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:              

WILLIAM M. WELCH II
Assistant United States Attorney

enc.

cc:  Court clerk

5