UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30046-MAP |
| ) | |
| ALBERT INNARELLI, et al., ) | |
| Defendants ) | |

## INTERIM STATUS REPORT
December 8, 2005

NEIMAN, U.S.M.J.

The court held a status conference this day pursuant to Local Rule 116.5 with respect to all Defendants but Lawrence Lynch, Edgar Corona and Kathryn Zepka. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a final Status Conference for January 18, 2006.

3. The parties and the court agree, for the reasons stated in the status report this day, that no time has elapsed on the Speedy Trial Clock. An order of excludable delay shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge