UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ALBERT INNARELLI, ET AL. )<br>Defendants. ) | CRIM. NO. 04-30046-MAP<br><br><br><br>MARCH 3, 2006 |

### DEFENDANT ALBERT INNARELLI'S MOTION TO DISMISS COUNTS ONE THROUGH 68 OF THE SUPERCEDING INDICTMENT

Pursuant to Rules 7(c)(1) and 12(b)(3)(B) F.R.Crim.P., and the fifth and sixth amendments to the United States Constitution, the Defendant, Albert Innarelli, respectfully moves this Honorable Court to dismiss Counts One through 68 of the superseding indictment on the following grounds: Counts One through 68 fail to inform the Defendant of the nature of the charges against him with sufficient specificity, and the conduct alleged in Count 31 of the superseding indictment falls outside of the statute of limitations as prescribed by 18 U.S.C. § 3282.

The Defendant's legal arguments are set out in the attached memorandum of law. The Defendant requests oral argument on this motion.

WHEREFORE, the Defendant respectfully request that the Court grant the relief requested herein.

2

                                                 **DEFENDANT,**
                                                 **ALBERT INNARELLI**
                                                 By His Attorney

                                                 */s/ Moira L. Buckley*
                                                 Moira L. Buckley
                                                 Shipman and Goodwin, LLP
                                                 One Constitution Plaza
                                                 Hartford, CT  06106
                                                 Tel. (860) 251-5836
                                                 Fax (860) 251-5219
                                                 mbuckley@goodwin.com

## CERTIFICATE OF SERVICE

    I, Moira L. Buckley, do hereby certify that I have served a copy of the foregoing Motion and Memorandum of Law on the following parties electronically and via mail, and have filed the foregoing electronically on this 3rd day of March, 2006.

| | |
|---|---|
| Vincent A. Bongiorni, Esq.<br>95 State Street<br>Springfield, MA 01103 | Steven W. Leary, Esq.<br>95 State Street<br>Springfield, MA 01103 |
| Maria Durant, Esq.<br>Dwyer & Collora<br>600 Atlantic Avenue<br>Boston, MA 02210 | Michael O. Jennings, Esq.<br>73 Chestnut Street<br>Springfield, MA 01103 |
| Robert Santaniello, Jr., Esq.<br>Santaniello & Santaniello<br>83 State Street<br>Springfield, MA 01103 | Peter M. Murphy, Esq.<br>101 State Street, Suite 715<br>Springfield, MA 01103 |
| Mark J. Albano, Esq.<br>Dalsey, Ferrara & Albano<br>73 State Street<br>Springfield, MA 01103 | Jack St. Clair, Esq.<br>73 Chestnut Street<br>Springfield, MA 01103 |
| Kevin G. Murphy, Esq.<br>115 State Street<br>Springfield, MA 01103 | Daniel D. Kelly, Esq.<br>101 State Street, Suite 715<br>Springfield, MA 01103 |
| Thomas Kokonowski, Esq.<br>Antonucci & Associates<br>Stockbridge Street<br>Springfield, MA 01103 | Gary A. Ensor, Esq.<br>34 Bridge Street<br>South Hadley, MA 01075 |

_____
Moira L. Buckley, Esq.