UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**

CASE NO. 04-30046-MAP

**ALBERT INNARELLI**

NOTICE OF HEARING

PONSOR
            D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for CHANGE OF PLEA HEARING ON APRIL 14, 2006 AT 11:00 A.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

MARCH 27, 2006                              By:     /s/Elizabeth A. French
   Date                                              Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**