UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALBERT INNARELLI, ET AL.<br>　　Defendants. | CRIM. NO. 04-30046-MAP<br><br><br>APRIL 3, 2006 |

### DEFENDANT ALBERT INNARELLI'S MOTION TO WAIVE ARGUMENT ON MOTION TO DISMISS COUNTS ONE THROUGH 68 OF THE SUPERSEDING INDICTMENT

The defendant, Albert Innarelli, hereby waives his right to oral argument on his March 3, 2006 Motion to Dismiss Counts One through 68 of the Superseding Indictment scheduled for April 4, 2006 at 2:00 p.m. The defendant anticipates that the Motion to Dismiss will become moot with regard to himself, as he is scheduled for a Rule 11 change of plea hearing on April 13, 2006.

DEFENDANT,
ALBERT INNARELLI
By His Attorney

Moira L. Buckley
Shipman and Goodwin, LLP
One Constitution Plaza
Hartford, CT 06106
Tel. (860) 251-5836
Fax (860) 251-5219
mbuckley@goodwin.com

CERTIFICATE OF SERVICE

      I, Moira L. Buckley, do hereby certify that I have served a copy of the foregoing motion on the following parties electronically and via mail, and have filed the foregoing electronically on this 3rd day of April, 2006.

William M. Welch, II
U.S. Attorney's Office
1550 Main Street
Springfield, MA 01103

Kevin G. Murphy, Esq.
115 State Street
Springfield, MA 01103

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA 01103

Maria Durant, Esq.
Dwyer & Collora
600 Atlantic Avenue
Boston, MA 02210

Robert Santaniello, Jr., Esq.
Santaniello & Santaniello
83 State Street
Springfield, MA 01103

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street
Springfield, MA 01103

Thomas Kokonowski, Esq.
Antonucci & Associates
Stockbridge Street
Springfield, MA 01103

2

Steven W. Leary, Esq.
95 State Street
Springfield, MA 01103

Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103

Peter M. Murphy, Esq.
101 State Street, Suite 715
Springfield, MA 01103

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA 01103

Daniel D. Kelly, Esq.
101 State Street, Suite 715
Springfield, MA 01103

Gary A. Ensor, Esq.
34 Bridge Street
South Hadley, MA 01075

_____
Moira L. Buckley