UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIM. NO. 04-30046-MAP |
| ) | |
| 1. ALBERT INNARELLI, ) | |
| 2. MICHAEL BERGDOLL, ) | |
| 3. ANTHONY MATOS, ) | |
| 4. PASQUALE ROMEO, ) | |
| 5. WILFRED CHANGASIE, ) | |
| 6. THEODORE JARRETT, ) | |
| 7. MARK McCARTHY, ) | |
| 8. JAMES SMITH, ) | |
| 9. JONATHANN FREDERICK, and ) | |
| 10. JOSEPH SULLIVAN, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE
## OF JAMES W. BERGENN

The undersigned, a member of the bar of this Court, hereby moves for the admission pro hac vice of James W. Bergenn ("Attorney Bergenn") of Shipman & Goodwin LLP in the above-captioned proceeding to represent Albert Innarelli, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules").

As detailed in the Affidavit of James W. Bergenn, annexed hereto as Exhibit A, Attorney Bergenn is a member in good standing of the bar of the State of Connecticut, and the bar of the United States District Court for the District of Connecticut. He has also been admitted to the bars of the United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the

Seventh Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Court for the District of Maine, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Northern District of Illinois, United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York and United States District Court for the Northern District of Alabama. The attached Affidavit also establishes that Attorney Bergenn has not been denied admission to or disciplined by this Court. As summarized in Attorney Bergenn's affidavit, the United States District Court, District of Maine, on July 21, 1986 issued to Attorney Bergenn a Rule 11, F.R.Civ P reprimand in connection with a pretrial motion.

Pursuant to the Local Rules, a $50 filing fee covering Attorney Bergenn's admission has been tendered to the Clerk with the filing of this Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an order permitting James W. Bergenn to represent Albert Innarelli in the above-captioned action, and for such other relief as may be appropriate.

Dated: April 19, 2006

**DEFENDANT,**
**ALBERT INNARELLI**
By His Attorney

_S. T. Regon_
Shana-Tara Regon MABBO # 658049
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

## CERTIFICATE OF SERVICE

I, Shana-Tara Regon, hereby certify that on this 19th day of April, 2006, I served a copy of the foregoing motion on all parties to this action by mailing same, via First Class Mail, postage prepaid, to following counsel of record.

William M. Welch
Office of the United States Attorney
1550 Main Street
Springfield, MA 01103
Tel. (413) 785-0237
Fax (413) 785-0394

Maria R. Durant
Dwyer & Collora, LLP
Federal Reserve Bank, 12th Floor
600 Atlantic Avenue
Boston, MA 02210
Tel. (617) 371-1000
Fax (617) 371-1037

Mark G. Mastroianni
Law Office of Mark G. Mastroianni
Suite 309
95 State Street
Springfield, MA 01103
Tel. (413) 732-0222
Fax (413) 746-4971

Mark J. Albano
Dalsey, Ferrera & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. (413) 736-6971
Fax (413) 746-9224

Jack F. St. Clair
73 Chestnut Street
Springfield, MA 01103
Tel. (413) 737-5000
Fax (413) 731-1302

Michael O. Jennings
73 Chestnut Street
Springfield, MA 01103
Tel. (413) 781-6540

Vincent A. Bongiorni
95 State Street
Springfield, MA 01103
Tel. (413) 732-0222

Steven W. Leary
Steven W. Leary, Attorney at Law
Suite 309
95 State Street
Springfield, MA 01103
Tel. (413) 737-1489
Fax (413) 733-0238

Daniel D. Kelly
Robinson and Donovan PC
1500 Main Street
Suite 1600
Springfield, MA 01115
Tel .(413) 723-2301
Fax (413) 785-4658

Robert T. Santaniello
Santaniello, Posnik & Basile, P.C.
83 State Street
Springfield, MA 01103
Tel. (413) 781-2130

Mark D. Sullivan
Keyes & Donnellan, PC
293 Bridge Street, Suite 600
Springfield, MA 01103
Tel. (413) 781-6540

Signed under the pains and penalties of perjury.

                                                   *S. T. Regon*
                                                 Shana-Tara Regon