UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>1. ALBERT INNARELLI,<br>2. MICHAEL BERGDOLL,<br>3. ANTHONY MATOS,<br>4. PASQUALE ROMEO,<br>5. WILFRED CHANGASIE,<br>6. THEODORE JARRETT,<br>7. MARK McCARTHY,<br>8. JAMES SMITH,<br>9. JONATHANN FREDERICK, and<br>10. JOSEPH SULLIVAN,<br><br>Defendants. | CRIM. NO. 04-30046-MAP |

### AFFIDAVIT OF JAMES W. BERGENN
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

James W. Bergenn, being duly sworn, deposes and says:

1.  I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.  I submit this Affidavit in support of the Motion for Admission Pro Hac Vice filed by the Defendant, Albert Innarelli, in the above-captioned matter.

3.  I am an attorney in good standing and eligible to practice law before the courts of the State of Connecticut, as well as the United States Court of Appeals for the Second Circuit, and the United States District Court for the District of Connecticut. I have also been admitted pro hac vice in the following courts: United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States

Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Court for the District of Maine, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Northern District of Illinois, United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York and United States District Court for the Northern District of Alabama.

4. I am a partner with the law firm of Shipman & Goodwin LLP.

5. My office is located at One Constitution Plaza, Hartford, Connecticut, 06103.

6. I have never been denied admission to any court.

7. I have never been disciplined by the courts of the State of Connecticut, United States District Court for the District of Connecticut, United States Court of Appeals for the Second Circuit, Third Circuit, Seventh Circuit, and Eleventh Circuit, United States District Courts for the Eastern District of Pennsylvania, Northern District of Illinois, Eastern District of New York, Southern District of New York and the Northern District of Alabama, where admitted.

8. In April of 1986, I was admitted, Pro Hac Vice, to practice in the United States District Court for the District of Maine as a co-plaintiff's counsel in Civil No, 82-0249P. On May 8, 1986, in that case I filed a Motion to Recuse the District Court Judge, based on, an analysis of appearance of impropriety. The District Court judge denied the motion and recommended a F.R.Civ.P. 11 (hereinafter "Rule 11") sanction for the filing of the Motion to Recuse him, which on July 21, 1986, resulted in such a Reprimand under

Rule 11. On September 23, 1986, the Grievance Committee for the United States District Court for the District of Connecticut unanimously voted to recommend to the District Court that the grievance be dismissed, based on jurisdictional defects. The Committee further noted unanimously that "after a careful study of the record before it, there was insufficient factual support for the sanction imposed and it appeared to be unwarranted in light of the conduct involved."

9. Even though paragraph 8 references a 20 year old Rule 11 civil sanction, and not an order issued upon a grievance tribunal's finding of a violation of the Code of Professional Responsibility, it is disclosed in the event the court would consider it appropriate to do so on a Motion Pro Hac Vice.

11. I am familiar with the local rules of the District of Massachusetts.

12. All of the above is true to my knowledge and if I am called to testify to the above I could do so competently.

Signed under the penalties and perjury, this 19th day of April, 2006.

_____
JAMES W. BERGENN

STATE OF CONNECTICUT    :
                        : ss.
COUNTY OF HARTFORD      :

Subscribed and sworn to before me this 19TH day of April, 2006.

_____
Commissioner of the Superior Court

## CERTIFICATE OF SERVICE

I, Shana-Tara Regon, hereby certify that on this 19th day of April 2006, I served a copy of the affidavit in support of motion for admission pro hac vice on all parties to this action by mailing same, via First Class Mail, postage prepaid, to the following counsel of record:

William M. Welch
Office of the United States Attorney
1550 Main Street
Springfield, MA 01103
Tel. (413) 785-0237
Fax (413) 785-0394

Maria R. Durant
Dwyer & Collora, LLP
Federal Reserve Bank, 12th Floor
600 Atlantic Avenue
Boston, MA 02210
Tel. (617) 371-1000
Fax (617) 371-1037

Mark G. Mastroianni
Law Office of Mark G. Mastroianni
Suite 309
95 State Street
Springfield, MA 01103
Tel. (413) 732-0222
Fax (413) 746-4971

Mark J. Albano
Dalsey, Ferrera & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. (413) 736-6971
Fax (413) 746-9224

Michael O. Jennings
73 Chestnut Street
Springfield, MA 01103
Tel. (413) 781-6540

Vincent A. Bongiorni
95 State Street
Springfield, MA 01103
Tel. (413) 732-0222

Steven W. Leary
Steven W. Leary, Attorney at Law
Suite 309
95 State Street
Springfield, MA 01103
Tel. (413) 737-1489
Fax (413) 733-0238

Daniel D. Kelly
Robinson and Donovan PC
1500 Main Street
Suite 1600
Springfield, MA 01115
Tel .(413) 723-2301
Fax (413) 785-4658

Robert T. Santaniello
Santaniello, Posnik & Basile, P.C.
83 State Street
Springfield, MA 01103
Tel. (413) 781-2130

Jack F. St. Clair
73 Chestnut Street
Springfield, MA 01103
Tel. (413) 737-5000
Fax (413) 731-1302

Mark D. Sullivan
Keyes & Donnellan, PC
293 Bridge Street, Suite 600
Springfield, MA 01103
Tel. (413) 781-6540

_____S.T. Regon_____
Shana-Tara Regon
Shipman and Goodwin, LLP
One Constitution Plaza
Hartford, CT 06106
Tel. (860) 251-5839
Fax (860) 251-5219
jbergenn@goodwin.com