AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 APR 24 P 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

APPEARANCE

Case Number: 3:04-cr-30046 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Albert V. Innarelli

I certify that I am admitted to practice in this court.

| April 20, 2006 | S.T. Regon | |
|---|---|---|
| Date | Signature | |
| | Shana-Tara Regon | MABBO #658049 |
| | Print Name | Bar Number |
| | Shipman & Goodwin LLP | |
| | One Constitution Plaza | |
| | Address | |
| | Hartford    CT | 06103-1919 |
| | City    State | Zip Code |
| | (860) 251-5826 | (860) 251-5319 |
| | Phone Number | Fax Number |