UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALBERT INNARELLI, ET AL.<br>　　Defendants. | CRIM. NO. 04-30046-MAP<br><br><br><br>MAY 19, 2006 |

### DEFENDANT ALBERT INNARELLI'S MOTION TO ENLARGE TIME FOR FILING MOTION RE: APPROPRIATE METHOD OF CALCULATING LOSS

NOW comes Albert Innarelli, defendant herein, and respectfully requests that the time for filing his motion regarding the loss calculation for purpose of his sentencing, be enlarged to July 28, 2006. The following grounds support this request:

1. Defendant Innarelli's sentencing is scheduled for September 14, 2006. It appears to be the first sentencing of all defendants in the above-referenced case.

2. The additional time is necessary so that a full accounting of the alleged loss amount can be made by the defendant's expert.

3. The additional time is also necessary so that counsel for Mr. Innarelli and counsel for other defendants may confer with one another regarding the loss calculation to determine whether they can provide the Court with the methodology underlying the calculation that is acceptable to the all of the parties. This should significantly narrow, if not eliminate, unnecessary issues.

4.  Undersigned counsel has communicated with counsel for the following defendants, all of whom concur in counsel's request for enlargement of time: Joseph Sullivan (Thomas Kokonowski); Wilfred Changasie (Terry Nagel); Lawrence Lynch (Kevin Murphy); Pasquale Romeo (Michael Jennings); Michael Bergdoll (Steven Leary); and Theodore Jarrett (William Kettlewell). Counsel is in the process of ascertaining the positions of the remaining defendants.

Wherefore the defendant respectfully requests that the above-described relief be granted.

DATED: May 19, 2006

DEFENDANT,

ALBERT INNARELLI
By His Attorneys

/s/ 
James W. Bergenn
Moira L. Buckley
Shipman and Goodwin LLP
One Constitution Plaza
Hartford, CT 06106
Tel. (860) 251-5000
Fax (860) 251-5219
jbergenn@goodwin.com
mbuckley@goodwin.com

CERTIFICATE OF SERVICE

      I, Moira L. Buckley, do hereby certify that I have served a copy of the foregoing motion on the following parties electronically and via mail, and have filed the foregoing electronically on this 19th day of May, 2006.

William M. Welch, II
U.S. Attorney's Office
1550 Main Street
Springfield, MA 01103

Kevin G. Murphy, Esq.
115 State Street
Springfield, MA 01103

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA 01103

Maria Durant, Esq.
Dwyer & Collora
600 Atlantic Avenue
Boston, MA 02210

Robert Santaniello, Jr., Esq.
Santaniello & Santaniello
83 State Street
Springfield, MA 01103

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street
Springfield, MA 01103

Thomas Kokonowski, Esq.
Antonucci & Associates
Stockbridge Street
Springfield, MA 01103

Steven W. Leary, Esq.
95 State Street
Springfield, MA 01103

Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103

Peter M. Murphy, Esq.
101 State Street, Suite 715
Springfield, MA 01103

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA 01103

Daniel D. Kelly, Esq.
101 State Street, Suite 715
Springfield, MA 01103

Gary A. Ensor, Esq.
34 Bridge Street
South Hadley, MA 01075

_____
Moira L. Buckley

436016 v.01

4