UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALBERT INNARELLI, ET AL.<br>　　Defendants. | CRIM. NO. 04-30046-MAP<br><br><br><br>JUNE 9, 2006 |

### DEFENDANT ALBERT INNARELLI'S MOTION FOR DISCOVERY

Pursuant to Fed. R. Crim. P. 16(a)(1)(E), L.R. 116.2(A)(4), and Brady v. Maryland, 373 U.S. 83 (1963), the defendant, Albert Innarelli, moves for pre-sentence discovery of the following documents:

1. The complete closing file for 170 Massasoit Street, the property identified in Count 11 of the Superseding Indictment. The complete closing file should include a HUD closing document, note, and mortgage. The Government enabled the defendant to retrieve a copy of this file, however, none of the above documents were included in it.

2. The complete closing file for 25 Colchester Street, the property identified in Count 55 of the Superseding Indictment. The complete closing file should include a HUD closing document, note, and mortgage. The Government enabled the defendant to retrieve a copy of this file, however, none of the above documents were included in it.

3. The complete closing file for 66 Crystal Street, the property identified in Count 60 of the Superseding Indictment. The complete closing file should include a HUD closing document and a note. The Government enabled the defendant to retrieve a copy of this file, however, none of the above documents were included in it.

4. The complete closing file for 130-132 Orange Street, the property identified in Count 65 of the Superseding Indictment. The complete closing file should include a mortgage and a note. The Government enabled the defendant to retrieve a copy of this file, however, none of the above documents were included in it.

5. The complete file for 32-34 Ozark Street, the property listed in Count 30 of the Superseding Indictment. Though the defendant has requested that all closing files pertaining to the properties listed in the Indictment be copied and sent to him, the defendant did not receive the correct file for this property.

6. The complete file for 12-14 James Street, the property listed in Count 59 of the Superseding Indictment. Though the defendant has requested that all closing files pertaining to the properties listed in the Indictment be copied and sent to him, the defendant did not receive any file regarding this property.

The defendant respectfully submits that the Government is obligated to provide him with all documents referenced in items one through six, since these documents are relevant to the loss calculation and ultimately, aid in diminishing the defendant's Offense Level under the

United States Sentencing Guidelines.  <u>See</u> L.R. 116.2(A)(4); <u>see also</u> <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).

Wherefore the defendant respectfully requests that the Court order the Government to provide the defendant with the above-described documents.

                                             **DEFENDANT,**

                                             **ALBERT INNARELLI**
By His Attorneys

_/s/_____
James W. Bergenn
Moira L. Buckley
Shipman and Goodwin LLP
One Constitution Plaza
Hartford, CT  06106
Tel. (860) 251-5000
Fax (860) 251-5219
jbergenn@goodwin.com
mbuckley@goodwin.com

## CERTIFICATE OF SERVICE

      I, Moira L. Buckley, do hereby certify that I have electronically filed and served a copy of the foregoing motion on the following parties on this 8th day of June, 2006, and have served the foregoing to the following parties via mail, on the 9th day of June, 2006.

William M. Welch, II  
U.S. Attorney's Office  
1550 Main Street  
Springfield, MA 01103

Kevin G. Murphy, Esq.  
115 State Street  
Springfield, MA 01103

Vincent A. Bongiorni, Esq.  
95 State Street  
Springfield, MA 01103

Maria Durant, Esq.  
Dwyer & Collora  
600 Atlantic Avenue  
Boston, MA 02210

Robert Santaniello, Jr., Esq.  
Santaniello & Santaniello  
83 State Street  
Springfield, MA 01103

Mark J. Albano, Esq.  
Dalsey, Ferrara & Albano  
73 State Street  
Springfield, MA 01103

Thomas Kokonowski, Esq.  
Antonucci & Associates  
Stockbridge Street  
Springfield, MA 01103  
Steven W. Leary, Esq.  
95 State Street  
Springfield, MA 01103

Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103

Peter M. Murphy, Esq.
101 State Street, Suite 715
Springfield, MA 01103

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA 01103

Daniel D. Kelly, Esq.
101 State Street, Suite 715
Springfield, MA 01103

Gary A. Ensor, Esq.
34 Bridge Street
South Hadley, MA 01075

/s/ Moira L. Buckley