UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CR-N-04-30046-MAP |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **ALBERT INNARELLI, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT INNARELLI'S MOTION FOR DISCOVERY**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this response to defendant Innarelli's Motions for Discovery.

1. On this day, the Government sent counsel for defendant Innarelli a copy of the HUD closing document and a balloon promissory note, but its file did not include a note and a mortgage. The note and the mortgage, however, are public documents and can be obtained at the Hampden County Registry of Deeds or through their website.

2. The Government continues to look for this file and will supply the requested documents if they exist. The note and the mortgage are public documents and can be

1

     obtained at the Hampden County Registry of Deeds or through their website.

3. On this day, the Government sent counsel for defendant Innarelli a copy of the HUD closing document, but its file did not include a note. The note is a public document and can be obtained at the Hampden County Registry of Deeds or through their website.

4. On this day, the Government sent counsel for defendant Innarelli a copy of the note and a mortgage.

5. The Government has pulled defendant Innarelli's 32-34 Ozark Street file. Counsel for defendant Innarelli can make arrangements to have the file copied as it is rather voluminous.

6. The Government does not have a copy of the complete closing file for 12-14 James Street. Instead, the Government relied upon defendant Innarelli's IOLTA account and witness statements to establish the fraud.

Filed this __23__ rd day of June, 2006.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney


                                /s/ William M. Welch II
                                WILLIAM M. WELCH II
                                Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            June 23, 2006


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by filing said motion and providing electronic notice to:

Moira L. Buckley, Esq.                      Steven W. Leary, Esq.
Shipman & Goodwin                           95 State Street
One Constitutional Plaza                    Springfield, MA  01103
Hartford, CT  06103-1919

Vincent A. Bongiorni, Esq.                  Michael O. Jennings, Esq.
95 State Street                             73 Chestnut Street
Springfield, MA  01103                      Springfield, MA  01105

Maria Durant, Esq.                          Peter M. Murphy, Esq.
Dwyer & Collora                             101 State Street, Ste. 715
600 Atlantic Avenue                         Springfield, MA  01103
Boston, MA  02210

Robert Santaniello, Jr., Esq.               Jack St. Clair, Esq.
Santaniello & Santaniello                   73 Chestnut Street
83 State Street                             Springfield, MA  01103
Springfield, MA  01103

Mark J. Albano, Esq.                        Thomas A. Kokonowski, Esq.
Dalsey, Ferrara & Albano                    21 Stockbridge Street
73 State Street                             Springfield, MA  01103
Springfield, MA 01103

Kevin G. Murphy, Esq.                       Gary A. Ensor, Esq.
115 State Street                            34 Bridge Street
Springfield, MA  01103                      South Hadley, MA  01075


                                                        /s/ William M. Welch II
                                            WILLIAM M. WELCH II
                                            Assistant United States Attorney