**EXHIBIT A**

*Holly Huebner Ryan, CPA*
128 Henley Way
Avon, CT 06001
860-673-5541

## PROFILE
Accomplished, results-oriented individual with diversified business experience in banking, public accounting, and commercial lending. Strong technical, analytical, problem solving, and communication skills. Demonstrated managerial training skills with professional staffs. Technical skills include: Windows, EXCEL, Microsoft Word, Lotus 123, and WordPerfect 5.1.

## PROFESSIONAL EXPERIENCE

**The First National Bank of Litchfield(CJM Associates)**                2006
Compiled the responses to prior OCC exam in anticipation of the current year's exam. Reviewed vendor files to determine Privacy Agreement has been completed by vendor.

**New Alliance Bank(Robert Half Management Resources)**                2005
Assisted departments in writing financial procedures for Sarbanes-Oxley. Compiled and documented the financial controls for external auditors.

**Oakleaf Waste Management**                2005
Worked with Acquisition Manager to determine if leased equipment should be categorized as capital or operating leases for their Arizona subsidiary. Calculated each lease to determine if it passed the four tests required by FASB 13. Summarized observations and made recommendations on the internal controls and lease files. (Self employed)

**Business Lenders(Robert Half Management Resources)**                2004
Tested internal controls documented on a lending portfolio for Sarbanes Oxley purposes.

**Naugatuck Savings Bank**                2003-2004
Reviewed and assisted bank personnel in completing the internal control narratives required by FDICIA and Sarbanes-Oxley. Completed the external auditors internal control questionnaires and cross-referenced the narratives and the internal auditors' workpapers for documentation required under the Sarbanes-Oxley Act, section 404. (Self employed)

**Oakleaf Waste Management**                2002-2003
Resolved differences and instituted new procedures for bank reconciliations, accounts receivable, accounts payable, and foreign subsidiaries due to system conversion and lack of accounting personnel. Established proper accounting and procedures for capital and operating leases. Assisted Controller in year-end financial reporting. Participated in closing out accounting for company acquired by Oakleaf. Provided daily accounting (6 months) to Oakleaf's Controller as required in purchase contract. (Self employed)

**Southington Savings Bank, Southington, CT**                2002
Assisted the Treasury Department in daily recording and cash management activities until a permanent employee could be hired. (Self employed)

**Farmington Savings Bank, Farmington, CT**                2002
Compiled information for a lending internal compliance manual for FDIC lending compliance regulations. (Self employed)

**Rockville Bank, Rockville, CT**                2001
Completed internal control questionnaires required for FDICIA supplied by outside auditors. Interviewed various departments to obtain information for questionnaires. (Self employed)

**Farmington Savings Bank, Farmington, CT**                1998 to 2001
Performed an independent review on the bank's Year 2000 testing. Presented findings to the Year 2000 Committee, Board of Directors, the FDIC, and State of Connecticut Banking Department. Assembled and reviewed internal control narratives by business processes required by FDICIA. (Self employed)

**Southington Savings Bank, Southington, CT**                1999 to 2000
Assembled and reviewed internal control narratives by business processes required by FDICIA. Analyzed and collected the information for the personnel costs associated with FASB 91. (Self employed)

**Command Systems, Farmington, CT**                1998

Performed special financial projects and audited records to prepare documentation for a CT sales tax audit.(Flexible Resources-Temporary)

**The Bank of Southington, Southington, CT(acquired by Lafayette American)1993 to 1998**
*Vice President and Auditor*
Created and established the audit function for all aspects of the bank.
- Developed audit programs for operational and financial audits.
- Assisted the FDIC and the State of Connecticut Banking Department with Safety and Soundness and Compliance examinations.
- Assisted external auditors with interim and year end audits.
- Instrumental in established internal controls and policy and procedures before and after a data processing system conversion.
- Reported to the Audit Committee of the Board of Directors.

**Society for Savings, Hartford, CT (acquired by Bank of Boston)          1989-1993**
*Vice President and Director, Internal Audit*
Managed a staff of eight professional auditors on financial and operational bank audits.
- Instituted personal computers into department, trained staff, automated work papers and devised time control system.
- Developed and implemented audit programs for review of internal procedures to safeguard the Bank's assets and capital.
- Determined compliance with Bank regulations and current accounting pronouncements.
- Conducted fraud investigations on various areas of the bank..
- Presented current audit findings and results to the Board of Directors' Audit Committee.
- Prepared and delivered seminar on how to audit property management companies to Bank Auditors Group.

**Barclays/Business Credit, Inc., Glastonbury, CT(acquired by Fleet Financial) 1981-1989**
*Manager, Real Estate Loan Analysis, 1987-1989*
Created and established the Real Estate Loan Analysis Department for $400MM portfolio and managed staff of four accountants and one secretary.
- Audited potential borrowers, problem properties, and management companies responsible for managing Barclays' repossessed assets.
- Performed yearly property inspections and analyzed borrower prepared financial statements.
- Trained and developed Loan Analysis personnel.
- Analyzed financial section of loan packages for loan officers.

*Assistant Business Finance Controller, 1985-1987*
Coordinated and prepared the consolidated Business Finance Division's monthly forecasts, budget and strategic plan.
- Prepared monthly reports indicating productivity analyses by office, comparative financial and marketing data, and graphs.
- Acted as liaison between Business Finance offices and Barclays American corporate office and departments.
- Prepared financial statements for repossessed assets and their subsidiaries.

*Manager, Real Estate Lending Accounting, 1984-1985*
Managed a staff of six and daily accounting activities, problem loans and audits.
- Instituted and performed the accounting for subsidiaries holding repossessed assets.
- Audited property management companies managing repossessed properties.
- Coordinated financial statements and accounting related matters for subsidiaries with management companies and outside accountants.
- Audited problem loans and potential borrowers' financial statements.
- Prepared variety of accounting and managerial reports for Senior Management including forecasts and budgets.

*Senior Accountant, External Reporting, 1981-1984*
Prepared monthly, quarterly, biannual and annual reports to the parent company and outside agencies, i.e., SEC, Robert Morris Associates.

- Completed special reports and FASB reviews.
- Identified, organized, and maintained all of the company's insurance policies and claims.
- Monitored and procured insurance for the company's repossessed assets as incurred.

**The Hartford Insurance Group, Hartford, CT**                           **1979-1981**
*Senior Internal Auditor*

- Performed operational and financial audits of departments within company and operational audits of regional offices.
- Prepared audit reports for Senior Management based on audit findings and included recommendations for corrective action.

**Weinstein, Schwartz and Pinkus, CPAs, Bloomfield, CT**                **1977-1979**
*Staff Accountant*

- Prepared financial statements and tax returns of assigned clients, consisting of corporations, partnerships and sole proprietors.
- Supervised and coordinated activities of other staff accountants.

**Ralph Welensky, P.C., Newington, CT**                                  **1977**
*Staff Accountant*

## EDUCATION
University of Hartford, West Hartford, Connecticut-MBA, Finance, 1988 -BS, Accounting, 1976
Certified Public Accountant

## AFFILIATIONS
American Institute of Certified Public Accountants
Connecticut Society of Public Accountants
American Society of Woman Accountants
The Institute of Internal Auditors, Financial Services Auditors Group