**EXHIBIT B**

# INDICTMENT SUMMARY OF LOAN LOSS
## As of 5/31/2006

| SS SCENARIOS | | Loss | | Gain |
|---|---|---|---|---|
| **Discharge of Mortgages** | | | | |
| 36 loans mortg discharged | | | | |
| Interest earned through discharge | | | $ | 853,964 |
| Lender Closing Fees | | | $ | 19,048 |
| Prepayment penalties | | | $ | 8,694 |
| Credit Life Ins 30% | | | $ | 6,613 |
| **Earning Loans** | | | | |
| 9 loans still earning | | | | |
| Interest earned through 5/31/2006 | | $    - | $ | 363,390 |
| Lender Closing Fees | | | $ | 8,834 |
| Credit Life Ins 30% | | | $ | 2,859 |
| **Final Sale Occurred at Foreclosure** | Assume payment stop 15 mos before foreclosure unless actual balance is in file. | | | |
| Principal bal through estimated time of default | 758,985 | | | |
| Foreclosure proceeds | 614,245 | | | |
| Net Principal Loss | 144,740 | $ (144,740) | | |
| | | | | |
| HUD purchase of guaranteed foreclosed loans | 107,028 | | | |
| HUD sale of guaranteed loans | 60,000 | | | |
| Loss on sale of HUD guaranteed loans | 47,028 | $ (47,028) | | |
| Interest earned through estimated time of default | | | $ | 111,297 |
| Lender Closing Fees | | | $ | 10,944 |
| Credit Life Ins 30% | | | $ | 1,058 |
| **Foreclosure with Additional Final Sale** | | | | |
| cipal bal through estimated time of default | 2,360,056 | | | |
| Less Final Sale proceeds | 1,814,211 | | | |
| Net Principal Loss | 545,845 | $ (545,845) | | |
| Interest earned through estimated time of default | | | $ | 370,435 |
| Lender Closing Fees | | | $ | 46,528 |
| Credit Life Ins 30% | | | $ | 7,749 |
| **Foreclosed loan reimbursed by HUD** | | | | |
| Principal bal through estimated time of default | 494,457 | | | |
| Amount paid at final sale by HUD | 572,157 | | | |
| Gain by lender for HUD guarantee | (77,700) | | $ | 77,700 |
| Interest earned through estimated time of default | | | $ | 27,026 |
| Lender Closing Fees | | $    - | $ | 7,067 |
| Credit Life Ins 30% | | | $ | - |
| HUD purchase of guaranteed foreclosed loans | 572,157 | | | |
| HUD sale of guaranteed loans | 459,500 | | | |
| Loss on sale of HUD guaranteed loans | 112,657 | $ (112,657) | | |
| Total | | $ (850,270) | $ | 1,923,206 |
| | | | | |
| Net gain on loans in indictment | | | $ | 1,072,936 |
| | | | $ | (1,072,936) |
| | | | $ | - |

# INDICTMENT SUMMARY OF LOAN LOSS
## As of 5/31/2006

|  | # of loans | Loan Amt | Wire Amt | |
|---|---|---|---|---|
| fraud | 67 | $ 5,141,883 | $ 4,993,500 | |
| Overt acts | 29 | $ 1,878,141 | $ 1,787,951 | |
| Total before corrections | 96 | $ 7,020,024 | $ 6,781,451 | $ 238,573 |
| Recording errors in indictment | | | | |
| 81 Barber St | | $ (2,670) | no change | |
| 126 Cedar St | | $ 4 | no change | |
| Total corrected indictment amt | 96 | $ 7,017,358 | $ 6,781,451 | $ 235,907 |
| Mortgage discharged | -36 | $ (2,682,819) | $ (2,599,293) | Assume no loss |
| Loans still earning | -9 | $ (689,225) | $ (671,276) | Assume no loss |
| Subtotal | | $ 3,645,314 | $ 3,510,882 | $ 134,432 |
| Less Principal amort before loans foreclosed | | $ (31,816) | | |
| Foreclosure proceeds | -51 | $ (3,000,613) | | |
| HUD loss | | $ 159,685 | | |
| Interest earned | | $ (1,726,113) | | |
| Prepayment Penalties | | $ (8,694) | | |
| Lender closing fees | | $ (92,421) | | |
| Credit Life Ins 30% | | $ (18,278) | | |
| Total Net Gain | 0 | $ (1,072,936) | | |