**EXHIBIT C**

LIBOR RATES

|  | 1-Month | 3-Month | 6-Month | 1-Year |
|---|---|---|---|---|
| Jan-00 | 5.856 | 6.049 | 6.238 | 6.659 |
| Feb-00 | 5.907 | 6.104 | 6.328 | 6.76 |
| Mar-00 | 6.133 | 6.289 | 6.53 | 6.97 |
| Apr-00 | 6.197 | 6.393 | 6.614 | 6.964 |
| May-00 | 6.641 | 6.617 | 7.064 | 7.453 |
| Jun-00 | 6.649 | 6.778 | 7.014 | 7.214 |
| Jul-00 | 6.625 | 6.715 | 6.887 | 7.047 |
| Aug-00 | 6.628 | 6.684 | 6.831 | 6.978 |
| Sep-00 | 6.62 | 6.816 | 6.761 | 6.811 |
| Oct-00 | 6.621 | 6.755 | 6.721 | 6.725 |
| Nov-00 | 6.827 | 6.735 | 6.678 | 6.618 |
| Dec-00 | 6.565 | 6.403 | 6.208 | 5.997 |

|  | 1-Month | 3-Month | 6-Month | 1-Year |
|---|---|---|---|---|
| Jan-01 | 5.622 | 5.518 | 5.361 | 5.284 |
| Feb-01 | 5.278 | 5.103 | 4.955 | 4.925 |
| Mar-01 | 5.078 | 4.877 | 4.711 | 4.67 |
| Apr-01 | 4.435 | 4.312 | 4.231 | 4.33 |
| May-01 | 4.059 | 3.999 | 3.99 | 4.259 |
| Jun-01 | 3.835 | 3.791 | 3.827 | 4.055 |
| Jul-01 | 3.76 | 3.677 | 3.694 | 3.835 |
| Aug-01 | 3.584 | 3.487 | 3.479 | 3.6 |
| Sep-01 | 2.637 | 2.597 | 2.532 | 2.65 |
| Oct-01 | 2.321 | 2.232 | 2.173 | 2.311 |
| Nov-01 | 2.145 | 2.08 | 2.101 | 2.492 |
| Dec-01 | 1.876 | 1.883 | 1.983 | 2.445 |

|  | 1-Month | 3-Month | 6-Month | 1-Year |
|---|---|---|---|---|
| Jan-02 | 1.829 | 1.862 | 1.989 | 2.42 |
| Feb-02 | 1.883 | 1.92 | 2.068 | 2.496 |
| Mar-02 | 1.88 | 2.031 | 2.332 | 3.006 |
| Apr-02 | 1.842 | 1.913 | 2.1 | 2.613 |
| May-02 | 1.844 | 1.896 | 2.09 | 2.634 |
| Jun-02 | 1.836 | 1.86 | 1.948 | 2.251 |
| Jul-02 | 1.818 | 1.823 | 1.863 | 2.07 |
| Aug-02 | 1.82 | 1.816 | 1.815 | 1.943 |
| Sep-02 | 1.819 | 1.806 | 1.751 | 1.813 |
| Oct-02 | 1.741 | 1.702 | 1.618 | 1.664 |
| Nov-02 | 1.38 | 1.432 | 1.471 | 1.705 |
| Dec-02 | 1.382 | 1.383 | 1.383 | 1.447 |

|  | 1-Month | 3-Month | 6-Month | 1-Year |
|---|---|---|---|---|
| Jan-03 | 1.339 | 1.348 | 1.353 | 1.477 |
| Feb-03 | 1.334 | 1.336 | 1.336 | 1.368 |
| Mar-03 | 1.306 | 1.288 | 1.262 | 1.34 |
| Apr-03 | 1.318 | 1.308 | 1.29 | 1.362 |
| May-03 | 1.3189 | 1.2782 | 1.2232 | 1.2214 |
| Jun-03 | 1.1232 | 1.1164 | 1.1239 | 1.2014 |
| Jul-03 | 1.1036 | 1.1176 | 1.1507 | 1.2789 |

|        | 1-Month | 3-Month | 6-Month | 1-Year |
|--------|---------|---------|---------|--------|
| Aug-03 | 1.117   | 1.142   | 1.2098  | 1.4714 |
| Sep-03 | 1.1214  | 1.1598  | 1.1795  | 1.2857 |
| Oct-03 | 1.1201  | 1.1657  | 1.2207  | 1.4551 |
| Nov-03 | 1.1157  | 1.1701  | 1.2297  | 1.4867 |
| Dec-03 | 1.1195  | 1.157   | 1.2192  | 1.4582 |

|        | 1-Month | 3-Month | 6-Month | 1-Year |
|--------|---------|---------|---------|--------|
| Jan-04 | 1.0982  | 1.132   | 1.2107  | 1.4607 |
| Feb-04 | 1.0973  | 1.1251  | 1.2026  | 1.3645 |
| Mar-04 | 1.0914  | 1.1107  | 1.1595  | 1.3401 |
| Apr-04 | 1.1007  | 1.1764  | 1.3682  | 1.8082 |
| May-04 | 1.1089  | 1.3082  | 1.5789  | 2.0764 |
| Jun-04 | 1.3582  | 1.6039  | 1.942   | 2.4682 |
| Jul-04 | 1.4929  | 1.6945  | 1.9857  | 2.4632 |
| Aug-04 | 1.6482  | 1.7901  | 1.9907  | 2.3001 |
| Sep-04 | 1.8401  | 2.0054  | 2.1695  | 2.4445 |
| Oct-04 | 1.987   | 2.1582  | 2.3007  | 2.5289 |
| Nov-04 | 2.2826  | 2.4026  | 2.6239  | 2.9607 |
| Dec-04 | 2.4178  | 2.5582  | 2.7751  | 3.1004 |

|        | 1-Month | 3-Month | 6-Month | 1-Year |
|--------|---------|---------|---------|--------|
| Jan-05 | 2.5892  | 2.7439  | 2.9582  | 3.271  |
| Feb-05 | 2.6895  | 2.9101  | 3.1495  | 3.5114 |
| Mar-05 | 2.8582  | 3.0995  | 3.3876  | 3.842  |
| Apr-05 | 3.0826  | 3.2107  | 3.4151  | 3.7101 |
| May-05 | 3.1126  | 3.3292  | 3.5314  | 3.7789 |
| Jun-05 | 3.3401  | 3.5045  | 3.6914  | 3.8632 |
| Jul-05 | 3.5107  | 3.6948  | 3.9235  | 4.1745 |
| Aug-05 | 3.6942  | 3.872   | 4.0817  | 4.3123 |
| Sep-05 | 3.8584  | 4.0551  | 4.2154  | 4.4067 |
| Oct-05 | 4.0882  | 4.2523  | 4.4467  | 4.6765 |
| Nov-05 | 4.2954  | 4.4139  | 4.5795  | 4.7379 |
| Dec-05 | 4.3857  | 4.5298  | 4.6901  | 4.8226 |

|        | 1-Month | 3-Month | 6-Month | 1-Year |
|--------|---------|---------|---------|--------|
| Jan-06 | 4.572   | 4.6795  | 4.8126  | 4.9412 |
| Feb-06 | 4.631   | 4.8192  | 4.9907  | 5.1526 |
| Mar-06 | 4.826   | 4.9898  | 5.1196  | 5.2476 |
| Apr-06 | 5.0245  | 5.1479  | 5.2879  | 5.4217 |
| May-06 | On      | or      | about   | 31-May |