**EXHIBIT D**

9/7/2006

page 1 of 4

## FORECLOSED LOANS IS FINAL SALE

| Box | Address | Borrower | Date bought by Seller | Date of Loan | Loan Amount | Wire Amount | Amount | Foreclosure book/page | Foreclosure Date | Loss Amt | Stop Pymt Date Est | P&I pymts thru stp date | last pymt up to 6 mo b4 foreclsr Interest Paid | Prin Bal thru stp date | Proof thru stp date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 51 Winthrop(Alliance) | James Murty | 5/24/1999 | 6/6/2000 | 53,550 | 53,069 | 10,000 | 15560/412 | 12/9/2005 | (42,018) | 9/1/2004 | 28,352 | 26,798 | 52,018 | (51,996) |
|   | 30-32 Lebanon (Equi) | Erik Newkirk | 5/18/1999 | 5/18/1999 | 46,900 | 45,202 | 14,500 | 11331/369 | 9/8/2000 | (32,338) | 11/1/1999 | 2,495 | 2,430 | 46,838 | (46,835) |
| 4 | 34 Cambridge (Equi) | Raul Rosario | 1/20/2000 | 6/5/2000 | 63,000 | 58,821 | 20,000 | 11733/487 | 7/2/2001 | (42,793) | 1/1/2001 | 3,822 | 3,615 | 62,793 | (62,793) |
| 3 | 83 Dawes (Equi) | Angel Guzman | 4/30/1999 | 4/30/1999 | 52,000 | 50,400 | 30,000 | 11173/396 | 4/27/2000 | (21,994) | 6/1/1999 | 697 | 691 | 51,994 | (51,994) |
|   | 96 Kensington(Equi) | Daniel Castro | 9/23/1999 | 9/23/1999 | 80,030 | 75,961 | 58,000 | 12385/469 | 6/14/2002 | (21,271) | 4/1/2001 | 12,114 | 11,354 | 79,271 | (79,270) |
| 2 | 32-34 Ozark(Alliance) | James Murty | 11/19/1999 | 6/6/2000 | 66,750 | 66,750 | 66,750 | 12141/132 | 2/1/2002 | (8,357) | 8/1/2001 | 8,546 | 8,155 | 66,357 | (66,357) |
| 3 | 102-4 Cedar (Op One) | Roger Oprecht | 1973 | 5/28/1999 | 80,000 | 80,457 | 77,000 | 14414/23 | 8/13/2004 | (1,010) | 1/1/2004 | 42,235 | 40,240 | 78,010 | (78,005) |
| 3 | 45 Montmorenci(Cwd | Nancy Garcia | 7/18/2000 | 12/28/2000 | 68,964 | 65,321 | 77,043 | 12384/529 | 6/14/2002 | 8,555 | 12/1/2001 | 5,832 | 5,357 | 68,489 | (68,489) |
| 6 | 272-4 Orange (Delta) | Scott Lewis | 3/30/2001 | 10/2/2001 | 70,400 | 70,400 | 77,674 | 12705/511 | 11/8/2002 | 7,437 | 4/1/2002 | 3,940 | 3,777 | 70,237 | (70,237) |
| 5 | 15 Forest(C/wide) | Lao J. Ramos | 8/2/2001 | 10/12/2001 | 87,624 | 83,287 | 85,000 | 14928/176 | 4/6/2005 | 131 | 9/1/2004 | 19,571 | 16,818 | 84,869 | (84,871) |
| 6 | 2-4 St. Jerome (C/wide | Brian O'Connell | 12/12/2000 | 3/12/2001 | 97,470 | 92,957 | 107,028 | 12809/8 | 12/19/2002 | 10,180 | 10/1/001 | 5,836 | 5,099 | 96,848 | (96,733) |
|   |   |   |   |   | 766,688 | 742,625 | 614,245 |   |   | (143,478) |   | 133,442 | 124,334 | 757,723 | (757,580) |

Loss Scenarios

1. Loan Amount less Foreclosure Amt — 152,443
2. Wire Amt less Foreclosure Amt — 128,380
3. Prin Bal thru stop date less foreclosure Amt — 143,478
4. Loan amt less P&I payments less Forecl Amt — 19,001
5. Wire amt less P&I payments less Forecl Amt — (5,062)
6. Prin Bal thru stop date less forecl Amt less interest pd & lender fees & 50% — 6,437
   Credit Life
   Other option is to back out loans with assignment of mortgages
   15 Forest, 102 Cedar, 51 Winthrop, 32-42 Ozark

ASSUMPTIONS

1. Loan amounts do not include second mortgages by sellers
   Verified loan amounts to copy of signed note or mortgage.
   For missing note and mortgages the loan amount and/or date was verified to Hampden County Registry of Deeds website
2. Dates bought by seller were verified to the Hampden County Registry of Deeds website. If date was after the date of the loan, the date of the loan was used.
3. Wire amts verified to wire instructions from lender or atty wire summary sheet. No wires were verified to Atty Innarelli's IOLTA account.
   Wire amts that could not be verified the loan amount was used
4. Foreclosure, final sale, mortgage discharge amounts, dates, & book/page were all verified to Hampden County Registry of Deeds website.
5. Loan payment amts, interest rate, and terms were verified to the a copy of the signed note.
6. Credit Life Insurance, broker fees, atty fees, and title insurance amounts were verified to copy of signed note.
7. Assignment of rents were verified to a signed copy of the mortgage with attachments if applicable
8. Title insurance commission is the Title insurance times 60%
   A Could not find documents

