**EXHIBIT E**

## 51 Winthrop Final Sale at Foreclosure

| | |
|---|---|
| Loan Date | 6/6/2000 |
| Loan Amt | $ 53,550 |
| Assignmt | 6/29/01 to Lasalle |
| Order notice | NA |
| Sprgfld City lien | NA |

| | |
|---|---|
| Interest Rate | 11.25% |
| Int Rt Change Date | 7/1/2002 every 6 months |
| Index | 6 month LIBOR as of 1st day of the month in month preceding in which the change date occurs |
| Plus | 6.63% No greater than 14.25% or less than 10.25% on 1st change. No more than 1% than what previously paying follwg changes. |
| | Int rate never greater than 17.25 or less than na.   rounded to next .125% |
| Years | 30 |
| Purchase Price | $   - |
| LTV | #DIV/0! |
| P&I pymt amt | $520.11 |
| Lender Mort Brk Fee | |
| Lender Doc Prep Fe | 150 |
| Lender Underwritg | 0 |
| Amortization | http://www.hsh.com/calc-pmi.html |

Assumed paid thru     9/1/2004

| | | 1 mo prior | Add 6.63 | Prev rate | Int rate | # of pymts |
|---|---|---|---|---|---|---|
| 6mo LIBOR requirm | 7/1/2002 | 1.9480 | 8.5780 | 11.25 | 10.25 | 6 |
| | 1/1/2003 | 1.3830 | 8.0130 | 10.25 | 10.25 | 6 |
| | 7/1/2003 | 1.1239 | 7.7539 | 10.25 | 10.25 | 6 |
| | 1/1/2004 | 1.2192 | 7.8492 | 10.25 | 10.25 | 6 |
| | 7/1/2004 | 1.9420 | 8.5720 | 10.25 | 10.25 | 6 |
| | 9/1/2004 | | | | | 3 |
| | | | assumed made 33 pymts | | | 33 |

Balance as of 9/1/04 payment     $ 52,018.00

P&I payments through 9/1/04
| | | |
|---|---|---|
| 24 x 520.11 | $ 12,482.64 | thru 07/01/2002 |
| 33 x $480.88 | $ 15,869.04 | thru 9/1/2004 |
| | $ 28,351.68 | |

## 51 Winthrop Final Sale at Foreclosure

Amortization Schedule: 360 months to repay $53550 at 11.25%.

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |
|---|---|---|---|---|
| 1.  | $520.12 | $502.03 | $18.09 | $53531.91 |
| 2.  | $520.12 | $501.86 | $18.26 | $53513.65 |
| 3.  | $520.12 | $501.69 | $18.43 | $53495.22 |
| 4.  | $520.12 | $501.52 | $18.60 | $53476.62 |
| 5.  | $520.12 | $501.34 | $18.78 | $53457.84 |
| 6.  | $520.12 | $501.17 | $18.95 | $53438.89 |
| 7.  | $520.12 | $500.99 | $19.13 | $53419.76 |
| 8.  | $520.12 | $500.81 | $19.31 | $53400.45 |
| 9.  | $520.12 | $500.63 | $19.49 | $53380.96 |
| 10. | $520.12 | $500.45 | $19.67 | $53361.29 |
| 11. | $520.12 | $500.26 | $19.86 | $53341.43 |
| 12. | $520.12 | $500.07 | $20.04 | $53321.38 |
| 13. | $520.12 | $499.89 | $20.23 | $53301.15 |
| 14. | $520.12 | $499.70 | $20.42 | $53280.73 |
| 15. | $520.12 | $499.51 | $20.61 | $53260.12 |
| 16. | $520.12 | $499.31 | $20.81 | $53239.31 |
| 17. | $520.12 | $499.12 | $21.00 | $53218.31 |
| 18. | $520.12 | $498.92 | $21.20 | $53197.11 |
| 19. | $520.12 | $498.72 | $21.40 | $53175.71 |
| 20. | $520.12 | $498.52 | $21.60 | $53154.12 |
| 21. | $520.12 | $498.32 | $21.80 | $53132.32 |
| 22. | $520.12 | $498.11 | $22.00 | $53110.31 |
| 23. | $520.12 | $497.91 | $22.21 | $53088.10 |
| 24. | $520.12 | $497.70 | $22.42 | $53065.68 |

interest paid
11998
10350
 4450
26798

Amortization Schedule: 336 months to repay $53065.68 at 10.25%.

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |
|---|---|---|---|---|
| 1.  | $480.88 | $453.27 | $27.61 | $53038.07 |
| 2.  | $480.88 | $453.03 | $27.85 | $53010.22 |
| 3.  | $480.88 | $452.79 | $28.08 | $52982.14 |
| 4.  | $480.88 | $452.55 | $28.32 | $52953.81 |
| 5.  | $480.88 | $452.31 | $28.57 | $52925.25 |
| 6.  | $480.88 | $452.07 | $28.81 | $52896.44 |
| 7.  | $480.88 | $451.82 | $29.06 | $52867.38 |
| 8.  | $480.88 | $451.57 | $29.30 | $52838.08 |
| 9.  | $480.88 | $451.32 | $29.55 | $52808.52 |
| 10. | $480.88 | $451.07 | $29.81 | $52778.71 |
| 11. | $480.88 | $450.82 | $30.06 | $52748.65 |
| 12. | $480.88 | $450.56 | $30.32 | $52718.33 |
| 13. | $480.88 | $450.30 | $30.58 | $52687.76 |
| 14. | $480.88 | $450.04 | $30.84 | $52656.92 |
| 15. | $480.88 | $449.78 | $31.10 | $52625.82 |
| 16. | $480.88 | $449.51 | $31.37 | $52594.45 |
| 17. | $480.88 | $449.24 | $31.63 | $52562.81 |
| 18. | $480.88 | $448.97 | $31.90 | $52530.91 |
| 19. | $480.88 | $448.70 | $32.18 | $52498.73 |
| 20. | $480.88 | $448.43 | $32.45 | $52466.27 |
| 21. | $480.88 | $448.15 | $32.73 | $52433.54 |
| 22. | $480.88 | $447.87 | $33.01 | $52400.53 |
| 23. | $480.88 | $447.59 | $33.29 | $52367.24 |

## 51 Winthrop  Final Sale at Foreclosure

Amortization Schedule: 336 months to repay $53065.68 at 10.25%.

