**<u>EXHIBIT H</u>**

9/7/2006

# INTEREST EARNED ON DISCHARGED MORTGAGES

page 1 of 3

| Address | Borrower | Date bought by Seller | Date of Loan | Loan Amount | Wire Amount | Sale date | Mortgage Discharge Date | book/page | Days | # of months | #of yrs | prepay reason | Prepay Penalty | #of mos X Pymt amt | Pymt Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 Armory (Equi) | Amy Sisto/Micha | 10/23/1998 | 6/14/1999 | 48,000 | 48,495 | 4/28/2000 | 6/6/2000 | 11221/290 | 319 | 10.63 | | | | 6648 | 644 |
| 8-8 Hampden (Equi) | Sergio Quesada | 10/1/1999 | 10/1/1999 | 67,300 | 63,453 | 11/7/2000 | 12/5/2000 | 11432/300 | 403 | 13.43 | | | | 8235 | 613 |
| 30 Johnson (Equi) | Victor Rivera et al | 3/13/2000 | 3/13/2000 | 74,737 | 71,750 | 1/3/2001 | 2/15/2001 | 11507/117 | 296 | 9.87 | | | | 9738 | 987 |
| 15-17 Eaton (Equi) | Armando J Santia | 11/28/1999 | 12/1/1999 | 72,000 | 69,760 | 2/27/2001 | 11628/547 | 454 | 15.13 | | | | | 9398 | 621 |
| 219 Gresham (Equi) | Laura Willis et al | 1/20/2000 | 3/17/2000 | 93,600 | 93,250 | 8/24/2001 | 11921/481 | 525 | 17.50 | | | | 17752 | 16538 | 945 |
| 825 Chicopee (Equi) | Jack Silva & She | 10/7/1999 | 10/7/1999 | 79,200 | 77,316 | 10/30/2001 | 12008/580 | 754 | 25.13 | | | 2736 | | 15306 | 809 |
| 282-84 Alderman/Equi | Dwayne Warfield | 7/24/2000 | 10/20/2000 | 72,000 | 71,566 | 12/3/2001 | 12083/520 | 403 | 13.43 | | | | | 9135 | 500 |
| 80 Alden (Nat'l City) | Anthony Matos | 9/15/2000 | 9/15/2000 | 68,800 | 57,966 | 11/9/2001 | 12229/181 | 420 | 14.00 | | | | | 7000 | 500 |
| 52-154 King (Equi) | Maria Perez | 12/14/1999 | 12/14/1999 | 68,800 | 68,452 | 2/25/2002 | 12253/55 | 760 | 25.33 | | | | | 17531 | 692 |
| 571 Oak St (N/City) | Ivette Vega | 1/20/1999 | 1/20/1999 | 83,000 | 60,977 | 12/5/2001 | 12253/55 | 1050 | 35.00 | | | | | 7000 | 500 |
| 89 Bay St (Diverse) | Nitza Negron | 2/14/2000 | 3/7/2000 | 68,800 | 63,750 | 4/30/2002 | 12307/281 | 784 | 26.13 | | | | | 14765 | 565 |
| 84 Buckingham (Equi) | Axel Soto | 5/10/1999 | 5/10/1999 | 62,050 | 60,230 | 5/13/2002 | 12392/312 | 1099 | 36.63 | | | | | 21833 | 596 |
| 200 Montmorenci(GR | Jose R. Sanchez | 7/25/2000 | 7/25/2000 | 54,600 | 54,438 | 6/26/2002 | 12405/171 | 581 | 19.37 | | | | | 11078 | 572 |
| 62 Kenyon (Equi) | Kenya Sullivan | 2/3/2000 | 2/4/2000 | 85,500 | 58,053 | 12/9/2002 | 12779/584 | 1039 | 34.63 | | | | | 19637 | 567 |
| 108 Ramey (Equi) | Rosetta Mills et al | 8/23/2000 | 8/23/2000 | 85,500 | 82,963 | 11/8/2002 | 12845/495 | 817 | 27.23 | | | | | 21923 | 805 |
| 30-32 Austin (N/City) | Edward Page | 5/4/1999 | 3/7/2000 | 73,775 | 71,819 | 2/3/2003 | 12971/142 | 1174 | 39.13 | 3.26 | | | | 28885 | 701 |
| 26-128 White (C/wd | Cynthia Antoine | 11/17/1999 | 7/25/2000 | 77,900 | 76,919 | 7/2/2003 | 13585/318 | 1072 | 35.73 | 2.98 sold | | | | 20189 | 565 |
| 42 Cedar (Equi) | Tina Burston | 3/31/1999 | 5/25/1999 | 66,950 | 90,184 | 12/8/2003 | 13823/394 | 896 | 29.87 | 2.49 sold | | | | 22344 | 406 |
