```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )  CR-N-04-30046-MAP
                             )
          v.                 )
                             )
ALBERT INNARELLI,            )
                             )
          Defendant.         )
```

**GOVERNMENT'S NOTICE OF INTENT TO SEEK DETENTION POST-SENTENCING**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Paul Hart Smyth, Assistant United States Attorney, hereby files this notice stating that the United States of America intends to seek the immediate detention of defendant Innarelli after imposition of sentence under Title 18, United States Code, Section 3143(b).

Section 3143(b) mandates detention after imposition of a sentence involving a term of imprisonment. Specifically, Section 3143(b) states that "the judicial officer *shall order* that a person who had been found guilty of an offense and sentenced to a term of imprisonment . . . *be detained*" unless certain conditions can be met. In this case, the defendant pled guilty to 68 of the 69 counts of the Superseding Indictment, leaving only sentencing issues. Therefore, there will be no substantial questions of law or fact, particularly given the fact that the court will be

1

sentencing the defendant under 18 U.S.C. §3553.

In this case, there is no basis to permit defendant Innarelli's release.  As will be argued in more detail in the Government's sentencing memorandum, the impact of defendant Innarelli's crimes are incalculable.  His crimes were enormous in proportion - approximately 292 loans at a value of approximately $20,000.000.00 - and incomprehensible in their financial, emotional and psychological devastation.  Defendant Innarelli breached the faith and trust of his clients and his ethical duties and responsibilities to his profession.  Defendant Innarelli will not hesitate to breach his word to the court.

Filed this 13th day of September, 2006.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ Paul Hart Smyth
By:  _____
     PAUL HART SMYTH
     Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      September 13, 2006


    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronic filing upon:

Moira Buckley, Albano, Esq.


                                      _____
                                      PAUL HART SMYTH
                                      Assistant United States Attorney