AO 458 (Rev. USAO-MA 09/04) Appearance

## UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |

UNITED STATES

v.

ALBERT INNARELLI ET AL

**APPEARANCE**

Case Number:   04-CR-30046-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

_September 13, 2006_
Date

_[signature]_
Signature

Todd Newhouse
Print Name                                    Bar Number

1550 Main Street, Room 310
Address

Springfield         MA      01103
City                State          Zip Code

413-785-0109        413-785-0394
Phone Number                    Fax Number