UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 04-30046-MAP |
| v. | : | |
| ALBERT INNARELLI, ET AL. | : | SEPTEMBER 15, 2006 |

### MOTION TO SEAL AND/OR IMPOUND CONFIDENTIAL MATERIALS

Pursuant to Local Rule 7.2, the Defendant, Albert Innarelli, by and through the undersigned counsel, moves this Honorable Court for an order sealing or impounding the following documents in the above-captioned matter: **Memorandum in Aid of Sentencing with attached Exhibits A-F.**

Sealing or impoundment is requested to ensure the confidentiality of privileged psychiatric and health care information, as well as other sensitive information related to the Defendant and his family members. Moreover, sealing is necessary to protect the identity and other confidential information regarding the Defendant's two minor children.

The Defendant requests that the Sealing or Impoundment Order last as long as the Defendant's case is pending in this Court and in any court that may review this Court's sentence on Appeal, or as long as any collateral proceeding such as a habeas corpus action may last. The Defendant requests that upon expiration of such order, the Clerk of Court return the sealed documents to undersigned counsel.

                              DEFENDANT,
                              Albert Innarelli

By      /s/
          James W. Bergenn
          Moira L. Buckley
          Shipman & Goodwin LLP
          One Constitution Plaza
          Hartford, CT 06103-2819
          (860) 251-5000
          (860) 251-5219 (fax)
          jbergenn@goodwin.com
          mbuckley@goodwin.com

## CERTIFICATION

I hereby certify that the foregoing Motion to Seal was filed electronically on this 15th day of September, 2006, and was sent via regular mail on that same date to the following parties:

Mark G. Mastroianni
Steven W. Leary, Esq.
95 State Street, Suite 309
Springfield, MA 01103
413-737-1489
Fax: 413-733-0238

Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA 01103
413-732-0222
Fax: 413-746-4970

Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA 01103
413-737-7349
Fax: 413-731-1302

Terry S. Nagel, Esq.
95 State Street, Suite 918
Springfield, MA 01103
413-731-8811
Fax: 413-731-6641

William H. Kettlewell, Esq.
Maria Durant, Esq.
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
617-371-1005
Fax: 617-371-1037

Robert Santaniello, Jr., Esq.
Santaniello & Santaniello
83 State Street, 3rd Floor
Springfield, MA 01103
413-781-2132
Fax: 413-732-7515

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA 01103
413-737-5000
Fax: 413-731-1302

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA 01103
413-736-6971
Fax: 413-746-9224

Thomas A. Kokonowski, Esq.
Antonucci & Associates
Stockbridge Street
Springfield, MA 01103
413-737-9700
Fax: 413-732-3132

Kevin G. Murphy, Esq.
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, 5th Floor
Springfield, MA 01103
413-781-4700
Fax: 413-781-0471

Peter M. Murphy, Esq.
101 State Street, Suite 715
Springfield, MA 01103
413-733-1222

Fax: 413-733-1245

Gary A. Ensor, Esq.
34 Bridge Street
South Hadley, MA 01075
413-315-6152
Fax: 413-315-6153

William M. Welch, II
U.S. Attorney's Office
Suite 310
1550 Main Street
Springfield, MA 01103
413-785-0237
Fax: 413-785-0394

Richard Rinaldi
U.S. Probation Officer
Probation Department
1550 Main Street, Rm 212
Springfield, MA 01103
413-785-0250
Fax: 413-785-0257

_____
Moira L. Buckley