| Purchased | Price | Sold | Loan / Lender | Date | Doc # / Payee | Amount | Description | Notes | Indicted |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 3/16/2001 | 10379 Albert V. Inarelli | $ 2,000.00 | | | |
| | | | | 3/19/2001 | 10381 John Santamaria | $ 1,500.00 | | | |
| | | | | 3/21/2001 | 10397 Albert V. Innarelli | $ 3,000.00 | | | |
| | | | | 3/23/2001 | 10399 Anthony Matos | $ 9,000.00 | | | |
| | | | | 3/26/2001 | 10400 George A Petropoulos | $ 35,000.00 | | | |
| 03/29/01 | $42,000 | 4/13/2001 | $97,000 Countrywide Home Loans | 4/9/2001 | 10402 Mary Alice Carroll | $ 2,109.93 | Buyer of 35 Ashley | Co-conspirator testimony / False down payment | No |
| | | | | 4/13/2001 | 10482 Anthony Matos | $ 20,702.00 | 128-128 White Street | | |
| | | | | 4/17/2001 | 10486 John Santamaria | $ 5,570.00 | 128-5-28 White Street | | |
| | | | | 4/17/2001 | 10487 John Santamaria | $ 7,010.79 | 126-128 White Street (Buyer) | | |
| | | | | 5/1/2002 | 10504 Peter Albano | $ 20,607.90 | 126-128 White Street | | |
| | | | | 4/9/2001 | 10485 Damaris Peres | $ 1,000.00 | Repairs to be made - 128-128 White Street | | |
| | | | | 4/18/2001 | 10494 Peter Albano | $ 2,500.00 | | | |
| | | | | 4/19/2001 | 10515 Albert V Innarelli | $ 5,048.90 | Buyer of 35 Ashley | | |
| | $75,000 | | $71,250 Equicredit | 4/19/2001 | 10502 William A. Siano & Virginia A. Siano | $ 43,000.00 | Proceeds from 35 Ashley Street | | |
| | | | | 4/19/2001 | 10503 William A. Siano & Virginia A. Siano | $ 16,657.38 | False down payment | | |
| | | | | 4/19/2001 | 10504 Peter Albano | $ 20,607.90 | 35 Ashley Street (Buyer) | | |
| | | | | 12/21/2001 | 11877 John Santamaria | $ 750.00 | 35 Ashley Street | | |
| 11/06/00 | $9,000 | | $64,500 Delta Funding | 4/20/2001 | 10516 Anthony Matos | $ 8,383.17 | Payoff Loan # 409816-4 | Co-conspirator testimony / False down payment / Money back to buyer | No |
| | $88,000 | | | 4/23/2001 | 10533 Option One Mortgage Corp | $ 8,383.17 | 93 Dawes Street | | |
| | | | | 4/23/2001 | 10534 Anthony Matos | $ 8,383.17 | Broker's fees - 93 Dawes Street | | |
| | | | | 5/22/2001 | 10602 Metro Mortgage Corp | $ 18,500.00 | 93 Dawes Street | | |
| | | | | | | $ 539.25 | Broker's fees - 93 Dawes Street | | |
| 10/2000 | $5,200 | | $92,000 SIB Mortgage | 4/30/2001 | 10554 John Santamaria | $ 63,320.44 | Proceeds for 25-27 Colchester St | Co-conspirator testimony / False down payment / Nominee seller/owner | Yes |
| | $80,000 | | $82,300 SIB Mortgage | 4/30/2001 | 10555 John Santamaria | $ 24,630.00 | Proceeds for 25-27 Colchester St | | |
| | | | | 4/30/2001 | 10556 John Santamaria | $ 10,000.00 | Proceeds for 25-27 Colchester St | | |
| | | | | 5/1/2001 | 10558 John Santamaria | $ 8,383.17 | Proceeds for 25-27 Colchester St | | |
| | | | | 5/1/2001 | 10561 John Santamaria | $ 3,804.00 | Proceeds for 35-37 Colchester Street | | |
| | | | | 5/1/2001 | 10561 Burton S Kirnan & Associates PC | $ 34,237.48 | Proceeds for 35-37 Colchester Street | | |
| | | | | 5/22/2001 | 10563 Aames Financial Corp | $ 17,118.73 | Proceeds for 35-37 Colchester Street | | |
| | $80,000 | | $80,000 Alliance Funding | 5/4/2001 | 10593 George A Petropoulos | $ 17,118.73 | 74-76 Willard Avenue | Co-conspirator testimony / False down payment / Money back to buyer | Yes |
| | | | | 5/4/2001 | 10594 Carolyn Lewis | $ 3,250.00 | 74-76 Willard Avenue (Buyer - Scott Lewis) | | |
| | | | | 5/4/2001 | 10595 Anthony Matos | $ 2,335.00 | 74-76 Willard Avenue | | |
| | | | | 5/4/2001 | 10599 Atty Al Beaumier | $ 3,318.79 | Seller - 74-76 Willard Avenue | | |
| | | | | 5/4/2001 | 10600 Lester Premo, Jr | $ 32,318.79 | 74-76 Willard Avenue | | |
| | | | | 5/4/2001 | 10601 Pasquale Romeo | $ 680.00 | 74-76 Willard Avenue | | |
| | | | | 5/7/2001 | 10603 Albert V Innarelli | $ 3,250.00 | | | |
| | | | | 5/7/2001 | | $ 750.00 | Alderman & Langdon | | |
| 05/08/01 | $43,000 | | $68,000 Aames Funding | 5/8/2001 | 10816 Springfield Mortgage Corporation | $ 2,335.00 | Broker's Fee - 33-35 Commonwealth Avenue | Co-conspirator testimony / False down payment / False loan information / Nominee buyer / Money back to buyer | Yes |
| | $65,000 | | | 5/8/2001 | 10817 George Petropoulos | $ 3,318.79 | 33-35 Commonwealth Avenue | | |
