```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )  CR-N-04-30046-MAP
                                )
            Plaintiff,          )
                                )
      vs.                       )
                                )
ALBERT INNARELLI, et al.,       )
                                )
            Defendants.         )
```

### GOVERNMENT'S MOTION TO DISMISS COUNT FIFTEEN

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this motion to dismiss Count Fifteen of the Superseding Indictment as to defendant Albert Innarelli pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  As grounds, the Government States that defendant Innarelli was not the closing attorney on the transaction charged in Count Fifteen.

Filed this <u>20</u>th day of September, 2006.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney


                                           /s/ Diane C. Freniere
                                          DIANE C. FRENIERE
                                          Acting United States Attorney

CERTIFICATE OF SERVICE

Hampden,  ss.                           Springfield, Massachusetts
                                        September 20, 2006


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by filing said motion and providing electronic notice to:

Moira L. Buckley, Esq.
Shipman & Goodwin
One Constitutional Plaza
Hartford, CT  06103-1919



                                    /s/ Paul Hart Smyth
                                    Paul Hart Smyth
                                    Assistant United States Attorney