UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-N-04-30046-MAP |
| ) | |
| v. ) | |
| ) | |
| ALBERT INNARELLI, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S REPLY TO DEFENDANT'S REPLY TO SENTENCING MEMORANDUM**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District Necessitate Massachusetts, and Paul Smyth, Assistant United States Attorney, hereby files this reply to Defendant Innarelli's Reply to the United States' Sentencing Memorandum.

In his Reply, defendant Innarelli claims that the United States' allegations that he received "incentive payments", and that he stole the loan proceeds to be used for payment of outstanding real estate and water and sewer taxes of victim buyers, are totally unsubstantiated. In addition, he proffers an alternative innocent explanation for some of the larger IOLTA checks written to himself, claiming that those checks merely represent lump sum payments for five or six closings.

Defendant Innarelli's protestations are false. During a proffer approximately a year and a half ago, defendant Innarelli admitted that he accepted incentive payments from the

landflippers.[1]  He stated that the payments were sometimes in the form of cash and sometimes in the form of hidden profits in the real estate deals.  He also acknowledged that on other occasions he issued IOLTA checks to himself that he subtracted out of the profits of the landflippers.

In addition, defendant Innarelli admitted that he did not pay the outstanding real estate taxes and water and sewer bills for some of the victim-buyers.  Defendant Innarelli admitted that would wait and see if the property went into foreclosure, and if the property did go into foreclosure, he saw no reason to remit the back taxes to the City of Springfield because the next buyer would simply assume that obligation.

Filed this 20th day of September, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Paul Hart Smyth
_____

PAUL HART SMYTH
Assistant United States Attorney

---

[1] The Government's standard proffer agreement, which defendant Innarelli signed, permits the Government to the use the defendant's proffer statements if he makes any inconsistent statements at any subsequent proceedings.  Defendant Innarelli's claims that the Government's allegations about incentive payments and non-payment of municipal taxes are unsubstantiated, and his attempt to proffer an innocent explanation for larger than normal IOLTA checks written to himself, satisfy this criteria.

CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      September 20, 2006


    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronic filing, facsimile, and in-hand service upon:

Moira Buckley, Esq.


                               /s/ Paul Hart Smyth
                               _____
                               PAUL HART SMYTH
                               Assistant United States Attorney