AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

United States of America

v.

Albert Innarelli

**APPEARANCE**

Case Number:    04cr30046

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

9/21/06
Date

Signature

PAUL H. SMYTH    634600
Print Name    Bar Number

U.S. Attorney's Office, 1550 Main Street, #310
Address

Springfield    MA    01103
City    State    Zip Code

413-785-0235    413-785-0394
Phone Number    Fax Number