UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 04-30046-MAP |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALBERT INNARELLI, ET AL. | : | SEPTEMBER 26, 2006 |

### DEFENDANT'S NOTICE OF APPEAL

The Defendant, Albert Innarelli, hereby notifies, pursuant to Fed. R. App. P. 3 and 4, that he appeals to the United States Court of Appeals for the First Circuit from the judgment and sentence entered in this action on September 20, 2006.

```
                                    THE DEFENDANT,
                                    ALBERT INNARELLI

                            By:     /s/ James W. Bergenn
                                    James W. Bergenn
                                    Moira L. Buckley
                                    Shipman & Goodwin LLP
                                    One Constitution Plaza
                                    Hartford, CT 06103-1919
                                    (860) 251-5000
                                    (860) 251-5219 (fax)
                                    jbergenn@goodwin.com
                                    mbuckley@goodwin.com
                                    His Attorneys
```

## CERTIFICATION OF SERVICE

I certify that I have served a copy of the above on AUSAs William Welch and Paul Hart Smyth by electronic filing on this 26th day of September, 2006.

_____
Moira L. Buckley