UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 04-30046-MAP |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALBERT INNARELLI, ET AL. | : | SEPTEMBER 26, 2006 |

### DEFENDANT'S NOTICE OF APPEAL

The Defendant, Albert Innarelli, hereby notifies, pursuant to Fed. R. App. P. 3 and 4, that he appeals to the United States Court of Appeals for the First Circuit from the judgment and sentence entered in this action on September 20, 2006.

THE DEFENDANT,
ALBERT INNARELLI

By: /s/ James W. Bergenn

James W. Bergenn
Moira L. Buckley
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000
(860) 251-5219 (fax)
jbergenn@goodwin.com
mbuckley@goodwin.com
His Attorneys

**CERTIFICATION OF SERVICE**

I certify that I have served a copy of the above on AUSAs William Welch and Paul Hart Smyth by electronic filing on this 26th day of September, 2006.

Moira L. Buckley