Attorney Innarelli's file
PF    Partial File
NF    No file
Indictment states 81 Barber Street(P.23 #15) wire was $59620.  Loan amt is $56950. Wire $55268.
Indictment states 121 Cedar Street(P.12 #20) wire was $89950.  Loan amt is $89954. Wire $86054.
Information could not be verified

9/7/2006

page 2 of 4

## FORECLOSED LOANS IS FINAL SALE

| Address | Borrower | Lender fees @ closing | Payment amount | Interest Rate | Term | Credit Life | Broker | Broker's Fee | Atty Fee | Title Ins | Title Commissn | Assignmt Rents | Interest Actual or estimt Stop date | Prin Bal At Stop Date forcls or 15mo other | gain loss | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 Winthrop/Alliance) | James Murty | 150 | 520 | 11.25 | 30 yrARM | | Home | 3,085 | 600 | 301 | 181 | no | 26,798 | 52,018 | (15,070) | Actual stop |
| 30-32 Lebanon (Equi) | Erik Newkirk | 220 | 499 | 12.45 | 30 yr | | Ivy | 955 | 700 | 310 | 186 | yes | 2,430 | 46,838 | (29,688) | Actual stop |
| 34 Cambridge (Equi) | Raul Rosario | 4,100 | 546 | 9.85 | 30 yr | | Equi | 3,780 | 700 | 310 | 186 | no | 3,615 | 62,793 | (35,078) | Use 6 mos |
| 83 Dawes (Equi) | Angel Guzman | 220 | 697 | 15.95 | 30 yr | | Ivy | 1,057 | 700 | 295 | 177 | no | 691 | 51,994 | (21,083) | Actual stop |
| 96 Kensington(Equi) | Daniel Castro | 220 | 673 | 9.5 10 yr 30 | | 3,526 | Springfield | 2,000 | 700 | 355 | 213 | no | 11,354 | 79,271 | (8,639) | Actual stop |
| 92-34 Ozark(Alliance) | James Murty | 150 | 611 | 10.5 | 30 yrARM | | Home Mort | 2,920 | 700 | 367 | 220 | no | 2,918 | 66,615 | (5,547) | Use 15mo l |
| 102-4 Cedar (Op One) | Roger Oprecht | 545 | 767 | 11.1 | 30 yr | | Ivy | 800 | 700 | 0 | 0 | yes | 40,240 | 78,010 | 39,775 | Actual stop |
| 45 Montmorenci(Cwd | Nancy Garcia | 1,709 | 530 | 8.5 | 30 yr | | Metro | 1,363 | 755 | 307 | 184 | no | 976 | 68,880 | 10,848 | Use 15mo l |
| 272-4 Orange (Delta) | Scott Lewis | 495 | 657 | 10.74 | 30 yr | | Springfield | 2,759 | 500 | 364 | 218 | yes | 3,777 | 70,237 | 11,709 | Use 6 mos |
| 15 Forest (C/wide) | Lao J. Ramos | 1,295 | 576 | 6.875 | 30 yr | | Metro | 1,740 | 500 | 367 | 220 | no | 13,399 | 85,481 | 14,213 | Use 15mo l |
| 2-4 St. Jerome (C/wide Brian O'Connell | | 1,840 | 648 | 7 | 30 yr | | Metro | 2,335 | 700 | 397 | 238 | yes | 5,099 | 96,848 | 17,119 | Actual stop |
| | | 10,944 | | | | 3,526 | | | 3,155 | | 1,435 | 861 | 111,297 | 758,985 | (21,441) | |

**Loss Scenarios**
Loan Amount less Foreclosure Amt
Wire Amt less Foreclosure Amt
Prin Bal thru stop date less foreclosure Amt
Loan amt less P&I payments less Forecl /
Wire amt less P&I payments less Forecl /
Prin Bal thru stop date less forecl Amt less intere
Credit Life
Other option is to back out loans with assi
15 Forest, 102 Cedar, 51 Winthrop, 32-42

**ASSUMPTIONS**
1 Loan amounts do not include
  Verified loan amounts to copy
  For missing note and mortgag
2 Dates bought by seller were v
3 Wire amts verified to wire inst
  Wire amts that could not be v
4 Foreclosure, final sale, mortge
5 Loan payment amts, interest r
6 Credit Life Insurance, broker f
7 Assignment of rents were veri
8 Title insurance commission is
  A Could not find documents

*Attorney Innarelli's file
PF   Partial File
NF   No file
Indictment states 81 Barber Street(P.23 #
Indictment states 121 Cedar Street(P.12 #
Information could not be verified