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due | |
|---|---|---|---|---|---|
| 24. | $480.88 | $447.30 | $33.58 | $52333.66 | |
| 25. | $480.88 | $447.02 | $33.86 | $52299.80 | |
| 26. | $480.88 | $446.73 | $34.15 | $52265.65 | |
| 27. | $480.88 | $446.43 | $34.44 | $52231.20 | |
| 28. | $480.88 | $446.14 | $34.74 | $52196.47 | |
| 29. | $480.88 | $445.84 | $35.03 | $52161.43 | |
| 30. | $480.88 | $445.54 | $35.33 | $52126.10 | |
| 31. | $480.88 | $445.24 | $35.64 | $52090.46 | |
| 32. | $480.88 | $444.94 | $35.94 | $52054.52 | |
| 33. | $480.88 | $444.63 | $36.25 | $52018.27 | assume nonearning |
| 34. | $480.88 | $444.32 | $36.56 | $51981.71 | |
| 35. | $480.88 | $444.01 | $36.87 | $51944.85 | |
| 36. | $480.88 | $443.69 | $37.18 | $51907.66 | |
| 37. | $480.88 | $443.38 | $37.50 | $51870.16 | |
| 38. | $480.88 | $443.06 | $37.82 | $51832.34 | |
| 39. | $480.88 | $442.73 | $38.14 | $51794.19 | |
| 40. | $480.88 | $442.41 | $38.47 | $51755.72 | |
| 41. | $480.88 | $442.08 | $38.80 | $51716.92 | |
| 42. | $480.88 | $441.75 | $39.13 | $51677.79 | |
| 43. | $480.88 | $441.41 | $39.46 | $51638.32 | |
| 44. | $480.88 | $441.08 | $39.80 | $51598.52 | |
| 45. | $480.88 | $440.74 | $40.14 | $51558.38 | |
| 46. | $480.88 | $440.39 | $40.48 | $51517.89 | |
| 47. | $480.88 | $440.05 | $40.83 | $51477.06 | |
| 48. | $480.88 | $439.70 | $41.18 | $51435.88 | |
| 49. | $480.88 | $439.35 | $41.53 | $51394.35 | |
| 50. | $480.88 | $438.99 | $41.89 | $51352.46 | |
| 51. | $480.88 | $438.63 | $42.24 | $51310.22 | |
| 52. | $480.88 | $438.27 | $42.60 | $51267.61 | |
| 53. | $480.88 | $437.91 | $42.97 | $51224.64 | |
| 54. | $480.88 | $437.54 | $43.34 | $51181.31 | |
| 55. | $480.88 | $437.17 | $43.71 | $51137.60 | |
| 56. | $480.88 | $436.80 | $44.08 | $51093.52 | |
| 57. | $480.88 | $436.42 | $44.46 | $51049.07 | |
| 58. | $480.88 | $436.04 | $44.83 | $51004.23 | |
| 59. | $480.88 | $435.66 | $45.22 | $50959.01 | |

## 30-32 Lebanon Final Sale at Foreclosure

| | |
|---|---|
| Loan Date | 5/18/1999 |
| Loan Amt | $ 46,900 |
| Assignmt | same company |
| | |
| Interest Rate | 12.45% |
| | |
| Years | 30 Yr |
| Purchase Price | |
| LTV | #DIV/0! |
| ARM | NA |
| P&I pymt amt | $499.00 |
| Lender Fee | 220 |
| Lender Loan Disc | |
| Amortization | http://www.hsh.com/calc-pmi.html |
| | |
| 5 payments | $ 2,495 |

51

Amortization Schedule: 360 months to repay $46900 at 12.45%.

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |
|---|---|---|---|---|
| 1. | $498.73 | $486.59 | $12.14 | $46887.86 |
| 2. | $498.73 | $486.46 | $12.27 | $46875.59 |
| 3. | $498.73 | $486.33 | $12.39 | $46863.19 |
| 4. | $498.73 | $486.20 | $12.52 | $46850.67 |
| 5. | $498.73 | $486.07 | $12.65 | $46838.01 |

## 34 Cambridge Final Sale at Foreclosure

Loan Date          6/5/2000
Loan Amt           $   63,000
Assignmt           none

Interest Rate      9.85%

Years              30 Yr
Purchase Price
LTV                #DIV/0!
ARM                NA
P&I pymt amt       $545.91
Lender Fee         4100
Lender Loan Disc
Amortization       http://www.hsh.com/calc-pmi.html