| 40 Allen (Equi) | Karen M. Gladder | 3/14/2000 | 3/14/2000 | 85,500 | 53,783 | 12/1/2003 | 13626/494 | 1651 | 55.03 | 4.59 | | | | 32211 | 672 |
| 13-15 Maple (Equi) | Anthony Matos | 4/28/2000 | 4/28/2000 | 78,400 | 81,733 | 2/20/2004 | 15566/7-1 | 1438 | 47.93 | 3.99 | | | | 36598 | 767 |
| 39 Berkshire (Equi) | Angela Banks | 6/8/1999 | 6/8/1999 | 63,750 | 78,003 | 3/29/2004 | 14046/437 | 1431 | 47.70 | 3.98 | | | | 28272 | 483 |
| 200 Church (Equi) | Jason Loso | 8/24/1999 | 2/8/2000 | 60,003 | 60,412 | 3/29/2004 | 14045/238 | 1756 | 58.53 | 4.88 | | | | 31723 | 515 |
| 03 Central (Equi) | Kirk Scarlett | 5/21/1999 | 6/8/1999 | 64,000 | 61,960 | 4/6/2004 | 14072/141 | 1117 | 37.23 | 3.10 | | | | 30213 | 515 |
| 30-52 Staebins(Equi) | Milton Cole & Mor | 6/8/1999 | 9/7/1999 | 73,135 | 65,359 | 8/27/2004 | 14079/134 | 1760 | 58.67 | 4.89 | | | | 41161 | 762 |
| 172 Quincy (Equi) | Roxanne Halley-H | 9/7/1999 | 6/23/2000 | 70,200 | 67,695 | 9/23/2004 | 14604/586 | 1553 | 51.77 | 4.31 | | | | 33648 | 650 |
| 58-60 Howell/McCue | Omayra Ocasio | 6/23/2000 | 10/18/2004 | 136,020 | 136,020 | 10/18/2004 | 14604/586 | 1759 | 58.63 | 4.89 | | | | 25655 | 650 |
| 58-30 Bay (Avondale | Zitta N.H. Alban | 1/22/2002 | 3/11/1999 | 135,850 | 62,400 | 9/24/2004 | 14629/231 | 1842 | 61.40 | 5.12 | | 2.49 sold | | 27577 | 449 |
| 58-30 Bay (Avondale | Zitta N.H. Alban | 3/11/1999 | 9/9/1999 | 54,000 | Included above | 11/22/2004 | 14643/122 | 1842 | 61.40 | 4.76 | | | | 9322 | 152 |
| 935 Carew (Equi) | Carlos Ravel Diaz | 3/11/1999 | 9/9/1999 | 12,400 | 66,850 | 11/16/2004 | 18010/0 LC | 1714 | 57.13 | 5.03 | | | | 40108 | 702 |
| 500 Wilmont (Equi) | Carlos Garcia | 3/8/2000 | 3/8/2000 | 69,820 | 72,805 | 12/20/2004 | 14707/400 | 1812 | 60.40 | 5.03 | | | | 44575 | 738 |
| 886 Dwight (Equi) | Paul Calcasola | 12/1/1999 | 4/8/1999 | 75,420 | 63,122 | 11/16/2004 | 14775/375 | 2001 | 66.70 | 5.56 | | | | 47557 | 713 |
| 709 Palmer (C/wide) | Daisy Montes | 4/8/1999 | 4/8/1999 | 63,750 | 78,553 | 3/1/2005 | 14896/372 | 1362 | 45.40 | 3.78 | | | | 24970 | 550 |
| 164 Thompson (Equi | Mirna L. Sanchez | 6/8/2001 | 6/8/2001 | 82,702 | 74,655 | 5/6/2005 | 14999/92 | 1661 | 55.03 | 4.59 | | | | 42706 | 776 |
| 11 Thompson (Equi) | Charles Yon | 1/31/2001 | 7/13/2002 | 76,870 | 102,213 | 10/13/2005 | 15406/133 | 1436 | 47.87 | 3.99 | | | | 34177 | 714 |
| 164 Pleasant/C/wide | Raymond de Jesu | 5/24/1999 | 7/11/2001 | 107,315 | 74,655 | 6/16/2005 | 15471/20 | 1977 | 65.90 | 5.49 | | | | 37893 | 575 |
| 228 Gilbert (Diverse) | Jose M. Agosto | 5/3/2001 | 5/3/2001 | 59,250 | 58,322 | 1/9/2005 | 15406/133 | 1661 | 55.03 | 4.59 | | | | 42706 | 776 |
| 21 Cedar St (Equi) | | 4/1/2000 | 4/14/2000 | 89,954 | 86,054 | 10/27/2005 | 15551/151 | 2068 | 68.93 | 5.74 | | | | 57421 | 833 |
| | | | | **2,682,819** | **2,599,283** | | | | | | | | **8694** | **926829** | |