| | | | | 5/8/2001 | 10818 George Petropoulos | $ 32,318.79 | 33-35 Commonwealth Avenue | | |
| | | | | 5/14/2001 | 10621 Springfield Mortgage Corporation | $ 680.00 | 33-35 Commonwealth Avenue | | |
| 04/25/00 | $1 | | $72,000 Alliance Funding | 5/24/2001 | 10632 Michael Bergdoll | $ 750.00 | Alderman & Langdon | | |
| | $85,000 | | $80,000 Aames Funding | 5/24/2001 | 10642 John Santamaria | $ 8,577.91 | Proceeds from 23 Freemont St (Buyer) | Co-conspirator testimony / False down payment | Yes |
| | | | | 5/24/2001 | 10643 Trent P Fornaggioni | $ 73,507.59 | 23 Freemont St (Buyer) | | |
| | | | | 5/24/2001 | 10652 Jill Dalzovo | $ 5,000.00 | 23 Freemont St (Buyer) | | |
| | | | | 5/24/2001 | 10651 Trent P Fornaggioni Jr | $ 12,546.08 | 23 Freemont St (Buyer) | | |
| | | | | 5/24/2001 | 10654 Trent P Fornaggioni Sr | $ 12,546.08 | 23 Freemont St (Buyer) | | |
| | | | | 5/24/2001 | 10655 John Santamaria | $ 5,000.00 | 23 Freemont St (Buyer) | | |
| | | | | 5/24/2001 | 10656 John Santamaria | $ 8,500.00 | 23 Freemont St (Buyer) | | |
| | | | | 5/25/2001 | 10657 John Santamaria | $ 2,337.00 | 23 Freemont St (Buyer) | | |
| | | | | 5/25/2001 | 10658 John Santamaria | $ 9,500.00 | 23 Freemont St (Buyer) | | |
| | | | | 5/25/2001 | 10659 Carmela Murfy | $ 9,500.52 | 33-35 Commonwealth Avenue | | |
| | | | | | 10661 Springfield Mortgage Corporation | $ 2,455.00 | ysp 33-35 Commonwealth Avenue | | |

| Date | Amount 1 | Amount 2 | Funding / Lender | Check Date | Check No. / Payee | Amount | Property / Memo | Fraud Type | Witness |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/00 | $45,000 | $85,000 | $68,000 Success Investments | | 10668 Cebbs Realty Trust | $65,431.08 | Proceeds for 376 Orange Street | Co-conspirator testimony | Yes |
| | | | | 5/31/2001 | 10685 Mary Silvano | $1,500.00 | | | |
| | | | | 6/1/2001 | 10686 Albert V Imarelli | $5,100.00 | | | |
| | | | | | 10669 Cebbs Realty Trust | $20,745.72 | 376 Orange Street | False down payment | |
| | | | | | 10670 Dave McCoy | $4,300.00 | Re: 376 Orange Street | Bogus second mortgage | |
| | | | | | 10675 LaSalle National Bank as Trustee | $31,753.79 | Proceeds for 376 Orange St | | |
| | | | | | 10678 Success Investments Inc | $4,080.00 | Re: 376 Orange Street | | |
| 06/1/2001 | $23,500 | $84,000 | | 6/4/2001 | 10688 Anthony Matos | $1,500.00 | 464-466 Pleasant Street | | No |
| 01/3/101 | $42,000 | $84,000 | $82,702 Countrywide Home Loans | 6/8/2001 | 10707 George A Petropoulos | $54,109.00 | 49 Palmer Ave | Co-conspirator testimony | No |
| | | | | 6/8/2001 | 10708 Leroy's Management Services, Inc | $78,690.27 | 49 Palmer Avenue, Springfield MA | False down payment | |
| | | | | 6/8/2001 | 10710 Anthony Matos | $2,500.00 | | False loan information | |
| | | | | 6/8/2001 | 10710 Albert V Imarelli | $4,570.00 | | | |
| | | | | 6/8/2001 | 10739 Harvey Grashin | $20,000.00 | 49 Palmer Avenue | | |
| | | | | 6/11/2001 | 10953 Harvey Grashin | $20,166.76 | 49 Palmer Avenue | | |
| 03/05/99 | $84,000 | $62,702 | | 6/12/2001 | 10736 Michael Bergdoll | $78,358.59 | 22 Burr Street | Co-conspirator testimony | Yes |
| | | | | 6/12/2001 | 10737 Springfield Mortgage Corporation | $3,136.00 | 22 Burr Street | False down payment | |
| 06/1/2001 | $61,000 | $77,000 | $61,600 Interstate Resource Corp. | 6/14/2001 | 10743 Edgar Campos | $2,300.00 | Re 31-33 Genesee Street | Co-conspirator testimony | Yes |
| | | | | 6/14/2001 | 10744 Kerrie Hayes | $7,000.00 | 33-35 Genesee St (Buyer) | False down payment | |
| | | | | 6/14/2001 | 10745 Kerrie Hayes | $3,865.43 | 33-35 Genesee St (Buyer) | Money back to buyer | |
| | | | | 6/14/2001 | 10746 Monica Richardson | $800.00 | 33-35 Genesee St | | |
| | | | | 6/15/2001 | 10687 Edgar Campos | $500.00 | Re: 31-33 Genesee Street | | |
| | | | | 6/15/2001 | 10749 Eliot Beals | $2,250.00 | | | |
| 06/26/01 | $35,000 | $54,000 | $67,200 Alliance Funding | 6/18/2001 | 10763 Albert V Imarelli | $2,500.00 | 27-29 Windsor Street | Co-conspirator testimony | Yes |
| | | | | 6/26/2001 | 10789 Michael Bergdoll | $76,202.12 | 27-29 Windsor Street | False down payment | |
| | | | | 6/26/2001 | 10790 Albert V Imarelli | $7,000.00 | 27-29 Windsor Street | | |