9/7/2006

# FORECLOSED LOANS IS FINAL SALE

| Address | Borrower | | AUDIT NOTES |
|---|---|---|---|
| 81 Winthrop(Alliance) | James Murty | pymt date used | ARM 6mo LIBOR +6.625 @ 7/1/02   Lender took 25,480 Write off |
| 30-32 Lebanon (Equi) | Erik Newkirk | pymt date used | in default 11/19/1999 per note in file |
| 34 Cambridge (Equi) | Raul Rosario | before frcls stop date | Estimate payments from 7/00 to 1/01 or 7 months |
| 83 Dawes (Equi) | Angel Guzman | pymt date used | No payments made from 6/1/99 according to FED file   Bought by Homecomi |
| 96 Kensington(Equi) | Daniel Castro | pymt date used | No payments made from 4/01/01 according to FED file. Balloon amt appears wrong |
| 32-34 Ozark(Alliance) | James Murty | before frcls stop date | Assignment of mortgage from Alliance to LaSalle 8/15/01. Assume 8/1/01 pymt made   Partial File |
| 102-4 Cedar (Op One) | Roger Oprecht | pymt date used | Fed investigation documented in March 04 when complaint rec'd.   6 mos LIBOR +6.5 as of 6/1/01 |
| 45 Montmorenci/Cwd | Nancy Garcia | before frcls stop date | Estimate payments from 2/01 to 12/01 or 11 months   USA Housing & Urban Dev bought at foreclosur |
| 272-4 Orange (Delta) | Scott Lewis | pymt date used | Assume payments made 6 payments   Sold at foreclosure to Wells Fargo |
| 15 Forest(C/wide) | Lao J. Ramos | before frcls stop date | Est payments from 12/01- 9/04 or 34 months. Some payment records found in the 9/10/99 closing of same property |
| 2-4 St. Jerome (C/wide Brian O'Connell | | pymt date used | Used Loan History from Lender to determine bal USA Housing & Urban Development bought loan   USA Housing & Urba |

## Loss Scenarios
- Loan Amount less Foreclosure Amt
- Wire Amt less Foreclosure Amt
- Prin Bal thru stop date less foreclosure A
- Loan amt less P&I payments less Forecl
- Wire amt less P&I payments less Forecl
- Prin Bal thru stop date less forecl Amt less intere Credit Life
- Other option is to back out loans with assi 15 Forest, 102 Cedar, 51 Winthrop, 32-4

## ASSUMPTIONS
1. Loan amounts do not include Verified loan amounts to copy For missing note and mortgag
2. Dates bought by seller were v
3. Wire amts verified to wire inst Wire amts that could not be v
4. Foreclosure, final sale, mortg
5. Loan payment amts, interest r
6. Credit Life Insurance, broker f
7. Assignment of rents were veri
8. Title insurance commission is A Could not find documents

Attorney Innarelli's file
PF   Partial File
NF   No file
Indictment states 121 Cedar Street(P.12 Indictment states 81 Barber Street(P.23 # Information could not be verified

9/7/2006

# FORECLOSED LOANS IS FINAL SALE

| Address | Borrower | |
|---|---|---|
| 51 Winthrop(Alliance) | James Murty | |
| 30-32 Lebanon (Equi) | Erik Newkirk | |
| 34 Cambridge (Equi) | Raul Rosario | |
| 83 Dawes (Equi) | Angel Guzman | |
| 96 Kensington(Equi) | Daniel Castro | ings Fin'l network at foreclosure |
| 32-34 Ozark(Alliance) | James Murty | |
| 102-4 Cedar (Op One) | Roger Oprecht | |
| 45 Montmorenci/Cwd | Nancy Garcia | re |
| 272-4 Orange (Delta) | Scott Lewis | |
| 15 Forest(C/wide) | Lao J. Ramos | Prin Bal 9/1/02 $86738 sold at foreclosure to Citibank |
| 2-4 St. Jerome (C/wide | Brian O'Connell | in Dev bought at foreclosure. Then sold 01/30/04 for $60000 13933/206 |

## Loss Scenarios

Loan Amount less Foreclosure Amt
Wire Amt less Foreclosure Amt
Prin Bal thru stop date less foreclosure Amt
Loan amt less P&I payments less Forecl /
Wire amt less P&I payments less Forecl /
Prin Bal thru stop date less forecl Amt less intere
Credit Life
Other option is to back out loans with assi
15 Forest, 102 Cedar, 51 Winthrop, 32-4;

## ASSUMPTIONS

1. Loan amounts do not include
   Verified loan amounts to copy
   For missing note and mortgag
2. Dates bought by seller were v
3. Wire amts verified to wire inst
   Wire amts that could not be v
4. Foreclosure, final sale, mortg
5. Loan payment amts, interest r
6. Credit Life Insurance, broker f
7. Assignment of rents were ver
8. Title insurance commission is
   A Could not find documents

Attorney Innarelli's file
PPF   Partial File
NF    No file
Indictment states 81 Barber Street(P.23 #
Indictment states 121 Cedar Street(P.12 #
Information could not be verified

r is final sale