51

Assume 7 paymt  $    3,821

Amortization Schedule: 360 months to repay $63000 at 9.85%.
------------------------------------------------------------
Payment   Payment     Interest    Principal    Balance
Number    Amount      Amount      Reduction    Due
------------------------------------------------------------
  1.      $545.91     $517.12     $28.78       $62971.21
  2.      $545.91     $516.89     $29.02       $62942.19
  3.      $545.91     $516.65     $29.26       $62912.93
  4.      $545.91     $516.41     $29.50       $62883.43
  5.      $545.91     $516.17     $29.74       $62853.69
  6.      $545.91     $515.92     $29.98       $62823.71
  7.      $545.91     $515.68     $30.23       $62793.47
  8.      $545.91     $515.43     $30.48       $62762.99

## 83 Dawes Final Sale at Foreclosure

| | |
|---|---|
| Loan Date | 4/30/1999 |
| Loan Amt | $ 52,000 |
| Assignmt | same company |
| Interest Rate | 15.95% |
| Years | 30 Yr |
| Purchase Price | |
| LTV | #DIV/0! |
| ARM | NA |
| P&I pymt amt | $697.18 |
| Lender Fee | 220 |
| Lender Loan Disc | |
| Amortization | http://www.hsh.com/calc-pmi.html |

51

1 paymt made    $    697

Amortization Schedule: 360 months to repay $52000 at 15.95%.

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |
|---|---|---|---|---|
| 1. | $697.19 | $691.17 | $6.02 | $51993.98 |
| 2. | $697.19 | $691.09 | $6.10 | $51987.87 |
| 3. | $697.19 | $691.00 | $6.18 | $51981.69 |
| 4. | $697.19 | $690.92 | $6.27 | $51975.42 |
| 5. | $697.19 | $690.84 | $6.35 | $51969.07 |
| 6. | $697.19 | $690.75 | $6.43 | $51962.64 |
| 7. | $697.19 | $690.67 | $6.52 | $51956.12 |
| 8. | $697.19 | $690.58 | $6.61 | $51949.51 |
| 9. | $697.19 | $690.49 | $6.69 | $51942.82 |

## 96 Kensington Final Sale at Foreclosure

Loan Date        9/23/1999
Loan Amt        $ 80,030
Assignmt        NO
Order notice
Sprgfld City lien


Interest Rate        9.50%

Years        10 yrs 30 yr amort with balloon on 10/1/2009
Purchase Price
LTV        #DIV/0!
ARM        NA
P&I pymt amt        $672.94
Lender Proc Fee        220
Lender Loan Disc
Amortization        http://www.hsh.com/calc-pmi.html
Foreclosure file states 04/04/01 payment due
Assume 18 payments made
P & I $672.94 x 18 pymts        $ 12,112.92
Prin bal after 18 pymts        $ 79,271.59


Amortization Schedule: 360 months to repay $80030 at 9.5%.
--------------------------------------------------------

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |
|---|---|---|---|---|
| 1. | $672.94 | $633.57 | $39.37 | $79990.63 |
| 2. | $672.94 | $633.26 | $39.68 | $79950.95 |
| 3. | $672.94 | $632.94 | $39.99 | $79910.95 |
| 4. | $672.94 | $632.63 | $40.31 | $79870.64 |
| 5. | $672.94 | $632.31 | $40.63 | $79830.01 |
| 6. | $672.94 | $631.99 | $40.95 | $79789.06 |
| 7. | $672.94 | $631.66 | $41.28 | $79747.78 |
| 8. | $672.94 | $631.34 | $41.60 | $79706.18 |
| 9. | $672.94 | $631.01 | $41.93 | $79664.25 |
| 10. | $672.94 | $630.67 | $42.26 | $79621.98 |
| 11. | $672.94 | $630.34 | $42.60 | $79579.38 |
| 12. | $672.94 | $630.00 | $42.94 | $79536.45 |
| 13. | $672.94 | $629.66 | $43.28 | $79493.17 |
| 14. | $672.94 | $629.32 | $43.62 | $79449.55 |
| 15. | $672.94 | $628.97 | $43.96 | $79405.59 |
| 16. | $672.94 | $628.63 | $44.31 | $79361.27 |
| 17. | $672.94 | $628.28 | $44.66 | $79316.61 |
| 18. | $672.94 | $627.92 | $45.02 | $79271.59 |
| 19. | $672.94 | $627.57 | $45.37 | $79226.22 |
| 20. | $672.94 | $627.21 | $45.73 | $79180.49 |
| 21. | $672.94 | $626.84 | $46.09 | $79134.39 |
| 22. | $672.94 | $626.48 | $46.46 | $79087.93 |
| 23. | $672.94 | $626.11 | $46.83 | $79041.11 |
| 24. | $672.94 | $625.74 | $47.20 | $78993.91 |
| 25. | $672.94 | $625.37 | $47.57 | $78946.34 |

interest paid to 18 pymts
11354.5

## 96 Kensington

Amortization Schedule: 360 months to repay $80030 at 9.5%.