Avg # mos 39.56
Avg # yrs 3.2967

| | |
|---|---|
| Gain due to Loan | |
| Interest | 853,964 |
| P&I | 926,829 |
| Lender Closing Fees | 19,048 |
| Credit Life 50% | 11,021 |
| Prepayment penalties | 8,694 |
| Total | **1,819,556** |

page 1 of 3

## INTEREST EARNED ON DISCHARGED MORTGAGES

| Address | Borrower | Broker/Lender Fee | Credit Life X.50% | Interest Rate | Term | Credit Life | Broker | Broker's Fee | Atty Fee | Title Ins | Title Comsn | 1st mo. Interest | Last mo. Interest | Date of dischrg | Interest to Total Interest | Asgmt Rents / AUDIT N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 5f Armory ( Equi) | Amy Sisto/Michae | 960 | 0 | 15.950% | 10 yr 30 yr | | Equi | 960 | 700 | 280 | 168 | 357 | 565 | 5,739 | 6,661 | Prop sold 0 |
| 6-8 Hampden (Equi) | Sergio Quesada | | 1,775 | 10.450% | 10 yr 30 yr | 3,549 | Ivy | 1,283 | 349 | | 209 | 597 | 115 | 7,017 | 7,729 | yes |
| 130 Johnson (Equi) | Victor Rivera et al | | 1,775 | 15.700% | 30 yr | | Ivy | 3,323 | not avl | not avl | | 611 | 64 | 8,796 | 9,471 | yes |
| 15-17 Eaton (Equi) | Armando l Santia | | | 9.800% | 30 yr | | People's | 1,448 | 700 | 340 | 204 | 599 | 499 | 7,622 | 8,720 | yes |
| 219 Gresham (Equi) | Laura Willis et al | 1,440 | | 11.750% | 30 yr | | Ivy | 2,112 | 700 | 451 | 271 | 452 | 526 | 12,812 | 13,799 | yes |
| 825 Chicopee (Equi) | Jack Silva & Shei | 1,584 | | 8.500% | 10 yr 30 yr | | Ivy | 2,384 | 700 | 384 | NA | 461 | 699 | 14,629 | 15,770 | yes |
| 62-64 Alderman(Equi | Dwayne Warfield | | | 10.800% | 30 yr | | Metro | 2,520 | 700 | 340 | 204 | 452 | 526 | 8,483 | 8,654 | Just have fi |
| 220 Alden (Nat'l City) | Anthony Matos | | | 9.625% | 30 yr | | Trinity | 1,250 | 700 | 355 | 218 | 43 | 8,483 | 8,654 | |
| 152-154 King (Equi) | Maria Perez | | | 11.700% | 30 yr | | Metro | 3,096 | 700 | 358 | 204 | 248 | 123 | 6,116 | 6,487 | |
| 271 Oak Gr (N/City) | Nitza Negron | 1,260 | | 11.450% | 10 yr 30 yr | | Trinity | 1,250 | 700 | 352 | 213 | 123 | 123 | 6,487 | 6,487 | |
| 189 Bay St (Diverse) | Ivette Vega | | | 10.125% | 10 yr 30 yr | | Nat'l City | 1,260 | 0 | 0 | 215 | 248 | 123 | 16,038 | 16,271 | |
| 84 Buckingham (Equi | Axel Soto | | | 11.100% | 10 yr 30 yr | | Ivy | 2,410 | 0 | 325 | 211 | 237 | 78 | 20,317 | 20,632 | Property so |
| 20 Montmorenci(GR/ | Jose R. Sanchez | | | 12.250% | 10 yr 30 yr | | Home/ysp | 1,275 | 319 | 191 | 442 | 525 | 12,848 | 13,815 | Can't deter |
| 62 Kenyon (Equi) | Kenya Sullivan | | | 11.250% | 30 yr | | Ivy | 2,730 | 319 | 415 | 181 | 223 | 525 | 20,594 | | |
| 108 Ramsey( Equi) | Rosetta Mills et al | 2,138 | | 10.850% | 30 yr | | Affordable | 1,895 | 700 | 334 | 200 | 128 | 455 | 10,008 | 10,591 | Adj rate LIE |
| 30-32 Austin (Equi) | Cynthia Antoine | | 1,774 | 10.400% | 30 yr | 3,548 | Equi | 2,138 | 700 | 319 | 191 | 229 | 142 | 20,000 | 20,656 | no |
| 102 Gilbert (N/City) | Edward Page | | | 7.875% | 30 yr | | Trinity | 2,887 | 700 | 370 | 222 | 229 | 427 | 24,727 | 25,071 | no |
| 128-128 White (C/wd | Felicita Ayala | | | 8.000% | 30 yr | | Ivy | 3,116 | 765 | 346 | 153 | 302 | 512 | 17,655 | 17,789 | no |
| 142 Cedar (Equi) | Tina Burston | 2,278 | | 7.700% | 10 yr 30 yr | | Home | 2,864 | 700 | 388 | 208 | 84 | 16 | 19,315 | 19,410 | |