| | | | | 6/26/2001 | 10807 Springfield Mortgage Corporation | $3,074.00 | 27-29 Windsor Street | | |
| | | | | 6/27/2001 | 10816 Roger Trombley | $27,951.06 | 27-29 Windsor Street | | |
| | | | | 6/27/2001 | 10817 Michael Bergdoll | $13,587.00 | 27-29 Windsor Street | | |
| | | | | 6/27/2001 | 10810 Christoper Glikes | $4,000.00 | Seller of 32 Bryant | | |
| | | | | 6/28/2001 | 10818 Michael Bergdoll | $1,500.00 | alderman may & june 2001 | | |
| | | | | 7/6/2001 | 10843 Albert V Imarelli | $3,000.00 | | | |
| | | | | 7/9/2001 | 10844 Fleet Bank | $3,500.00 | | | |
| 05/13/01 | $44,700 | $109,000 | $107,315 Countrywide Home Loans | 7/10/2001 | 10858 Elite Auto Center | $8,000.00 | | Co-conspirator testimony | No |
| | | | | 7/10/2001 | 10859 Joe Balstarelli | $10,000.00 | | False down payment | |
| | | | | 7/11/2001 | 10859 Westbank | $1,500.00 | Loan 730770038 | False loan information | |
| | | | | 7/11/2001 | 10861 Ernest J Roy Jr | $50,000.00 | Payoff for 464-466 Pleasant St ok 10788.5.3.01 | | |
| | | | | 7/11/2001 | 10862 Ernest J Roy Jr and/or Artistic Floors, Inc | $4,500.00 | repairs for 464-466 Pleasant St (Matos) | | |
| | | | | 7/11/2001 | 10863 Edward Page | $1,500.00 | | | |
| | | | | 7/12/2001 | 10888 Anthony Matos | $26,139.00 | 464-466 Pleasant Street | | |
| | | | | 7/13/2001 | 10869 Albert V Imarelli | $7,000.00 | | | |
| | | $97,000 | $87,100 SIB Mortgage | 7/17/2001 | 10895 John Santa Maria | $1,500.00 | | | Yes |
| | | | | 7/19/2001 | 10905 Carmela Murty | $1,050.00 | | | |
| | | | | 7/19/2001 | 10907 Advantage Real Estate | $2,715.00 | Broker's commission - 26 Huntington St | Co-conspirator testimony | |
| | | | | 7/27/2001 | 10963 James Murty | $9,517.44 | Re: Repairs 26 Huntington Street | False down payment | |
| | | | | 7/27/2001 | 10964 Mark McCarthy | $3,000.00 | 26 Huntington Street | False loan information | |
| | | | | 9/11/2001 | 11199 Anthony Matos | $2,867.73 | 26 Huntington | Undisclosed broker interest | |

| Date | Amount | Date | Loan | Net | Lender | Check/Payee | Amount | Property | Testimony | Y/N |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 7/19/2001 | | | | 10928 Anthony Matos | $ 5,000.00 | *159-161 College Street* | | |
| | | 7/26/2001 | | | | 10960 Anthony Matos | $ 2,000.00 | | | |
| | | 7/26/2001 | | | | 10961 Albert V Innarelli | $ 1,000.00 | | | |
| 12/14/99 | $9,000 | 7/27/2001 | $71,000 | $60,350 | Alliance Funding | 10965 George A Petropoulos | $ 67,700.15 | 769 Union Street | Co-conspirator testimony | Yes |
| | | 7/27/2001 | | | | 10966 Albert V Innarelli | $ 5,000.00 | | False down payment | |
| | | 7/30/2001 | | | | 10972 Anthony Matos | $ 9,500.00 | *769 Union Street* | | |
| | | 7/30/2001 | | | | 10973 Anthony Matos | $ 23,500.00 | | | |
| | | 8/2/2001 | | | | 10990 Springfield Mortgage Corporation | $ 2,777.25 | 769 Union Street | | |
| | | 7/31/2001 | | | | 10986 Albert V Innarelli | $ 2,000.00 | | | |
| 08/15/01 | $67,500 | 8/7/2001 | $102,000 | $91,800 | National City Mortgage | 11007 Option One Mortgage Corp | $ 62,021.05 | proceeds for 126 Harvard St | Co-conspirator testimony | No |
| | | 8/15/2001 | | | | 11061 Paul Starnes | $ 12,625.79 | Proceeds  126 Harvard Street | False down payment | |
| | | 8/15/2001 | | | | 11062 Trinity Mortgage | $ 2,500.00 | Broker's Fee  1276 Harvard Street | | |
| | | 8/16/2001 | | | | 11071 Option One Mortgage Corp | $ 61,088.18 | Proceeds for 126 harvard St  1207596 | | |
| | | 8/17/2001 | | | | 11072 Albert V Innarelli | $ 2,500.00 | | | |
| | $22,000 | 8/7/2001 | $85,000 | $72,250 | Alliance Funding | 11009 David m & Gisella I Grimaldi | $ 58,823.40 | Proceeds for  12-14 James Street | Co-conspirator testimony | Yes |
| | | 8/7/2001 | | | | 11010 Lisandra Navevo | $ 8,500.00 | Re: 12-14 James Street | False down payment | |
| | | 8/7/2001 | | | | 11011 Pasquale Romeo | $ 9,200.00 | Re: 12-14 James Street | False loan information | |
| | | 8/8/2001 | | | | 11022 David M & Gisella I Grimaldi | $ 29,000.00 | Proceeds for   12-14 James Street | Money back to buyer | |
| | | 8/8/2001 | | | | 11023 Mark McCarthy | $ 8,000.00 | 12-14 James Street | Hidden broker interest | |
| | | 8/8/2001 | | | | 11024 Mark McCarthy | $ 4,500.00 | 12-14 James Street | | |