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |
|---|---|---|---|---|
| 26. | $672.94 | $624.99 | $47.95 | $78898.39 |
| 27. | $672.94 | $624.61 | $48.33 | $78850.06 |
| 28. | $672.94 | $624.23 | $48.71 | $78801.35 |
| 29. | $672.94 | $623.84 | $49.09 | $78752.26 |
| 30. | $672.94 | $623.45 | $49.48 | $78702.77 |
| 31. | $672.94 | $623.06 | $49.88 | $78652.89 |
| 32. | $672.94 | $622.67 | $50.27 | $78602.62 |
| 33. | $672.94 | $622.27 | $50.67 | $78551.95 |
| 34. | $672.94 | $621.87 | $51.07 | $78500.88 |
| 35. | $672.94 | $621.46 | $51.47 | $78449.41 |
| 36. | $672.94 | $621.06 | $51.88 | $78397.53 |
| 37. | $672.94 | $620.65 | $52.29 | $78345.23 |
| 38. | $672.94 | $620.23 | $52.71 | $78292.53 |
| 39. | $672.94 | $619.81 | $53.12 | $78239.40 |
| 40. | $672.94 | $619.39 | $53.54 | $78185.86 |
| 41. | $672.94 | $618.97 | $53.97 | $78131.89 |
| 42. | $672.94 | $618.54 | $54.39 | $78077.49 |
| 43. | $672.94 | $618.11 | $54.83 | $78022.67 |
| 44. | $672.94 | $617.68 | $55.26 | $77967.41 |
| 45. | $672.94 | $617.24 | $55.70 | $77911.71 |
| 46. | $672.94 | $616.80 | $56.14 | $77855.57 |
| 47. | $672.94 | $616.36 | $56.58 | $77798.99 |
| 48. | $672.94 | $615.91 | $57.03 | $77741.95 |
| 49. | $672.94 | $615.46 | $57.48 | $77684.47 |
| 50. | $672.94 | $615.00 | $57.94 | $77626.53 |
| 51. | $672.94 | $614.54 | $58.40 | $77568.14 |
| 52. | $672.94 | $614.08 | $58.86 | $77509.28 |
| 53. | $672.94 | $613.61 | $59.32 | $77449.95 |
| 54. | $672.94 | $613.14 | $59.79 | $77390.16 |
| 55. | $672.94 | $612.67 | $60.27 | $77329.89 |
| 56. | $672.94 | $612.19 | $60.74 | $77269.15 |
| 57. | $672.94 | $611.71 | $61.22 | $77207.92 |
| 58. | $672.94 | $611.23 | $61.71 | $77146.21 |
| 59. | $672.94 | $610.74 | $62.20 | $77084.01 |
| 60. | $672.94 | $610.25 | $62.69 | $77021.32 |
| 61. | $672.94 | $609.75 | $63.19 | $76958.13 |
| 62. | $672.94 | $609.25 | $63.69 | $76894.44 |
| 63. | $672.94 | $608.75 | $64.19 | $76830.25 |
| 64. | $672.94 | $608.24 | $64.70 | $76765.55 |
| 65. | $672.94 | $607.73 | $65.21 | $76700.34 |
| 66. | $672.94 | $607.21 | $65.73 | $76634.61 |
| 67. | $672.94 | $606.69 | $66.25 | $76568.36 |
| 68. | $672.94 | $606.17 | $66.77 | $76501.59 |
| 69. | $672.94 | $605.64 | $67.30 | $76434.28 |
| 70. | $672.94 | $605.10 | $67.83 | $76366.45 |
| 71. | $672.94 | $604.57 | $68.37 | $76298.08 |
| 72. | $672.94 | $604.03 | $68.91 | $76229.16 |
| 73. | $672.94 | $603.48 | $69.46 | $76159.70 |
| 74. | $672.94 | $602.93 | $70.01 | $76089.69 |
| 75. | $672.94 | $602.38 | $70.56 | $76019.13 |

## 96 Kensington

Amortization Schedule: 360 months to repay $80030 at 9.5%.

---

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |
|---|---|---|---|---|
| 76. | $672.94 | $601.82 | $71.12 | $75948.01 |
| 77. | $672.94 | $601.25 | $71.68 | $75876.32 |
| 78. | $672.94 | $600.69 | $72.25 | $75804.07 |
| 79. | $672.94 | $600.11 | $72.82 | $75731.25 |
| 80. | $672.94 | $599.54 | $73.40 | $75657.85 |
| 81. | $672.94 | $598.96 | $73.98 | $75583.86 |
| 82. | $672.94 | $598.37 | $74.57 | $75509.30 |
| 83. | $672.94 | $597.78 | $75.16 | $75434.14 |
| 84. | $672.94 | $597.19 | $75.75 | $75358.38 |
| 85. | $672.94 | $596.59 | $76.35 | $75282.03 |
| 86. | $672.94 | $595.98 | $76.96 | $75205.07 |
| 87. | $672.94 | $595.37 | $77.57 | $75127.51 |
| 88. | $672.94 | $594.76 | $78.18 | $75049.33 |
| 89. | $672.94 | $594.14 | $78.80 | $74970.53 |
| 90. | $672.94 | $593.52 | $79.42 | $74891.10 |
| 91. | $672.94 | $592.89 | $80.05 | $74811.05 |
| 92. | $672.94 | $592.25 | $80.68 | $74730.37 |
| 93. | $672.94 | $591.61 | $81.32 | $74649.04 |
| 94. | $672.94 | $590.97 | $81.97 | $74567.07 |
| 95. | $672.94 | $590.32 | $82.62 | $74484.46 |
| 96. | $672.94 | $589.67 | $83.27 | $74401.19 |
| 97. | $672.94 | $589.01 | $83.93 | $74317.25 |
| 98. | $672.94 | $588.34 | $84.59 | $74232.66 |
| 99. | $672.94 | $587.67 | $85.26 | $74147.39 |
| 100. | $672.94 | $587.00 | $85.94 | $74061.45 |
| 101. | $672.94 | $586.32 | $86.62 | $73974.83 |
| 102. | $672.94 | $585.63 | $87.30 | $73887.53 |
| 103. | $672.94 | $584.94 | $97.00 | $73799.53 |
| 104. | $672.94 | $584.25 | $88.69 | $73710.84 |
| 105. | $672.94 | $583.54 | $89.39 | $73621.44 |
| 106. | $672.94 | $582.84 | $90.10 | $73531.34 |
| 107. | $672.94 | $582.12 | $90.82 | $73440.52 |
| 108. | $672.94 | $581.40 | $91.53 | $73348.99 |
| 109. | $672.94 | $580.68 | $92.26 | $73256.73 |
| 110. | $672.94 | $579.95 | $92.99 | $73163.73 |
| 111. | $672.94 | $579.21 | $93.73 | $73070.01 |
| 112. | $672.94 | $578.47 | $94.47 | $72975.54 |
| 113. | $672.94 | $577.72 | $95.22 | $72880.32 |
| 114. | $672.94 | $576.97 | $95.97 | $72784.35 |
| 115. | $672.94 | $576.21 | $96.73 | $72687.62 |
| 116. | $672.94 | $575.44 | $97.50 | $72590.12 |
| 117. | $672.94 | $574.67 | $98.27 | $72491.86 |
| 118. | $672.94 | $573.89 | $99.05 | $72392.81 |
| 119. | $672.94 | $573.11 | $99.83 | $72292.98 |
| 120. | $672.94 | $572.32 | $100.62 | $72192.36 |
| 121. | $672.94 | $571.52 | $101.42 | $72090.94 |
| 122. | $672.94 | $570.72 | $102.22 | $71988.72 |
| 123. | $672.94 | $569.91 | $103.03 | $71885.69 |
| 124. | $672.94 | $569.09 | $103.84 | $71781.85 |
| 125. | $672.94 | $568.27 | $104.67 | $71677.18 |