| 740 Allen (Equi) | Karen M. Gladder | 3,420 | | 8.750% | 30 yr | | Metro(ysp) | 2,296 | 765 | 442 | 181 | 369 | 11 | 17,656 | 17,545 | |
| 13-15 Maple (Equi) | Anthony Matos | | | 11.350% | 30 yr | | Ivy | 1,718 | 700 | 301 | 265 | 84 | 670 | 28,264 | 29,010 | |
| 139 Berkshire (Equi) | Angela Banks | | | 8.350% | 30 yr | | Trinity | 2,352 | 700 | 436 | 233 | 73 | 870 | 29,010 | 21,346 | |
| 50 Church ( Equi) | Jason Loso | 1,854 | | 10.550% | 30 yr | | Ivy | 655 | 700 | 325 | 181 | 335 | 391 | 24,356 | 25,082 | Change of t |
| 103 Central (Equi) | Kirk Scarlett | | | 9.000% | 30 yr | | Equi | 1,854 | 700 | 409 | 245 | 563 | 15 | 23,116 | 29,630 | |
| 50-52 Stebbins(Equi) | Milton Cole & Mo | | 2,568 | 11.100% | 10 yr 30 yr | 5,136 | Ivy | 1,297 | 700 | 340 | 204 | 363 | 28,878 | 27,256 | yes |
| 172 Quincy (Equi) | Roxanne Halley-R | 2,106 | | 10.650% | 30 yr | | Affordable | 1,895 | 375 | 340 | 204 | 534 | 22 | 38,111 | 39,667 | yes |
| 58-60 Howes(McCue | Omayra Ocasio | 2,008 | | 10.650% | 30 yr | | Equi | 2,106 | 700 | 334 | 200 | 164 | 440 | 30,811 | 31,415 | Sold 7/1/04 |
| 28-30 Bay (Avondale | Zitta N.H. Alban | | | 9.375% | 30 yr | | Metro | 2,677 | 755 | 514 | 605 | 605 | 400 | 30,341 | 21,346 | yes |
| 28-30 Bay (Avondale | Zitta N.H. Alban | | | 12.375% | 180mos | | Affordable | 1,475 | 350 | 349 | 200 | 164 | 440 | 31,415 | 25,094 | yes |
| 835 Carew (Equi) | Carlos Ravel Diaz | 1,310 | | 11.700% | 30 yr | 2,620 | People's | 248 | 0 | 0 | 349 | 92 | 307 | 24,482 | 7,203 | |
| 100 Wilmont (Equi) | Carlos Garcia | 909 | | 11.350% | 30 yr | 1,817 | Trinity | 2,982 | 700 | 325 | 195 | 537 | 82 | 37,071 | 37,938 | 10 year loan |
| 986 Dwight (Equi) | Paul Calcasola | 909 | | 13.150% | 30 yr | | Ivy | 2,526 | 700 | 376 | 228 | 727 | 328 | 40,906 | 41,976 | |
| 249 Palmer (C/wide) | Daisy Montes | | | 7.000% | 30 yr | | Metro/ysp | 336 | 500 | 355 | 213 | 528 | 343 | 40,906 | 45,473 | |
| 371 Thompson (Equi) | Mirna L. Sanchez | | | 11.750% | 30 yr | 1,818 | People/ysp | 2,868 | 500 | 352 | 211 | 365 | 630 | 20,820 | 21,185 | |
| 664 Pleasant(C/wide) | Charles Yon | | | 7.000% | 30 yr | | Metro(ysp) | 1,750 | 700 | 337 | 202 | 470 | 436 | 39,519 | 40,425 | |
| 328 Gilbert (Diverse) | Raymond de Jesu | | | 11.220% | 30 yr | | Trinity | 2,532 | 700 | 358 | 215 | 453 | 295 | 28,216 | 28,964 | Changed h |
| 21 Cedar St (Equi) | Jose M. Agosto | 1,777 | | 10.650% | 30 yr | 3,554 | Trinity | 2,962 | 755 | 337 | 215 | 310 | 195 | 35,087 | 35,592 | Rate to cha |
| | | | | | | | People's | 3,362 | 700 | 388 | 233 | 26 | 658 | 35,592 | 53,342 | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | 19,046 | 11,021 | | | 22,042 | | 22,190 | | | | 13,080 | 10,652 | 830,032 | 853,984 | |
| Lender Closing Fees | | | | 30% | | | | | | | | | | | | |
| Credit Life 50% | | | | 6,613 | | | | | | proof | | | | | | |
| Prepayment penalties | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | |
| Gain due to Loan | | | | | | | | | | | | | | | | |
| Interest | | | | | | | | | | | | | | | | |
| P&I | | | | | | | | | | | | | | | | |
| Credit Life 50% | | | | | | | | | | | | | | | | |
| Lender Closing Fees | | | | | | | | | | | | | | | | |
| Prepayment penalties | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | |

# INTEREST EARNED ON DISCHARGED MORTGAGES

| Address | Borrower | NOTES |
|---|---|---|
| 51 Armory ( Equi) | Amy Sisto/Micha | 4/28/00 |
| 6-8 Hampden ( Equi) | Sergio Quesada | |
| 130 Johnson ( Equi) | Victor Rivera et al | |
| 15-17 Eaton ( Equi) | Armando I Santia | |
| 219 Gresham ( Equi) | Laura Willis et al | |
| 825 Chicopee ( Equi) | Jack Silva & Shel | front page of note. No signatory page. Sold 10/30/01 |
| 82-84 Alderman(Equi | Dwayne Warfield | |
| 20 Alden ( Natl City) | Anthony Matos | |
| 152-154 King ( Equi) | Maria Perez | |
| 271 Oak Gr (N/City) | Nitza Negron | old by borrower 12/05/01 |
| 189 Bay St ( Diverse) | Ivette Vega | mine the amount of wire |
| 84 Buckingham ( Equi | Axel Soto | |
| 20 Montmorenci(GR | Jose R. Sanchez | 2|OR +8 start 8/1/02. Prop purch 2/26/02. mort dischg 6/26/02 Default 12/01/01 $54,344.44 |
| 62 Kenyon ( Equi) | Kenya Sullivan | |
| 108 Ranney ( Equi) | Rosetta Mills et al | |
| 30-32 Austin ( Equi) | Edward Page | |
| 102 Gilbert (N/City) | Cynthia Antoine | |
| 126-128 White ( C/wd | Felicita Ayala | |
| 142 Cedar ( Equi) | Tina Burston | |
| 740 Allen ( Equi) | Karen M. Gladder | |
| 13-15 Maple ( Equi) | Anthony Matos | |
| 139 Berkshire ( Equi) | Angela Banks | title bought by Leroy Mgt 3/10/99 recorded 8/8/99 |
| 50 Church ( Equi) | Jason Loso | |
| 103 Central ( Equi) | Kirk Scarlett | |
| 50-52 Stebbins(Equi) | Milton Cole & Mol | |
| 172 Quincy ( Equi) | Roxanne Halley-R | |
| 58-60 Howes(McCue | Omayra Ocasio | |
| 28-30 Bay (Avondale | Zitta N.H. Alban | |
| 28-30 Bay (Avondale | Zitta N.H. Alban | |
| N-835 Carew ( Equi) | Carlos Ravel Diaz | |
| 100 Wilmont ( Equi) | Carlos Garcia | |
| 986 Dwight ( Equi) | Paul Calcasola | n No signed note in file |
| 948 Palmer ( C/wide) | Daisy Montes | |
| 1/71 Thompson (Equi | Mirna L. Sanchez | lands on 1/19/05 Mortg dischg 5/6/05 |
| 1/664 Pleasant(C/wide | Charles Yon | |
| 328 Gilbert (Diverse) | Raymond de Jesur | ige to adjustable 5/02 = 6mos LIBOR +7.24. Someone bought property 9/12/05 |
| 1/21 Cedar St (Equi) | Jose M. Agosto | |

Gain due to Loan
Interest
P&I
Lender Closing Fees
Credit Life 50%
Prepayment penalties
Total