| | | 8/8/2001 | | | | 11025 Edgar Corona | $ 4,925.00 | 12-14 James Street *(Buyer)* | | |
| | | 8/30/2001 | | | | 11153 Ivy Mortgage | $ 1,445.00 | 12-14 James St | | |
| | | 8/9/2001 | | | | 11031 John Santa Maria | $ 2,000.00 | | | |
| | | 8/10/2001 | | | | 11032 Albert V Innarelli | $ 2,500.00 | | | |
| | | 8/13/2001 | | | | 11054 James Murty | $ 960.00 | | | |
| | | 8/14/2001 | | | | 11055 James Murty | $ 1,000.00 | 752 Belmont Ave | | |
| 07/19/01 | $44,201 | 8/10/2001 | $86,000 | $84,671 | Countrywide Home | 11052 Ernest J Roy Jr | $ 50,000.00 | Payoff  66 Crystal Avenue | Co-conspirator testimony | Yes |
| | | 8/14/2001 | | | | 11056 Anthony Matos | $ 24,931.23 | Proceeds for 66 Crystal Ave | False down payment | |
| | | 8/21/2001 | | | | 11123 Albert V Innarelli | $ 5,000.00 | | | |
| | | 9/13/2001 | | | | 11204 Michael Bergdoll | $ 1,500.00 | | | |
| | | 9/13/2001 | | | | 11206 Anthony Matos | $ 1,500.00 | | | |
| | | 9/13/2001 | | | | 11207 Anthony Matos | $ 2,000.00 | | | |
| | | 9/13/2001 | | | | 11208 Anthony Matos | $ 5,500.00 | | | |
| | | 9/14/2001 | | | | 11209 First Massachusetts Bank | $ 2,167.98 | Payoff Loan 840024515 | | |
| | | 9/14/2001 | | | | 11211 Albert V Innarelli | $ 7,000.00 | | | |
| | | 9/14/2001 | $128,000 | $102,400 | Community Bank of Northern Virginia | 11212 James Murty | $ 7,027.00 | 752 Belmont Ave | Co-conspirator testimony | Yes |
| | | 9/14/2001 | | | | 11213 John Santa Maria | $ 5,027.00 | 752 Belmont Ave | False down payment | |
| | | 9/18/2001 | | | | 11227 Abraham Yacteen | $ 8,468.37 | Loan Proceeds | False loan information | |
| | | 9/20/2001 | | | | 11243 Advance Group LLC | $ 3,486.50 | Brokers Fees  752 754 Belmont Ave | Nominee buyer | |
| 08/28/01 | $50,300 | 9/19/2001 | $89,000 | $87,624 | Countrywide Home Loans | 11233 Anthony Matos | $ 12,872.73 | 82 Miller Street | Co-conspirator testimony | Yes |
| | | 9/19/2001 | | | | 11234 Artistic Floors Inc | $ 1,760.00 | 82 Miller Street | False down payment | |
| | | 9/19/2001 | | | | 11236 Ernest J Roy Jr | $ 57,000.00 | Mortgage Payoff 82 Miller St | | |
| | | 8/23/2001 | | | | 11130 Ernest J Roy Jr | $ 5,130.00 | 82 Miller Street  Interest Loan origination fees | | |
| | | 8/27/2001 | | | | 11147 Albert V Innarelli | $ 3,000.00 | | | |
| | | 8/27/2001 | | | | 11148 John Santa Maria | $ 3,016.00 | | | |
| | | 8/27/2001 | | | | 11149 John Santa Maria | $ 3,616.00 | | | |
| | | 8/28/2001 | | | | 11150 John Santa Maria | $ 1,000.00 | | | |
| | | 8/29/2001 | | | | 11151 Fox & Foner LLP | $ 46,788.37 | Proceeds  82 Miller Street | | |
| | | 9/21/2001 | | | | 11245 Albert V Innarelli | $ 3,500.00 | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/18/93 | $10,000 | 9/19/2001 | $85,000 | $72,250 | SIB Mortgage | 11228 | James Murty | $ 450.00 | 12-14 Ashmund Street | Co-conspirator testimony | Yes |
| | | 9/25/2001 | | | | 11247 | Cendant Mortgage | $ 70,771.25 | Payoff loan 0006858575 | False down payment | |
| | | 9/25/2001 | | | | 11248 | Andrew Schibelli | $ 1,400.00 | 12-14 Ashmun | False loan information | |
| | | 9/25/2001 | | | | 11249 | Albert V Innarelli | $ 4,000.00 | | | |
| | | 9/28/2001 | | | | 11299 | John Santa Maria | $ 1,000.00 | 12-14 Ashmun Street | | |
| | | 10/4/2001 | | | | 11354 | Edgar Corona | $ 1,000.00 | Re: 12-14 Ashmun Street | | |
| | | 10/4/2001 | | | | 11356 | John Santa Maria | $ 12,750.00 | 12-14 Ashmun Street | | |
| | | 10/5/2001 | | | | 11358 | John Santa Maria | $ 7,414.00 | 12-14 Ashmun Street | | |
| | | 10/5/2001 | | | | 11357 | Prudential Securities | $ 8,500.00 | | | |
| | | 10/9/2001 | | | | 11360 | Laura Liquori | $ 8,910.00 | | | |
| | | 10/11/2001 | | | | 11370 | Pasquale Romeo | $ 2,200.00 | payback of loan 12-14 Ashmun St | | |
| | | 10/11/2001 | | | | 11373 | Marion Wrona | $ 45,000.00 | 12-14 Ashmun Street | | |
| 9/26/901 | $58,500 | 9/26/2001 | $90,000 | $81,000 | Success Investments | 11251 | David McCoy | $ 11,644.31 | Net Sales Proceeds 292 Stapleton Road | Co-conspirator testimony | Yes |
| | | 9/26/2001 | | | | 11252 | Hampden County Registry of Deeds | $ 31.00 | fee to record ABC Bright Futures Realty Trust | False down payment | |