672.99

## 32-34 Ozark Final Sale at Foreclosure

| | |
|---|---|
| Loan Date | 6/6/2000 |
| Loan Amt | $ 66,750 |
| Assignmt | 8/15/01 to Lasalle |

| | | |
|---|---|---|
| Interest Rate | 10.50% | |
| Int Rt Change Date | 7/1/2002 | every 6 months |
| Index | 6 month LIBOR as of 1st day of the month in month preceding in which the change date occurs | |
| Plus | 6.125% | No greater than 13.5% or less than 9.5% on 1st change. No more than 1% than what previously paying follwg changes. |
| | Int rate never greater than 16.5 or less than na. | rounded to next .125% |
| Years | 30 | |

| | | | | |
|---|---|---|---|---|
| P&I pymt amt | $610.59 | | | |
| Lender Mort Brk Fe | $150.00 | | | |
| Lender Doc Prep Fee | | | | |
| Lender Underwritg | 0 | | | |
| Amortization | http://www.kldelany.com/ | | | |
| Foreclosure | 2/1/2002 | | interest | P&I |
| Assumed paid thru | 8/1/2001 | for stop pymt 6 mos prior to foreclosure | 8,154.99 | $8,548.2 |
| Assumed paid thru | 11/1/2000 | for stop pymt 15 mos prior to foreclosure | 2917.97 | $3,052.9 |

| Amortization Schedule |||||| |
|---|---|---|---|---|---|---|
| Pmt | Monthly Payment | Principal | Interest | Total Interest | Balance | |
| | | | 10.50% | | $66,750.00 | |
| 1 | 610.59 | 26.53 | 584.06 | 584.06 | 66,723.47 | Jul-00 |
| 2 | 610.59 | 26.76 | 583.83 | 1,167.89 | 66,696.71 | Aug-00 |
| 3 | 610.59 | 26.99 | 583.6 | 1,751.49 | 66,669.72 | Sep-00 |
| 4 | 610.59 | 27.23 | 583.36 | 2,334.85 | 66,642.49 | Oct-00 |
| 5 | 610.59 | 27.47 | 583.12 | 2,917.97 | 66,615.02 | Nov-00 |
| 6 | 610.59 | 27.71 | 582.88 | 3,500.85 | 66,587.31 | Dec-00 |
| 7 | 610.59 | 27.95 | 582.64 | 4,083.49 | 66,559.36 | Jan-01 |
| 8 | 610.59 | 28.2 | 582.39 | 4,665.88 | 66,531.16 | Feb-01 |
| 9 | 610.59 | 28.44 | 582.15 | 5,248.03 | 66,502.72 | Mar-01 |
| 10 | 610.59 | 28.69 | 581.9 | 5,829.93 | 66,474.03 | Apr-01 |
| 11 | 610.59 | 28.94 | 581.65 | 6,411.58 | 66,445.09 | May-01 |
| 12 | 610.59 | 29.2 | 581.39 | 6,992.97 | 66,415.89 | Jun-01 |
| 13 | 610.59 | 29.45 | 581.14 | 7,574.11 | 66,386.44 | Jul-01 |
| 14 | 610.59 | 29.71 | 580.88 | 8,154.99 | 66,356.73 | Aug-01 |
| | 8548.26 | 393.27 | 8154.99 | | | |

## 102-104 Cedar St  Final Sale at Foreclosure

Amortization Schedule: 360 months to repay $80000 at 11.1%.