| | | 9/27/2001 | | | | 11261 | Paul T Cummings, Trustee | $ 58,081.85 | Proceeds for Sale of 292 Stapleton Road | Bogus second mortgage | |
| | | | | | | | | | | Hidden broker interest | |
| 03/30/01 | $31,900 | 9/27/2001 | $88,000 | $70,400 | Delta Funding | 11273 | Elite Auto Center | $ 15,000.00 | 272-274 Orange Street | Co-conspirator testimony | Yes |
| | | 10/1/2001 | | | | 11300 | Anthony Matos | $ 5,000.00 | 272-274 Orange Street | False down payment | |
| | | 10/16/2001 | | | | 11411 | Springfield Mortgage Corporation | $ 163.00 | 272-274 Orange Street | Bogus second mortgage | |
| 09/28/01 | $17,000 | 9/27/2001 | $84,500 | $71,825 | Alliance Funding | 11274 | David Tassinari | $ 5,000.00 | 30 Murray Hill Road | Co-conspirator testimony | Yes |
| | | 9/27/2001 | | | | 11275 | Edgar Caronna | $ 8,804.38 | Re 30 Murray Hill Road | False down payment | |
| | | 9/28/2001 | | | | 11276 | AFS Construction Inc | $ 6,035.00 | | False loan information | |
| | | 9/28/2001 | | | | 11278 | Edgar Corona | $ 3,000.00 | Finders Fee 30 Murray Hill Ave | Money back to buyer | |
| | | 9/28/2001 | | | | 11279 | Jose Rodriguez | $ 6,000.00 | Repairs to 30 Murray Hill Ave (Buyer) | | |
| | | 9/28/2001 | | | | 11280 | Lester Premo Jr | $ 6,000.00 | Finders Fee 30 Murray Hill Ave | | |
| | | 9/28/2001 | | | | 11281 | Pasquale Romeo | $ 45,334.44 | Proceeds 30 Murray Hill Ave | | |
| | | 9/28/2001 | | | | 11288 | Ivy Mortgage | $ 1,436.50 | Broker's fee 30 Murray Hill Ave | | |
| 12/23/99 | $80,000 | 9/28/2001 | $95,000 | $81,000 | Mortgage Approval Services | 11296 | Robert Oprecht | $ 64,408.66 | 66-68 Maynard Street | Co-conspirator testimony | Yes |
| | | | | | | | | | | False down payment | |
| | | | | | | | | | | Bogus second mortgage | |
| | | 10/2/2001 | | | | 11343 | Chicago Insurance Co. (or Albert Innarelli) | $ 2,500.00 | | | |
| | | 10/4/2001 | | | | 11350 | Albert V Innarelli | $ 4,500.00 | | | |
| | | 10/4/2001 | | | | 11352 | Prudential Securities | $ 30,000.00 | | | |
| 08/02/01 | $33,511 | 10/9/2001 | $89,000 | $87,624 | Countrywide Home Loans | 11361 | Anthony Matos | $ 22,000.00 | 15 Forest Street | Co-conspirator testimony | Yes |
| | | 10/10/2001 | | | | 11362 | Elite Auto Center | $ 3,000.00 | 15 Forest Street | False down payment | |
| | | 10/10/2001 | | | | 11364 | Albert V Innarelli | $ 1,500.00 | | False loan information | |
| | | 10/12/2001 | | | | 11382 | Anthony Matos | $ 23,500.00 | 15 Forest St | | |
| | | 10/15/2001 | | | | 11400 | Ernest J Roy Jr | $ 40,000.00 | Mortgage Payoff 15 Forest St | | |
| | | 10/15/2001 | | | | 11389 | Albert V Innarelli | $ 1,500.00 | | | |
| 07/06/01 | $30,000 | 10/16/2001 | $85,000 | $75,650 | SIB Mortgage | 11412 | Tiffy Corp | $ 77,070.30 | Net sales proceeds 414-418 Central St | Co-conspirator testimony | No |
| | | 10/16/2001 | | | | 11413 | Albert V Innarelli | $ 2,500.00 | | False down payment | |
| | | 10/18/2001 | | | | 11414 | Superior Bank FSB | $ 65,903.58 | payoff loan 100070191 | False loan information | |
| 08/21/01 | $44,211 | 10/19/2001 | | $114,207 | Countrywide Home Loans | 11432 | Albert V Innarelli | $ 1,500.00 | | Co-conspirator testimony | Yes |
| | | 10/19/2001 | | | | 11433 | Elite Auto Center | $ 6,000.00 | | False down payment | |
| | | 10/19/2001 | | | | 11434 | Anthony Matos | $ 44,736.93 | 22 Gates Street, Holyoke | False loan information | |
| | | 10/22/2001 | | | | 11436 | Ernest J Roy Jr | $ 50,000.00 | mortgage payoff 20-22 Gates Street | | |
| | | 10/22/2001 | | | | 11439 | Artistic Floors, Inc | $ 5,170.00 | 20-22 Gates Street | | |
| | | 10/22/2001 | | | | 11452 | Albert V Innarelli | $ 1,500.00 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/01 | $58,600 | 10/26/2001 | $99,000 | $97,450 | McCue Mortgage | 11472 Anthony Matos | $ 32,010.00 | Co-conspirator testimony | No |
| | | 10/26/2001 | | | | 11473 Ernest J Roy Jr | $ 990.00 lat pd loan from Anthony Matos | False down payment | |
| | | 10/26/2001 | | | | 11474 Albert V Innarelli | $ 2,500.00 | False loan information | |
| | | 10/26/2001 | | | | 11478 Advantage Real Estate | $ 3,016.00 140 West Alvord St  Commission | | |
| | | 10/26/2001 | | | | 11484 Ernest J Roy Jr | $ 6,100.00 Interest & Points  140 West Alvord Street | | |