---

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due | interest payments | |
|---|---|---|---|---|---|---|
| | | | | | 2220 | 3 |
| 9. | $767.92 | $737.86 | $30.05 | $79739.22 | 2217 | 3 |
| 10. | $767.92 | $737.59 | $30.33 | $79708.89 | 2952 | 4 |
| 11. | $767.92 | $737.31 | $30.61 | $79678.27 | 2948 | 4 |
| 12. | $767.92 | $737.02 | $30.89 | $79647.38 | 2208 | 3 |
| 13. | $767.92 | $736.74 | $31.18 | $79616.20 | 2940 | 4 |
| 14. | $767.92 | $736.45 | $31.47 | $79584.73 | 2202 | 3 |
| 15. | $767.92 | $736.16 | $31.76 | $79552.96 | 2199 | 3 |
| 16. | $767.92 | $735.86 | $32.05 | $79520.91 | 2196 | 3 |
| 17. | $767.92 | $735.57 | $32.35 | $79488.56 | 1462 | 2 |
| 18. | $767.92 | $735.27 | $32.65 | $79455.91 | 1460 | 2 |
| 19. | $767.92 | $734.97 | $32.95 | $79422.95 | 2187 | 3 |
| 20. | $767.92 | $734.66 | $33.26 | $79389.70 | 1456 | 2 |
| 21. | $767.92 | $734.35 | $33.56 | $79356.13 | 2181 | 3 |
| 22. | $767.92 | $734.04 | $33.87 | $79322.25 | 9412 | 13 |
| 23. | $767.92 | $733.73 | $34.19 | $79288.07 | 40240 | 55 |
| 24. | $767.92 | $733.41 | $34.50 | $79253.56 | | |
| 25. | $767.92 | $733.09 | $34.82 | $79218.74 | | |
| 26. | $767.92 | $732.77 | $35.15 | $79183.59 | | |
| 27. | $767.92 | $732.45 | $35.47 | $79148.12 | | |
| 28. | $767.92 | $732.12 | $35.80 | $79112.32 | | |
| 29. | $767.92 | $731.79 | $36.13 | $79076.19 | | |
| 30. | $767.92 | $731.45 | $36.46 | $79039.72 | | |
| 31. | $767.92 | $731.12 | $36.80 | $79002.92 | | |
| 32. | $767.92 | $730.78 | $37.14 | $78965.78 | | |
| 33. | $767.92 | $730.43 | $37.49 | $78928.29 | | |
| 34. | $767.92 | $730.09 | $37.83 | $78890.46 | | |
| 35. | $767.92 | $729.74 | $38.18 | $78852.27 | | |
| 36. | $767.92 | $729.38 | $38.54 | $78813.74 | | |
| 37. | $767.92 | $729.03 | $38.89 | $78774.84 | | |
| 38. | $767.92 | $728.67 | $39.25 | $78735.59 | | |
| 39. | $767.92 | $728.30 | $39.61 | $78695.97 | | |
| 40. | $767.92 | $727.94 | $39.98 | $78655.99 | | |
| 41. | $767.92 | $727.57 | $40.35 | $78615.64 | | |
| 42. | $767.92 | $727.19 | $40.72 | $78574.91 | | |
| 43. | $767.92 | $726.82 | $41.10 | $78533.81 | | |
| 44. | $767.92 | $726.44 | $41.48 | $78492.33 | | |
| 45. | $767.92 | $726.05 | $41.86 | $78450.46 | | |
| 46. | $767.92 | $725.67 | $42.25 | $78408.21 | | |
| 47. | $767.92 | $725.27 | $42.64 | $78365.57 | | |
| 48. | $767.92 | $724.88 | $43.04 | $78322.53 | | |
| 49. | $767.92 | $724.48 | $43.44 | $78279.09 | | |
| 50. | $767.92 | $724.08 | $43.84 | $78235.25 | | |
| 51. | $767.92 | $723.68 | $44.24 | $78191.01 | | |
| 52. | $767.92 | $723.27 | $44.65 | $78146.36 | | |
| 53. | $767.92 | $722.85 | $45.07 | $78101.29 | | |
| 54. | $767.92 | $722.44 | $45.48 | $78055.81 | | |
| 55. | $767.92 | $722.02 | $45.90 | $78009.90 | | |
| 56. | $767.92 | $721.59 | $46.33 | $77963.58 | | |
| 57. | $767.92 | $721.16 | $46.76 | $77916.82 | | |
| 58. | $767.92 | $720.73 | $47.19 | $77869.63 | | |
| 59. | $767.92 | $720.29 | $47.62 | $77822.00 | | |
| 60. | $767.92 | $719.85 | $48.07 | $77773.94 | | |

## 45 Montmorenci Final Sale at Foreclosure

| | |
|---|---|
| Loan Date | 12/28/2000 |
| Loan Amt | $ 68,964 |
| Assignmt | no assign of mortgage |
| Interest Rate | 8.50% |
| Years | 30 |
| Purchase Price | |
| LTV | #DIV/0! |
| ARM | NA |
| P&I pymt amt | $530.27 |
| Lender Fee | |
| Lender Loan Disc | 1709.16 |
| Amortization | http://www.hsh.com/calc-pmi.html |

Assumed 11 payments made    $ 5,832.97

Amortization Schedule: 360 months to repay $68964 at 8.5%.

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |
|---|---|---|---|---|
| 1. | $530.28 | $488.49 | $41.78 | $68922.21 |
| 2. | $530.28 | $488.20 | $42.08 | $68880.13 |
| 3. | $530.28 | $487.90 | $42.38 | $68837.75 |
| 4. | $530.28 | $487.60 | $42.68 | $68795.07 |
| 5. | $530.28 | $487.30 | $42.98 | $68752.09 |
| 6. | $530.28 | $486.99 | $43.28 | $68708.81 |
| 7. | $530.28 | $486.69 | $43.59 | $68665.21 |
| 8. | $530.28 | $486.38 | $43.90 | $68621.31 |
| 9. | $530.28 | $486.07 | $44.21 | $68577.10 |
| 10. | $530.28 | $485.75 | $44.52 | $68532.58 |
| 11. | $530.28 | $485.44 | $44.84 | $68487.73 |
| 12. | $530.28 | $485.12 | $45.16 | $68442.58 |
| 13. | $530.28 | $484.80 | $45.48 | $68397.10 |
| 14. | $530.28 | $484.48 | $45.80 | $68351.30 |
| 15. | $530.28 | $484.15 | $46.12 | $68305.17 |
| 16. | $530.28 | $483.83 | $46.45 | $68258.72 |
| 17. | $530.28 | $483.50 | $46.78 | $68211.94 |
| 18. | $530.28 | $483.17 | $47.11 | $68164.83 |
| 19. | $530.28 | $482.83 | $47.44 | $68117.38 |
| 20. | $530.28 | $482.50 | $47.78 | $68069.60 |
| 21. | $530.28 | $482.16 | $48.12 | $68021.48 |
| 22. | $530.28 | $481.82 | $48.46 | $67973.02 |
| 23. | $530.28 | $481.47 | $48.80 | $67924.21 |