| | | 10/31/2001 | | | | 11492 Albert V Innarelli | $ 2,000.00 | | |
| | | 11/2/2001 | | | | 11493 John Santa Maria | $ 3,000.00 | | |
| | | 11/2/2001 | | | | 11506 Albert V Innarelli | $ 2,500.00 | | |
| 06/14/01 | $24,500 | 11/8/2001 | $70,000 | $64,500 | SIB Mortgage | 11508 Tiffy Corp | $ 51,813.63 Net sales proceeds 424 Central St | Co-conspirator testimony | Yes |
| | | 11/9/2001 | | | | 11510 Pasquale Romeo | $ 1,000.00 | False down payment | |
| | | 11/9/2001 | | | | 11511 John Santa Maria | $ 1,000.00 | False loan information | |
| | | 11/13/2001 | | | | 11512 John Santa Maria | $ 500.00 | | |
| | | 11/16/2001 | | | | 11529 Albert V Innarelli | $ 4,750.00 | | |
| 07/31/01 | $18,175 | 11/20/2001 | | | | 11533 Pasquale Romeo | $ 5,000.00 Bid Assignment  8 Carpenter Lane, Greenfield, MA | Co-conspirator testimony | |
| | | 11/21/2001 | | | | 11542 Michael Bergdoll | $ 2,500.00 | False down payment | |
| | | 11/21/2001 | | | | 11543 Equicredit Corporation | $ 60,217.13 payoff loan  8137014737 | False loan information | |
| | | 11/21/2001 | | | | 11544 Albert V Innarelli | $ 5,000.00 | Money back to buyer | |
| | | 12/14/2001 | | | | 11658 Pasquale Romeo | $ 8,500.00 8 Carpenter Lane, Greenfield | Hidden attorney interest | |
| | | 1/30/2002 | | | | 11832 John Keho | $ 775.00 8 Carpenter Lane (Buyer) | | |
| | | 2/1/2002 | | | | 11843 Steve Williams | $ 540.00 8 Carpenter Lane | | |
| | | 11/26/2001 | | | | 11562 Steve Williams | $ 1,000.00 | | |
| 11/21/01 | $30,000 | 11/21/2001 | $86,000 | $83,600 | SIB Mortgage | 11552 John Santa Maria | $ 5,000.00 79 Quincy Street | Co-conspirator testimony | Yes |
| | | 11/21/2001 | | | | 11553 Mark McCarthy | $ 2,800.00 79 Quincy Street | False down payment | |
| | | 8/17/2001 | | | | 11081 Annie Gunter | $ 500.00 79 Quincy Street | Nominee seller | |
| | | 11/28/2001 | | | | 11572 John Santa Maria | $ 8,238.00 79 Quincy Street | Undisclosed broker interest | |
| | | 11/28/2001 | | | | 11573 John Santa Maria | $ 8,238.00 79 Quincy Street | | |
| | | 11/28/2001 | | | | 11574 John Santa Maria | $ 8,238.00 79 Quincy Street | | |
| | | 11/29/2001 | | | | 11575 Albert V Innarelli | $ 2,500.00 | | |
| | | 11/29/2001 | | | | 11576 John Santa Maria | $ 1,500.00 Appraisal | | |
| | | 11/30/2001 | | | | 11577 John Santa Maria | $ 500.00 | | |
| | | 11/26/2001 | | | | 11559 James Murty | $ 500.00 28 Florence Street | | |
| | | 11/27/2001 | | | | 11563 James Murty | $ 5,000.00 28 Florence Street | | |
| 05/11/01 | $35,000 | 11/27/2001 | $70,000 | $57,400 | Aegis Mortgage | 11566 George Petropoulos | $ 25,938.99 49 Ranney St | Co-conspirator testimony | Yes |
| | | 2/21/2001 | | | | 10283 John Santamaria | $ 5,000.00 49 Ranney Street | False down payment | |
| | | 2/21/2001 | | | | 10285 ERA Hanson Realty Inc | $ 5,000.00 49 Ranney Street | Bogus second mortgage | |
| 01/20/99 | $84,000 | 12/5/2001 | $110,000 | $98,800 | SIB Mortgage | 11597 Edgar Corona | $ 2,000.00 271 Oak Grove Avenue | Co-conspirator testimony | Yes |
| | | 12/5/2001 | | | | 11599 Mark McCarthy | $ 2,000.00 271 Oak Grove Avenue | False down payment | |
| | | 12/5/2001 | | | | 11601 Edgar Corona | $ 1,000.00 271 Oak Grove Avenue | False loan information | |
| | | 12/5/2001 | | | | 11602 Irving Nieves | $ 1,000.00 271 Oak Grove Avenue | Hidden broker interest | |
| | | 12/7/2001 | | | | 11614 Mark McCarthy | $ 1,000.00 271 Oak Grove Avenue | | |
| | | 2/8/2002 | | | | 11890 Mark McCarthy | $ 4,000.00 | | |
| | | 2/8/2002 | | | | 11891 Edgar Corona | $ 6,200.84 271 Oak Grove Avenue | | |
| | | 12/5/2001 | | | | 11603 James Murty | $ 1,000.00 28 Florence Street | | |
| | | 12/5/2001 | | | | 11604 Anthony Matos | $ 8,000.00 | | |
| | | 12/7/2001 | | | | 11605 Albert V Innarelli | $ 2,500.00 | | |
| 04/03/01 | $48,000 | 12/7/2001 | $112,000 | $100,600 | SIB Mortgage | 11612 Kathleen Loso | $ 6,200.00 502 Brush Hill Ext | Co-conspirator testimony | No |
| | | 12/7/2001 | | | | 11613 Judy Scibelli | $ 10,200.00 502 Brush Hill Ext | False down payment | |
| | | 12/7/2001 | | | | 11615 John Santa Maria | $ 4,460.00 502 Brush Hill Ext | | |
| | | 12/7/2001 | | | | 11616 John Santa Maria | $ 5,000.00 502 Brush Hill Ext | | |