Interest paid
5356.81

## 272-274 Orange Final Sale at Foreclosure

Loan Date          10/2/2001
Loan Amt        $   70,400
Assignmt mortg  no

Interest Rate       10.74%

Years               30
Purchase Price
LTV                 #DIV/0!
ARM             NA
P&I pymt amt    $656.64
Lender Fee          495
Lender Loan Disc
Amortization    http://www.hsh.com/calc-pmi.html

Assumed 6 payments made    $  3,939.84


Amortization Schedule: 360 months to repay $70400 at 10.74%.
-----------------------------------------------------------
Payment  Payment    Interest   Principal   Balance
Number   Amount     Amount     Reduction   Due
-----------------------------------------------------------

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |     |
|---|---|---|---|---|---|
| 1. | $656.65 | $630.08 | $26.57 | $70373.43 | interest payments |
| 2. | $656.65 | $629.84 | $26.81 | $70346.62 | 3776.86 |
| 3. | $656.65 | $629.60 | $27.05 | $70319.57 | |
| 4. | $656.65 | $629.36 | $27.29 | $70292.28 | |
| 5. | $656.65 | $629.11 | $27.53 | $70264.75 | |
| 6. | $656.65 | $628.87 | $27.78 | $70236.97 | |
| 7. | $656.65 | $628.62 | $28.03 | $70208.94 | |
| 8. | $656.65 | $628.37 | $28.28 | $70180.66 | |
| 9. | $656.65 | $628.12 | $28.53 | $70152.13 | |
| 10. | $656.65 | $627.86 | $28.79 | $70123.34 | |
| 11. | $656.65 | $627.60 | $29.05 | $70094.29 | |
| 12. | $656.65 | $627.34 | $29.31 | $70064.99 | |

## 15 Forest Final Sale at Foreclosure

| | |
|---|---|
| Loan Date | 10/12/2001 |
| Loan Amt | $ 87,624 |
| Assignmt mortg | 12/17/03 Countrywide to USA Housing & Urban Dev to SFJV 2002-1 LLC |
| | |
| Interest Rate | 6.875% |
| | |
| Years | 30 |
| Purchase Price | |
| LTV | #DIV/0! |
| ARM | NA |
| P&I pymt amt | $575.63 |
| Lender Fee | 1295 |
| Lender Loan Disc | |
| Amortization | http://www.hsh.com/calc-pmi.html |

| | | |
|---|---|---|
| | 2001 | 2 |
| | 2002 | 12 |
| | 2003 | 12 |
| | 2004 | 8 |
| Assume 34 payment made before default | 34 | 19571.42 |
| and assignmt back to Countrywide | | |

Amortization Schedule: 360 months to repay $87624 at 6.875%.

---

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |
|---|---|---|---|---|
| 1. | $575.64 | $502.01 | $73.63 | $87550.37 |
| 2. | $575.64 | $501.59 | $74.05 | $87476.32 |
| 3. | $575.64 | $501.17 | $74.47 | $87401.85 |
| 4. | $575.64 | $500.74 | $74.90 | $87326.95 |
| 5. | $575.64 | $500.31 | $75.33 | $87251.62 |
| 6. | $575.64 | $499.88 | $75.76 | $87175.86 |
| 7. | $575.64 | $499.44 | $76.19 | $87099.66 |
| 8. | $575.64 | $499.01 | $76.63 | $87023.03 |
| 9. | $575.64 | $498.57 | $77.07 | $86945.96 |
| 10. | $575.64 | $498.13 | $77.51 | $86868.45 |
| 11. | $575.64 | $497.68 | $77.96 | $86790.49 |
| 12. | $575.64 | $497.24 | $78.40 | $86712.09 |
| 13. | $575.64 | $496.79 | $78.85 | $86633.24 |
| 14. | $575.64 | $496.34 | $79.30 | $86553.93 |
| 15. | $575.64 | $495.88 | $79.76 | $86474.18 |
| 16. | $575.64 | $495.42 | $80.21 | $86393.96 |
| 17. | $575.64 | $494.96 | $80.67 | $86313.29 |
| 18. | $575.64 | $494.50 | $81.14 | $86232.15 |
| 19. | $575.64 | $494.04 | $81.60 | $86150.55 |
| 20. | $575.64 | $493.57 | $82.07 | $86068.48 |
| 21. | $575.64 | $493.10 | $82.54 | $85985.94 |
| 22. | $575.64 | $492.63 | $83.01 | $85902.93 |
| 23. | $575.64 | $492.15 | $83.49 | $85819.44 |

Int payments
16818

## 15 Forest Final Sale at Foreclosure

Amortization Schedule: 360 months to repay $87624 at 6.875%.