| | | 12/10/2001 | | | | 11617 Albert V Innarelli | $ 3,500.00 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12/11/2001 | | | | 11626 Michael Bergdoll | $ 19,787.00 | 502 Brush Hill Ext | | |
| | | 12/11/2001 | | | | 11627 Michael Bergdoll | $ 800.00 | 502 Brush Hill Ext | | |
| | | 12/12/2001 | | | | 11629 Anthony Matos | $ 2,000.00 | 88-90 Cherry St | | |
| | | 12/12/2001 | | | | 11630 Darrell Collins | $ 400.00 | | | |
| 07/30/01 | $55,200 | 12/12/2001 | $115,000 | $113,223 | Countrywide Home Loans | 11636 Anthony Matos | $ 27,484.10 | proceeds for 130-132 Orange Street | Co-conspirator testimony | Yes |
| | | 12/12/2001 | | | | 11639 Jason Queen | $ 6,000.00 | 130-132 Orange Street | False down payment | |
| | | 12/12/2001 | | | | 11640 Anthony Matos | $ 175.00 | reimbursement for survey    130-132 Orange St | False loan information | |
| | | 12/12/2001 | | | | 11641 Albert V Innarelli | $ 2,500.00 | | | |
| | | 12/12/2001 | | | | 11642 Artistic Floors, Inc | $ 5,200.00 | 130-132 Orange Street | | |
| | | 12/12/2001 | | | | 11643 Ernest J Roy, Jr | $ 60,000.00 | Mortgage payoff  130-132 Orange Street | | |
| | | 12/12/2001 | | | | 11644 Ernest J Roy, Jr | $ 11,000.00 | Installment for Payoff Matos Loan | | |
| | | 12/13/2001 | | | | 11645 Mark Barcomb | $ 3,000.00 | | | |
| | | 8/1/2001 | | | | 10987 James Murty | $ 2,000.00 | | | |
| 12/28/01 | $75,000 | 12/21/2001 | $125,000 | $112,500 | SIB Mortgage | 11692 John Santa Maria | $ 6,000.00 | 83-85 Bridge Street | Co-conspirator testimony | No |
| | | 12/21/2001 | | | | 11693 John Santa Maria | $ 1,000.00 | 83-85 Bridge Street | False down payment | |
| | | 12/21/2001 | | | | 11694 Mark McCarthy | $ 300.00 | 83-85 Bridge Street | Undisclosed broker interest | |
| | | 12/24/2001 | | | | 11695 Frank DeCaro | $ 500.00 | 83-85 Bridge Street | | |
| | | 12/26/2001 | | | | 11696 Albert V Innarelli | $ 3,000.00 | | | |
| | | 12/27/2001 | | | | 11690 Albert V Innarelli | $ 3,000.00 | | | |
| | | 12/27/2001 | | | | 11705 Albert V Innarelli | $ 3,000.00 | | | |
| 12/28/01 | $45,000 | 12/28/2001 | $90,000 | $81,000 | Discount Funding | 11709 Paul T Cummings, Trustee | $ 44,775.22 | Proceeds for Sale of 269 Harkness Street | Co-conspirator testimony | No |
| | | 12/28/2001 | | | | 11716 UWFG | $ 13,380.00 | Loan Discount  269 Harkness Ave | False down payment | |
| | | 12/28/2001 | | | | 11717 Susan Stem, Trustee | $ 15,694.43 | 269 Harkness Street | Nominee seller | |
| 12/28/01 | $75,000 | 12/28/2001 | $125,000 | $112,250 | SIB Mortgage | 11719 Eugene A Grazia | $ 22,513.64 | 83-85 Bridge Street | Co-conspirator testimony | No |
| | | 12/28/2001 | | | | 11722 Victor Govoni | $ 500.00 | 83-85 Bridge Street | False down payment | |
| | | 12/28/2001 | | | | 11728 John Santa Maria | $ 1,700.00 | 83-85 Bridge Street | Undisclosed broker interest | |
| | | 12/28/2001 | | | | 11729 Mark McCarthy | $ 750.00 | 83-85 Bridge Street | | |
| | | 1/2/2002 | | | | 11741 Westfield Bank | $ 52,854.36 | Mortgage payoff loan  1020629990 83-85 Bridge St | | |
| | | 1/7/2002 | | | | 11752 James Murty | $ 500.00 | re: Bridge | | |
| | | 12/28/2001 | | | | 11725 Frank DeCaro | $ 4,000.00 | | | |
| | | 12/28/2001 | | | | 11726 Albert V Innarelli | $ 2,500.00 | | | |
| | | 12/28/2001 | | | | 11727 James Murty | $ 1,700.00 | 28 Florence Street | | |
| | | 1/2/2002 | | | | 11735 Pasquale Romeo | $ 5,200.00 | Re: Murty | | |
| | | 1/2/2002 | | | | 11739 Albert V Innarelli | $ 1,500.00 | | | |
| | | 1/4/2002 | | | | 11742 Albert V Innarelli | $ 1,000.00 | | | |
| | | 1/4/2002 | | | | 11743 David Tassinari | $ 1,500.00 | | | |
| | | 1/9/2002 | | | | 11755 Albert V Innarelli | $ 1,200.00 | | | |
| | | 1/11/2002 | | | | 11794 Albert V Innarelli | $ 3,100.00 | | | |
| | | 1/11/2002 | | | | 11762 Albert V Innarelli | $ 2,000.00 | | | |
| | | 1/30/2002 | | | | 11830 Pasquale Romeo | $ 500.00 | | | |
| | | 1/30/2002 | | | | 11831 Albert V Innarelli | $ 1,500.00 | | | |
| 02/01/02 | $58,000 | 1/30/2002 | $115,000 | $103,350 | SIB Mortgage | 11834 Frank DeCaro | $ 500.00 | 32-34 Ozark Street | Co-conspirator testimony | Yes |
| | | 1/30/2002 | | | | 11835 Amy Lee Lipman - White, for LaSalle Bank | $ 53,000.00 | 32-34 Ozark Street, Springfield, MA | False down payment | |