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |
|---|---|---|---|---|
| 24. | $575.64 | $491.67 | $83.97 | $85735.47 |
| 25. | $575.64 | $491.19 | $84.45 | $85651.03 |
| 26. | $575.64 | $490.71 | $84.93 | $85566.10 |
| 27. | $575.64 | $490.22 | $85.42 | $85480.68 |
| 28. | $575.64 | $489.73 | $85.91 | $85394.77 |
| 29. | $575.64 | $489.24 | $86.40 | $85308.37 |
| 30. | $575.64 | $488.74 | $86.89 | $85221.48 |
| 31. | $575.64 | $488.25 | $87.39 | $85134.09 |
| 32. | $575.64 | $487.75 | $87.89 | $85046.19 |
| 33. | $575.64 | $487.24 | $88.40 | $84957.80 |
| 34. | $575.64 | $486.74 | $88.90 | $84868.89 |
| 36. | $575.64 | $485.71 | $89.92 | $84689.56 |
| 37. | $575.64 | $485.20 | $90.44 | $84599.12 |
| 38. | $575.64 | $484.68 | $90.96 | $84508.16 |
| 39. | $575.64 | $484.16 | $91.48 | $84416.68 |
| 40. | $575.64 | $483.64 | $92.00 | $84324.68 |
| 41. | $575.64 | $483.11 | $92.53 | $84232.15 |
| 42. | $575.64 | $482.58 | $93.06 | $84139.09 |
| 43. | $575.64 | $482.05 | $93.59 | $84045.50 |
| 44. | $575.64 | $481.51 | $94.13 | $83951.37 |
| 45. | $575.64 | $480.97 | $94.67 | $83856.70 |
| 46. | $575.64 | $480.43 | $95.21 | $83761.49 |
| 47. | $575.64 | $479.88 | $95.76 | $83665.73 |
| 48. | $575.64 | $479.33 | $96.30 | $83569.43 |
| 49. | $575.64 | $478.78 | $96.86 | $83472.57 |
| 50. | $575.64 | $478.23 | $97.41 | $83375.16 |
| 51. | $575.64 | $477.67 | $97.97 | $83277.19 |
| 52. | $575.64 | $477.11 | $98.53 | $83178.66 |
| 53. | $575.64 | $476.54 | $99.09 | $83079.56 |
| 54. | $575.64 | $475.98 | $99.66 | $82979.90 |
| 55. | $575.64 | $475.40 | $100.23 | $82879.66 |
| 56. | $575.64 | $474.83 | $100.81 | $82778.85 |
| 57. | $575.64 | $474.25 | $101.39 | $82677.47 |
| 58. | $575.64 | $473.67 | $101.97 | $82575.50 |
| 59. | $575.64 | $473.09 | $102.55 | $82472.95 |
| 60. | $575.64 | $472.50 | $103.14 | $82369.81 |
| 61. | $575.64 | $471.91 | $103.73 | $82266.08 |
| 62. | $575.64 | $471.32 | $104.32 | $82161.76 |

## 2-4 St Jerome Final Sale at Foreclosure

Loan Date        3/12/2001
Loan Amt        $  97,470
Assignmt mortg  none

Interest Rate    7.000%

Years            30
Purchase Price
LTV              #DIV/0!
ARM              NA
P&I pymt amt    $648.47
Lender Fee       1841
Lender Loan Disc
Amortization    http://www.hsh.com/calc-pmi.html
As of 9/6/2002 loan bal only 96847.75(paid through 10/01/2001) per loan history

9 Paymts made per loan histor    5836.23

Amortization Schedule: 360 months to repay $97470 at 7%.

| Payment Number | Payment Amount | Interest Amount | Principal Reduction | Balance Due |
|---|---|---|---|---|
| 1.  | $648.48 | $568.57 | $79.90 | $97390.09 |
| 2.  | $648.48 | $568.11 | $80.37 | $97309.72 |
| 3.  | $648.48 | $567.64 | $80.84 | $97228.88 |
| 4.  | $648.48 | $567.17 | $81.31 | $97147.57 |
| 5.  | $648.48 | $566.69 | $81.78 | $97065.79 |
| 6.  | $648.48 | $566.22 | $82.26 | $96983.52 |
| 7.  | $648.48 | $565.74 | $82.74 | $96900.78 |
| 8.  | $648.48 | $565.25 | $83.22 | $96817.55 |
| 9.  | $648.48 | $564.77 | $83.71 | $96733.84 |
| 10. | $648.48 | $564.28 | $84.20 | $96649.64 |
| 11. | $648.48 | $563.79 | $84.69 | $96564.95 |
| 12. | $648.48 | $563.29 | $85.18 | $96479.77 |
| 13. | $648.48 | $562.80 | $85.68 | $96394.09 |
| 14. | $648.48 | $562.30 | $86.18 | $96307.91 |
| 15. | $648.48 | $561.80 | $86.68 | $96221.22 |
| 16. | $648.48 | $561.29 | $87.19 | $96134.03 |
| 17. | $648.48 | $560.78 | $87.70 | $96046.34 |
| 18. | $648.48 | $560.27 | $88.21 | $95958.13 |
| 19. | $648.48 | $559.75 | $88.72 | $95869.40 |
| 20. | $648.48 | $559.24 | $89.24 | $95780.16 |
| 21. | $648.48 | $558.72 | $89.76 | $95690.40 |
| 22. | $648.48 | $558.19 | $90.29 | $95600.11 |
| 23. | $648.48 | $557.67 | $90.81 | $95509.30 |
| 24. | $648.48 | $557.14 | $91.34 | $95417.96 |

5099