| | | 1/31/2002 | | | | 11836 Albert V Innarelli | $ 5,000.00 | | | |
| | | 2/1/2002 | | | | 11873 John Santa Maria | $ 5,150.00 | 32-34 Ozark Street | | |
| | | 2/1/2002 | | | | 11874 John Santa Maria | $ 5,566.00 | 32-34 Ozark Street | | |
| | | 2/1/2002 | | | | 11876 Frank DeCaro | $ 2,500.00 | 32-34 Ozark Street | | |
| | | 2/11/2002 | | | | 11875 Mark McCarthy | $ 1,200.00 | 32-34 Ozark Street | | |

| | | | | | Check / Name | Amount | Description | Notes | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2/13/2002 | | | | 11901 John Santa Maria | $ 600.00 | | | |
| | | 2/5/2002 | | | | 11878 Albert V Innarelli | $ 1,500.00 | | | |
| 12/03/01 | $39,000 | 2/8/2002 | $80,000 | $76,000 | SIB Mortgage | 11892 Lisandra Navevo | $ 9,028.00 | 20 Beech Street | Co-conspirator testimony | Yes |
| | | 2/26/2002 | | | | 11920 Judith Basile | $ 42,500.00 | payoff loan  20 Beech Street | False down payment | |
| | | 2/8/2002 | | | | 11893 Mark McCarthy | $ 5,500.00 | | False loan information | |
| | | | | | | | | | Hidden broker interest | |
| | | 2/8/2002 | | | | 11895 Albert V Innarelli | $ 2,000.00 | | | |
| | | 2/13/2002 | | | | 11902 Michael Bergdoll | $ 2,400.00 | Jan, Feb, March | | |
| | | 2/20/2002 | | | | 11913 Albert V Innarelli | $ 2,100.00 | | | |
| | | 2/22/2002 | | | | 11916 Frank DeCaro | $ 100.00 | | | |
| | | 3/1/2002 | | | | 11934 Albert V Innarelli | $ 1,000.00 | | | |
| 03/06/02 | $32,500 | 2/22/2002 | $80,000 | $71,900 | SIB Mortgage | 11919 John Santa Maria | $ 5,200.00 | Chapel | Co-conspirator testimony | No |
| | | 3/4/2002 | | | | 11936 John Santa Maria | $ 2,000.00 | 28-30 Chapel Street | False down payment | |
| | | 3/5/2002 | | | | 11937 Carmen Rios | $ 200.00 | | Money back to buyer | |
| | | 3/5/2002 | | | | 11939 Frank DeCaro | $ 1,000.00 | | Hidden broker interest | |
| | | 3/5/2002 | | | | 11940 John Santa Maria | $ 1,300.00 | 28-30 Chapel Street | | |
| | | 3/6/2002 | | | | 11941 Mark McCarthy | $ 1,000.00 | | | |
| | | 3/7/2002 | | | | 11966 John Santa Maria | $ 1,770.00 | 28-30 Chapel Street | | |
| | | 3/15/2002 | | | | 11997 Darrin Whitley | $ 4,500.00 | 28-30 Chapel *(Buyer)* | | |
| | | 3/6/2002 | | | | 11956 Darrin Whitley | $ 2,500.00 | *(Buyer)* | | |
| 08/21/00 | $51,300 | 11/21/2001 | $92,000 | $90,550 | McCue Mortgage | 11545 Anthony Matos | $ 4,500.00 | 51 Kensington Avenue | Co-conspirator testimony | No |
| | | 3/6/2002 | | | | 11959 Hector R & Beatriz Rodriguez | $ 507.66 | 51 Kensington Avenue *(Buyer)* | False down payment | |
| | | 3/6/2002 | | | | 11961 Anthony Matos | $ 2,328.62 | 51 Kensington Avenue | False loan information | |
| | | 3/6/2002 | | | | 11962 Pasquale Romeo | $ 5,250.00 | 51 Kensington Avenue | Money back to buyer | |
| | | 3/6/2002 | | | | 11963 McCue Mortgage Co | $ 2,052.86 | Rodriguez Loan | | |
| | | 3/6/2002 | | | | 11964 Metro Mortgage Corp | $ 3,807.44 | Broker's fees  51 Kensington Avenue | | |
| | | 3/6/2002 | | | | 11965 Mark McCarthy | $ 800.00 | | | |
| | | 3/8/2002 | | | | 11971 Albert V Innarelli | $ 5,500.00 | | | |
| | | 3/8/2002 | | | | 11977 John Santa Maria | $ 700.00 | 117 Lebanon Street | | |
| | | 3/15/2002 | | | | 11998 John Santa Maria | $ 8,000.00 | 117 Lebanon Street | | |
| | | 3/18/2002 | | | | 12023 John Santa Maria | $ 8,086.00 | 117 Lebanon Street | | |
| | | 3/18/2002 | | | | 12024 John Santa Maria | $ 7,086.00 | 117 Lebanon Street | | |
| | | 3/19/2002 | | | | 12025 John Santa Maria | $ 7,086.00 | 117 Lebanon Street | | |
| | | 3/19/2002 | | | | 12026 Albert V Innarelli | $ 4,000.00 | | | |
| | | 3/15/2002 | | | | 11996 Albert V Innarelli | $ 2,500.00 | | | |
| | | 3/18/2002 | | | | 12007 Mark McCarthy | $ 1,500.00 | *844-848 Liberty Street  & WS Liberty Street* | | |
| | | 3/18/2002 | | | | 12019 Pasquale Romeo | $ 700.00 | | | |
| | | 4/13/2002 | | | | 12104 Albert V Innarelli | $ 3,500.00 | | | |
| | | 5/3/2002 | | | | 12260 John Santamaria | $ 1,000.00 | | | |
| | | 5/3/2002 | | | | 12261 John Santamaria | $ 4,000.00 | | | |
| | | 5/3/2002 | | | | 12262 Brian St Amand | $ 1,700.00 | | | |
| | | 5/3/2002 | | | | 12263 Michael Bergdoll | $ 1,500.00 | | | |
| | | 5/3/2002 | | | | 12264 Albert V. Innarelli | $ 4,000.00 | | | |