*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 04cr30046-MAP

UNITED STATES OF AMERICA,

v.

ALBERT V. INNARELLI,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S - 1, 2, 5, 14, 15, 19, 38, 39, 40, 41, 43, 48, 50, 52, 53, 56, 57, 59, 61, 68, 69, 70, 71, 79, 80, 81, 82, 83, 95, 96, 97, 103, 104, 119, 120, 123, 126, 132, 138, 139, 146, 147, 148, 150, 156, 157, 162, 166, 171, 180, 181, 183, 197, 207, 219, 223, 226, 227, 231, 234, 236, 239, 247, 248, 249, 250, 252, 253, 254, 255, 256, 257, 262, 270, 275 + 277

and contained in    1    Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/28/06

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn
      Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   _____

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06

APPEAL, VICTIM

# United States District Court
# District of Massachusetts (Springfield)
# CRIMINAL DOCKET FOR CASE #: 3:04-cr-30046-MAP-1

Case title: USA v. Innarelli et al

Date Filed: 09/02/2004

---

Assigned to: Judge Michael A Ponsor
Referred to: Magistrate Judge Kenneth P. Neiman

### Defendant

**Albert V. Innarelli** (1)
*TERMINATED: 09/28/2006*

represented by **James W. Bergenn**
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-2819
860-251-5721
Fax: 860-251-5219
Email: jbergenn@goodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mark G. Mastroianni**
Law Office of Mark G. Mastroianni
Suite 309
95 State Street
Springfield, MA 01103
413-732-0222
Fax: 413-746-4971
Email: mgm2@choiceonemail.com
*TERMINATED: 12/02/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Moira L. Buckley**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
860-251-5000
Fax: 860-251-5219
Email: mbuckley@goodwin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Shana-Tara Regon**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5826
Fax: 860-251-5218
Email: sregon@goodwin.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| WIRE FRAUD AND AIDING AND ABETTING<br>(1-25) | |
| WIRE FRAUD, 18:1343.F, AND AIDING AND ABETTING, 18:2<br>(1s-14s) | 72 mos imprisonment to consist of terms of 72 mos on ea ct to be served concurrently; Jud. Rec: defendant be permitted to serve this sentence at the Federal Facility located in Ft. Devens, MA and that he be allowed to participate in the 500 hour Intensive Drug Abuse Program; Def to voluntarily surrender to designated institution on 10/20/06 before 2:00 pm; 5 yrs supervised release to consist of terms of 5 yrs on Cts 1s-14s and 16s - 68s; and 3 yrs on ct 69s all to be served concurrently; Assessment fee of $6,800 due immediately; Restitution in the amount of $1,293,858 to be paid to Clerk, U.S. District Court for distribution to various victims; Ct 15s and original indictment to be dismissed by government |
| WIRE FRAUD, 18:1343.F, AND AIDING AND ABETTING, 18:2<br>(15s) | |
| WIRE FRAUD, 18:1343.F, AND AIDING AND ABETTING, 18:2<br>(16s-68s) | |
| WIRE FRAUD AND AIDING AND ABETTING<br>(26) | |
| WIRE FRAUD AND AIDING AND ABETTING<br>(27-62) | |

CONSPIRACY TO LAUNDER
MONEY
(63)

CONSPIRACY TO LAUNDER
MONEY, 18:1956.F
(69s)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Paul Smyth** |
| | | U.S. Attorney's Office |
| | | 1550 Main St. |
| | | Springfield, MA 01103 |
| | | 413-785-0106 |
| | | Email: paul.smyth@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Todd E. Newhouse** |
| | | United States Attorney's Office |
| | | 1550 Main Street |
| | | 3rd Floor |
| | | Springfield, MA 01103 |
| | | 413-785-0109 |
| | | Fax: 413-785-0394 |
| | | Email: Todd.Newhouse@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **William M. Welch, II** |
| | | United States Attorney's Office |
| | | Suite 310 |
| | | 1550 Main Street |
| | | Springfield, MA 01103 |

413-785-0237
Fax: 413-785-0394
Email: william.welch2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2004 | 1 | MOTION to Seal Case as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan by USA. (Healy, Bethaney) (Entered: 09/13/2004) |
| 09/02/2004 | 2 | SEALED INDICTMENT as to Albert V. Innarelli (1) count(s) 1-25, 27-62, 63, Michael Bergdoll (2) count(s) 1-2, 5, 9-10, 13, 17, 21, 23, 27, 29-30, 32, 34, 42-43, 46-47, 53, 63, Anthony Matos (3) count(s) 2, 4, 6-12, 15, 17-21, 23-25, 27-28, 30-32, 35-36, 39-40, 44-45, 48-50, 52-62, 63, Pasquale Romeo (4) count(s) 1, 29-31, 34, 38, 41, 43, 63, Wilfred Changasie (5) count(s) 14, 16, 63, Theodore Jarrett (6) count(s) 3-10, 13-14, 16-20, 22-24, 27-29, 33-34, 37, 42, 46, 63, Mark McCarthy (7) count(s) 3, 14, 16, 21, 23, 33, 37-38, 41, 43-44, 46, 51, 63, James Smith (8) count(s) 2, 4-6, 9, 63, Jonathan Frederick (9) count(s) 5-6, 8, 13-14, 16, 21, 44-45, 48-49, 52, 54-56, 58, 60-62, 63, Joseph Sullivan (10) count(s) 2, 7, 9-12, 17-20, 22-24, 27-29, 31-33, 35-41, 43, 46-47, 50-51, 53, 57, 59, 63. (Attachments: # 1 pgs 18-end) (Healy, Bethancy) (Entered: 09/14/2004) |
| 09/02/2004 |  | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting [1] Motion to Seal Case as to Albert V. Innarelli (1), Michael Bergdoll (2), Anthony Matos (3), Pasquale Romeo (4), Wilfred Changasie (5), Theodore Jarrett (6), Mark McCarthy (7), James Smith (8), Jonathan Frederick (9), Joseph Sullivan (10) ENTERED, cc:cl. (Seal on case to expire on 9/23/04.) (Healy, Bethaney) (Entered: 09/23/2004) |
| 09/23/2004 |  | Case unsealed as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan (Healy, Bethaney) (Entered: 09/23/2004) |
| 09/23/2004 | 5 | NOTICE OF ATTORNEY APPEARANCE: Mark G. Mastroianni appearing for Albert V. Innarelli (Healy, Bethaney) (Entered: 09/24/2004) |
| 09/23/2004 |  | Electroni Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel and Defendants appear for Initial Appearance and Arraignment as to Theodore Jarrett (6) Count 3-10,13-14,16-20,22-24,26,27-29,33-34,37,42,46,63 and Mark McCarthy (7) Count 3,14,16,21,23,33,37-38,41,43-44,46,51,63 and Jonathan Frederick (9) Count 5-6,8,13-14,16,21,44-45,48-49,52,54-56,58,60-62,63 and Albert V. Innarelli (1) Count 1-25,26,27-62,63 and Anthony Matos (3) Count 2,4,6-12,15,17-21,23-25,26,27-28,30-32,35-36,39-40,44-45,48- |

| | | |
|---|---|---|
| | | 50,52-62,63 held on 9/23/2004. Defendants advised of rights. Defendant Joseph Sullivan appears without counsel (and has not been interviewed by Pretrial Services). Defendants Jarrett, McCarthy, Frederick, Innarelli and Matos plead not guilty to charges. Government is only seeking detention with respect to Defendant Matos. Colloquy between court and Defendant Sullivan re: background/personal information. Defendants Jarrett, McCarthy, Frederick, Innarelli and Sullivan released on conditions. Defendant Sullivan to next appear in court with counsel for arraignment on 9/30/04 at 2:15 p.m. Scheduling Order to issue. Arguments re: detention as to Defendant Matos. Court detains Defendant Matos. Counsel may revisit the issue of detention in the future, at a time convenient to the court and counsel. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 09/24/2004) |
| 09/23/2004 | 14 | Magistrate Judge Kenneth P. Neiman. ORDER Setting Conditions of Release as to Albert Innarelli, ENTERED, cc:cl. [Conditions: $100,000 unsec. bond; report to PTS as directed; actively seek/maintain employment; travel restricted to MA/CT; continue compliance with state probation conditions] (Healy, Bethaney) (Entered: 09/24/2004) |
| 09/23/2004 | | Unsecured Appearance Bond Entered as to Albert V. Innarelli in amount of $50,000.00. (Healy, Bethaney) (Entered: 09/24/2004) |
| 09/23/2004 | 15 | JOINT MEMORANDUM of the parties re initial status conference by Albert V. Innarelli (Healy, Bethaney) (Entered: 09/24/2004) |
| 09/24/2004 | 19 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Albert V. Innarelli, Anthony Matos setting Initial Status Conference for 11/15/2004 at 2:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 11/10/04, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 09/24/2004) |
| 10/07/2004 | 38 | Govt's Letter (non-motion) regarding Request for Automatic Discovery as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan (Lindsay, Maurice) (Entered: 10/08/2004) |
| 10/12/2004 | 39 | Dft's MOTION for admission Pro Hac Vice of Moira L. Buckley Filing fee $ 50.00, receipt number 305756. as to Albert V. Innarelli. (Lindsay, Maurice) (Entered: 10/12/2004) |
| 10/12/2004 | 40 | AFFIDAVIT of Moira L. Buckley; in Support of 39 MOTION for admission to Appear Pro Hac Vice by Moira L. Buckley Filing fee $ 50.00, receipt number 305756. as to Albert V. Innarelli (Lindsay, Maurice) (Entered: 10/12/2004) |
| 10/12/2004 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting 39 MOTION for admission to Appear Pro Hac Vice by Moira L. Buckley Filing fee $ 50.00, receipt number 305756. filed by Albert V. Innarelli as to Albert V. Innarelli. cc/cl (Lindsay, Maurice) (Entered: 10/13/2004) |
| 10/13/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ENDORSED ORDER |

| | | |
|---|---|---|
| | | entered granting 39 Motion for Leave to Appear Pro Hace Vice by Attorney Moira L. Buckley for Deft. Albert V. Innarelli. Added Moira L. Buckley for Deft. Albert V. Innarelli (1); cc/cl. Attorney Buckley to file a notice of appearance. (Finn, Mary) (Entered: 10/13/2004) |
| 10/15/2004 | 41 | NOTICE OF ATTORNEY APPEARANCE: Moira L. Buckley appearing for Albert V. Innarelli. (Lindsay, Maurice) (Entered: 10/15/2004) |
| 10/20/2004 | 43 | SEALED MOTION as to Albert V. Innarelli by USA filed. (Stuckenbruck, John) (Entered: 10/20/2004) |
| 10/26/2004 | | *SEALED*   Judge Kenneth P. Neiman : SEALED ENDORSED ORDER re: [43] Sealed Motion as to Albert V. Innarelli (1) ENTERED, cc:Govt (Healy, Bethaney) (Entered: 11/03/2004) |
| 11/04/2004 | 48 | Letter (non-motion) regarding LR 116.3(A) and (H) as to Albert V. Innarelli (Healy, Bethaney) (Entered: 11/04/2004) |
| 11/10/2004 | 50 | Letter (non-motion) regarding discovery requests pursuant to L.R. 116 as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan (Lindsay, Maurice) (Entered: 11/10/2004) |
| 11/10/2004 | 52 | Govt's MOTION for Designation as complex case as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan by USA. (Lindsay, Maurice) (Entered: 11/12/2004) |
| 11/10/2004 | 53 | PARTIES' INITIAL JOINT MEMORANDUM Pursuant to local rules 116.5(A) by U.S.A., Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan. (Lindsay, Maurice) (Entered: 11/12/2004) |
| 11/15/2004 | 56 | Judge Kenneth P. Neiman: INTERIMSCHEDULING ORDER as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan Status Conference set for 2/15/2005 at 01:30 PM in Courtroom 3 before Magistrate Kenneth P. Neiman. Parties to file a joint memorandum by close of business on 2/14/2005; cc/cl. (Finn, Mary) (Entered: 11/16/2004) |
| 11/15/2004 | 57 | Judge Kenneth P. Neiman : INTERIMSTATUS REPORT entered as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan Status Conference set for 2/15/2005 at 01:30 PM in Courtroom 3 before Magistrate Kenneth P. Neiman; cc/cl. (Finn, Mary) (Entered: 11/16/2004) |
| 11/16/2004 | 59 | Judge Kenneth P. Neiman : ORDER ON EXCLUDABLE DELAY entered as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, |

| | | |
|---|---|---|
| | | Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan Time excluded from 9/23/2004 until 11/15/2004; cc/cl. (Finn, Mary) (Entered: 11/16/2004) |
| 12/02/2004 | | Attorney update in case as to Albert V. Innarelli. Attorney Mark G. Mastroianni terminated. (Healy, Bethaney) (Entered: 12/02/2004) |
| 12/07/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting without opposition 52 Government's Motion for Designation as Complex Case as to Albert V. Innarelli (1), Michael Bergdoll (2), Anthony Matos (3), Pasquale Romeo (4), Wilfred Changasie (5), Theodore Jarrett (6), Mark McCarthy (7), James Smith (8), Jonathan Frederick (9), and Joseph Sullivan (10). So ordered. (Neiman, Kenneth) (Entered: 12/07/2004) |
| 12/09/2004 | 61 | Deft. Albert V.Innarelli's motion to modify conditions of release to allow him to travel to Providence, RI and North Smithfield, RI filed. . (Finn, Mary) (Entered: 12/09/2004) |
| 12/10/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 61 Motion to Modify Conditions of Release as to Albert V. Innarelli (1) as follows: Defendant is free to travel to Rhode Island as well. In addition, Defendant is free to travel to New York upon prior notice to Pretrial Services. (Neiman, Kenneth) (Entered: 12/10/2004) |
| 02/14/2005 | 68 | JOINT MEMORANDUM pursuant to L.R. 116.5(A) of the parties re initial status conference by Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan filed. (Finn, Mary) (Entered: 02/15/2005) |
| 02/15/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Welch, Buckley, Leary, Nagel, Durant, Sullivan, Santaniello, Albano and Kelly) appear for Status Conference as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan held on 2/15/2005. Atty Leary appears on behalf of Atty Bongiorni. Atty Sullivan appears on behalf of Attys St. Clair and Jennings. Colloquy re: status of discovery. Scheduling Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 02/15/2005) |
| 02/15/2005 | 69 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan ENTERED, cc:cl. By 2/28/05, Govt provide copies of all tapes/CDs to Defts for transcription; by 2/28/05, Defts who haven't done so yet shall notify the Govt which documents they wish to have copied; those copies to be provided by 4/1/05; Interim Status Conference set for 4/14/2005 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memorandum by 4/12/05. (Healy, Bethaney) (Entered: 02/16/2005) |
| 02/15/2005 | 70 | Magistrate Judge Kenneth P. Neiman. STATUS REPORT as to Albert V. |

| | | |
|---|---|---|
| | | Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan ENTERED, cc:cl. (Healy, Bethaney) (Entered: 02/16/2005) |
| 02/16/2005 | ◯ | The following attorneys executed the paper copy of the 68 joint memorandum at the 2/15/05 status conference: Moira Buckley, Steven Leary, Michael Jennings (By Mark Sullivan), Terry Nagel, Maria Durant, Robert Santaniello, Jack St. Clair (By Mark Sullivan), and Mark Albano. (Healy, Bethaney) (Entered: 02/16/2005) |
| 02/16/2005 | ◯71 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan ENTERED, cc:cl. Time excluded from September 23, 2004 until February 15, 2005. (Healy, Bethaney) (Entered: 02/16/2005) |
| 04/13/2005 | ◯79 | JOINT MEMORANDUM of the parties re initial status conference pursuant to L.R. 116.5(A) by Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan filed. (Finn, Mary) (Entered: 04/13/2005) |
| 04/13/2005 | ◯80 | JOINT MEMORANDUM (Signed copy) of the parties re initial status conference by Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan (Healy, Bethaney) (Entered: 04/18/2005) |
| 04/14/2005 | ◯ | Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Status Conference as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan held on 4/14/2005. Scheduling Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 04/18/2005) |
| 04/14/2005 | ◯81 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan ENTERED, cc:cl. FINAL Status Conference set for 6/30/2005 at 2:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. See Scheduling Order for further details. (Healy, Bethaney) (Entered: 04/18/2005) |
| 04/14/2005 | ◯82 | Magistrate Judge Kenneth P. Neiman. STATUS REPORT as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 04/18/2005) |
| 04/14/2005 | ◯83 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, |

| | | |
|---|---|---|
| | | Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, ENTERED, cc:cl. Time excluded from 9/23/04 until 4/14/05. (Healy, Bethaney) (Entered: 04/18/2005) |
| 06/30/2005 | 95 | Parties JOINT MEMORANDUM re initial status conference pursuant to L.R. 116.5(A) by Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan filed. (Finn, Mary) (Entered: 06/30/2005) |
| 06/30/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Welch, Buckley, Durant, St. Clair, Albano, Kelly and Santaniello) appear for Interim Status Conference as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan held on 6/30/2005. Atty St. Clair indicates that he is appearing on behalf of Attys Bongiorni and Jennings. Colloquy re: status of matter and likelihood of superseding indictment. Further status conference set for 10/5/05 at 2:30 p.m. Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 06/30/2005) |
| 06/30/2005 | 96 | Magistrate Judge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan setting Interim Status Conference for 10/5/2005 at 2:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint mem by 10/3/05. (Healy, Bethaney) (Entered: 06/30/2005) |
| 06/30/2005 | 97 | Magistrate Judge Kenneth P. Neiman. INTERIM STATUS REPORT as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan ISSUED, cc:cl. (Healy, Bethaney) Modified on 7/15/2005 (changing language from "Final" to "Interim" Status Report) (Healy, Bethaney). (Entered: 06/30/2005) |
| 09/21/2005 | 103 | Govt's MOTION to Unseal the Superseding Indictment as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivanby USA filed. (Finn, Mary) (Entered: 09/21/2005) |
| 09/21/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 103 Motion to Unseal Superseding Indictment as to Albert V. Innarelli (1), Michael Bergdoll (2), Anthony Matos (3), Pasquale Romeo (4), Wilfred Changasie (5), Theodore Jarrett (6), Mark McCarthy (7), James Smith (8), Jonathan Frederick (9), Joseph Sullivan (10), ENTERED, cc:cl. (Healy, Bethaney) (Entered: 09/21/2005) |
| 09/21/2005 | 104 | SUPERSEDING INDICTMENT as to Albert V. Innarelli (1) count(s) 1s-68s, 69s, Michael Bergdoll (2) count(s) 1s-2s, 5s, 9s-10s, 13s, 17s, 21s, |

| | | |
|---|---|---|
| | | 23s, 27s, 29s-32s, 34s, 39s, 43s, 45s, 49s-51s, 57s, 69s, Anthony Matos (3) count(s) 2s, 4s, 6s-12s, 15s, 17s-21s, 23s-28s, 30s-32s, 35s-36s, 40s-41s, 46s-47s, 52s-54s, 56s-58s, 60s-68s, 69s, Pasquale Romeo (4) count(s) 1s, 29s-31s, 34s, 38s, 42s, 44s-45s, 48s-50s, 59s, 66s, 69s, Wilfred Changasie (5) count(s) 14s, 16s, 69s, Theodore Jarrett (6) count(s) 3s-10s, 13s-14s, 16s-20s, 22s-24s, 26s-29s, 33s-34s, 37s, 39s, 43s, 48s-49s, 69s, Mark McCarthy (7) count(s) 3s, 14s, 16s, 21s, 23s, 33s, 37s-38s, 42s, 44s-46s, 49s, 55s, 59s, 69s, James Smith (8) count(s) 2s, 4s-6s, 9s, 69s, Jonathan Frederick (9) count(s) 5s-6s, 8s, 13s-14s, 16s, 21s, 46s-47s, 52s-53s, 58s, 60s-61s, 63s, 66s-68s, 69s, Joseph Sullivan (10) count(s) 2s, 7s, 9s-12s, 17s-20s, 22s-24s, 26s-29s, 31s-33s, 35s-38s, 40s-42s, 45s, 49s, 51s, 54s-57s, 62s, 65s, 69s, Lawrence Lynch (11) count(s) 50, 69, Edgar Corona (12) count(s) 48, 59, 69, Kathryn Zepka (13) count(s) 40-41, 46-47, 52-54, 56, 58, 60-61, 63-68, 69. (Attachments: # 1 Part 2 of 2) (Healy, Bethaney) (Entered: 09/21/2005) |
| 09/21/2005 | 🔾 | REMARK as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka: Superseding indictment unsealed this day and entered as of this date. Superseding indictment was returned by the Grand Jury on 09/09/05. (Healy, Bethaney) (Entered: 09/21/2005) |
| 09/27/2005 | 🔾 | NOTICE OF HEARING as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, ISSUED, cc:cl. Arraignment on Superseding Indictment set for 10/5/2005 at 2:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. COUNSEL SHALL MAKE ARRANGEMENTS FOR THEIR RESPECTIVE CLIENTS TO BE IN COURT FOR THE ARRAIGNMENT. (Healy, Bethaney) (Entered: 09/27/2005) |
| 10/05/2005 | 🔾 | ElectronicClerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Buckley (obo Innarelli), Leary (apr obo Bergdoll and Matos), Sullivan (obo Romeo), Kettlewell (obo Jarrett) (, Santaniello (obo McCarthy), Albano (obo Frederick), Kelly (obo Sullivan) appear for Arraignment on the superseding indictment. Defts plead not guilty to the following counts: Albert V. Innarelli (1) Count 1-25,1s-68s,26,27-62,63,69s and Michael Bergdoll (2) Count 1-2,1s-2s,5,5s,9-10,9s-10s,13,13,17,17s,21s,21,23,23s,27,27s,29-30,29s-32s,31,32,34s,34,39s,42-43,43s,45s,46-47,49s-51s,53,57s,63,69s and Anthony Matos (3) Count 2,2s,4,4s,6-12,6s-12s,15s,15,17-21,17s-21s,23s-28s,23-25,26,27-28,30-32,30s-32s,35-36,35s-36s,39-40,40s-41s,44-45,46s-47s,48-50,52s-54s,52-62,56s-58s,60s-68s,63,69s and Pasquale Romeo (4) Count 1,1s,29-31,29s-31s,34,34s,38,38s,41,42s,43,44s-45s,48s-50s,59s,63,66s,69s and Theodore Jarrett (6) Count 3-10,3s-10s,13-14,13s-14s,16-20,16s-20s,22s-24s,22-24,26,26s-29s,27-29,33-34,33s-34s,37,37s,39,42,43s,46,48s-49s,63,69s and Mark McCarthy (7) Count 3,3s,14,14s,16,16s,21,21s,23,23s,33,33s,37-38,37s-38s,41,42s,43-44,44s-46s,46,49s,51,55s,59s,63,69s and Jonathan Frederick (9) Count 5-6,5s- |

| | | |
|---|---|---|
| | | 6s,8,8s,13-14,13s-14s,16,16s,21,21s,44-45,46s-47s,48-49,52,52s-53s,54-56,58,58s,60-62,60s-61s,63,63s,66s-68s,69s and Joseph Sullivan (10) Count 2,2s,7,7s,9-12,9s-12s,17-20,17s-20s,22-24,22s-24s,26s-29s,27-29,31-33,31s-33s,35-41,35s-38s,40s-42s,43,45s,46-47,49s,50-51,51s,53,54s-57s,57,59,62s,63,65s,69s held on 10/5/2005. Schedule established with order to issue. (Healy, Bethaney) (Entered: 10/05/2005) |
| 10/05/2005 | ⚫119 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, ENTERED, cc:cl. Interim Status Conference set for 12/8/2005 at 1:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman (counsel for Defts Zepka, Corona and Lynch shall also attend an initial status conf. on 11/9/05 at 1:00 p.m.); joint memo done by 12/6/05. (Healy, Bethaney) (Entered: 10/06/2005) |
| 10/05/2005 | ⚫120 | Magistrate Judge Kenneth P. Neiman. INTERIM STATUS REPORT as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, cc:cl. (Healy, Bethaney) (Entered: 10/06/2005) |
| 10/07/2005 | ⚫123 | Govt's Letter (non-motion) regarding automatc discovery obligations as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka filed. (Finn, Mary) (Entered: 10/11/2005) |
| 11/08/2005 | ⚫126 | Parties JOINT MEMORANDUM of the parties re initial status conference by Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka filed. (Finn, Mary) (Entered: 11/08/2005) |
| 11/16/2005 | ⚫132 | Letter (non-motion) regarding discovery request as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka (Lindsay, Maurice) (Entered: 11/17/2005) |
| 12/08/2005 | ⚫ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Welch, Leary, Bongiorni, Santaniello, St. Clair, Albano, Kelly, O'Brien) appear for Status Conference as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka held on 12/8/2005. Colloquy re: potential conflict. Conflict hearing re: Deft Sullivan set for 12/21/05 at 2:30 p.m. Atty Kelly to make arrangements for Michael Hutchison to be present in court for hearing. Status Report and Scheduling Order to issue. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 12/08/2005) |

| 12/08/2005 | ◉138 | Judge Kenneth P. Neiman : INTERIM SCHEDULING ORDER as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka entered. Final Status Conf. set for 1/18/2006 at 2:00 P.M. in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Counsel for Defts. Lawrence Lynch, Edgar Corona and Kathryn Zepka are hereby notified that this conf. will be treated as a Final Conf., not as an interim conf. (as previously indicated), for their clients as well. Parties joint memorandum due by close of businsess on 1/13/2006; cc/cl. (Finn, Mary) (Entered: 12/08/2005) |
|---|---|---|
| 12/08/2005 | ◉139 | Judge Kenneth P. Neiman : ORDER entered. INTERIM STATUS REPORT as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka entered. Final Status Conference set for 1/18/2006 at 02:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; cc/cl. (Finn, Mary) (Entered: 12/08/2005) |
| 01/18/2006 | ◉ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Welch, Buckley, Leary, Bongiorni, Jennings, O'Brien, Santaniello, Kokonowski, Murphy, Murphy and Ensor) appear for Final Status Conference as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka held on 1/18/2006. Colloquy re: status of case and discovery. Parties indicate the case is ready to proceed to District Judge Ponsor, for a pretrial conference to be set in 60 days. Initial Pretrial Conference set for 3/13/06 at 3:00 p.m. before District Judge Ponsor. Parties agree and the court finds that the time should be excluded from Speedy Trial calculation. Order to issue. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 01/19/2006) |
| 01/18/2006 | ◉146 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka, filed. (Healy, Bethaney) (Entered: 01/19/2006) |
| 01/18/2006 | ◉147 | Magistrate Judge Kenneth P. Neiman. FINAL STATUS REPORT as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka ENTERED, cc:cl. Initial Pretrial Conference set for 3/13/2006 at 3:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Healy, Bethaney) (Entered: 01/19/2006) |
| 01/19/2006 | ◉148 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, |

| | | |
|---|---|---|
| | | James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka ENTERED, cc:cl. Time excluded from April 14, 2005 until March 13, 2006. (Healy, Bethaney) (Entered: 01/19/2006) |
| 02/13/2006 | 158 | Judge Michael A Ponsor : Electronic ORDER entered re: Trial as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka Counsel to appear on 3/13/06 at 3:00 p.m. for status conference; Counsel are encouraged to contact court reporter to discuss possibility of daily copy; SEE ORDER FOR COMPLETE DETAILS (French, Elizabeth) (Entered: 02/13/2006) |
| 03/03/2006 | 156 | First MOTION to Dismiss *Counts One through 68 of Superseding Indictment* as to Albert V. Innarelli. (Buckley, Moira) (Entered: 03/03/2006) |
| 03/03/2006 | 157 | First MEMORANDUM in Support by Albert V. Innarelli re 156 First MOTION to Dismiss *Counts One through 68 of Superseding Indictment* (Buckley, Moira) (Entered: 03/03/2006) |
| 03/13/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Kathryn Zepka held on 3/13/2006 - Opposition to Motions to Dismiss and Motion to severe to be filed by 3/24/06; Argument on pending motions set for 4/4/06 at 2:00 p.m.; Motions in limine by 4/14/06; Opposed by 4/24/06; Hearing on Motions in limine set for 5/4/06 at 2:00 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 03/14/2006) |
| 03/13/2006 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka 156 First MOTION to Dismiss *Counts One through 68 of Superseding Indictment*, 256 MOTION to Dismiss *Count Fifteen*, 171 MOTION, [169] Joint MOTION for Hearing *on Motion to Dismiss to be waived*, [241] MOTION to Continue to for sentencing, [154] MOTION to Sever. Motion Hearing set for 4/4/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Added to update all deadlines in docket only) (French, Elizabeth) (Entered: 09/25/2006) |
| 03/24/2006 | 162 | RESPONSE to Motion by USA as to Albert V. Innarelli, Pasquale Romeo re 156 First MOTION to Dismiss *Counts One through 68 of Superseding Indictment*, [159] MOTION to Dismiss (Welch, William) (Entered: 03/24/2006) |
| 03/27/2006 | 166 | NOTICE OF HEARING as to Albert V. Innarelli Change of Plea Hearing set for 4/14/2006 11:00 AM in Courtroom 1 before Judge Michael A |

| | | |
|---|---|---|
| | | Ponsor. (French, Elizabeth) (Entered: 03/27/2006) |
| 03/27/2006 | | NOTICE OF RESCHEDULING as to Albert V. Innarelli Per request of defense counselChange of Plea reset for 4/13/2006 10:30 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/27/2006) |
| 04/03/2006 | 171 | MOTION to waive argument on 156 Motion to dismiss as to Albert V. Innarelli. (Buckley, Moira) (Entered: 04/03/2006) |
| 04/12/2006 | | NOTICE OF RESCHEDULING TO COUNSEL as to Albert V. Innarelli Change of Plea Hearing RESET FROM 4/13/06 AT 10:30 4/24/2006 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 04/12/2006) |
| 04/13/2006 | | NOTICE TO COUNSEL OF RESCHEDULING NOTE: TIME CHANGE ONLY as to Albert V. Innarelli Change of Plea Hearing RESET for 4/24/2006 01:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 04/13/2006) |
| 04/20/2006 | 180 | MOTION for Leave to Appear Pro Hac Vice by James Bergenn Filing fee $ 50.00, receipt number 306251. as to Albert V. Innarelli. (Attachments: # 1 Affidavit of James Bergenn)(Stuckenbruck, John) (Entered: 04/24/2006) |
| 04/24/2006 | 181 | NOTICE OF ATTORNEY APPEARANCE: Shana-Tara Regon appearing for Albert V. Innarelli for purpose of filing motion to admit James Bergenn, Esq., pro hac vice. (Stuckenbruck, John) (Entered: 04/24/2006) |
| 04/24/2006 | | Judge Michael A Ponsor : electronic ORDER entered granting 180 Motion for Leave to Appear for defendant for Attorney James Bergenn for Albert V. Innarelli (1). Attorney Bergenn shall file a notice of appearance forthwith. (Stuckenbruck, John) (Entered: 04/24/2006) |
| 04/24/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Albert V. Innarelli held on 4/24/2006, Plea entered by Albert V. Innarelli (1) Guilty Count 1s-14s,16s-68s,69s. (Government to dismiss count 15s) Sentencing set for 9/14/06 at 2:00 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 04/27/2006) |
| 04/27/2006 | 183 | Judge Michael A Ponsor : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Albert V. Innarelli Sentencing set for 9/14/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 04/27/2006) |
| 05/08/2006 | 197 | Judge Michael A Ponsor : ORDER re: Presentence proceedings entered. as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Kathryn Zepka SEE ORDER FOR COMPLETE DETAILS Argument on motions regarding sentencing set for 7/7/06 at 2:00 p.m (French, Elizabeth) |

| | | |
|---|---|---|
| | | (Entered: 05/08/2006) |
| 05/19/2006 | ❍207 | First MOTION for Extension of Time to July 28, 2006 to File Motion Re: Appropriate Method of Calculating Loss as to Albert V. Innarelli. (Buckley, Moira) (Entered: 05/19/2006) |
| 06/08/2006 | ❍219 | First MOTION for Discovery *re. Sentencing* as to Albert V. Innarelli. (Buckley, Moira) (Entered: 06/08/2006) |
| 06/23/2006 | ❍223 | RESPONSE to Motion by USA as to Albert V. Innarelli re 219 First MOTION for Discovery *re. Sentencing* (Welch, William) (Entered: 06/23/2006) |
| 06/29/2006 | ❍226 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered. Defts' motions to ext. to 7/28/2006 the time to file a motion as to the proper method for loss calculation in this case - [204], 207, [209], [210], [211], [212], [213], [215] & [216] - are ALLOWED, the Govt. not having opposed these motion. Govt's opposition to be filed by 8/21/2006. Argument on the motions will be held on 9/01/2006 at 11:00 A.M. Sentencing for Deft. Albert Innarelli has been set for 9/14/2006, and for the remaining Defts. for the balance of Sept. and Oct. Deft. Changasie will be sentenced on 11/20/2006. No sentencing date wil be continued as a result of this ruling. All objections to the pre-sentence reports, except with regard to the calculation of loss, will be filed in accordance with the procedural order previously issued by the Court. The Court will address the issue of calculation of loss at the 9/01/2006 hearing and will apply the resolution of the issue at the sentencings thereafter; cc/cl. (Finn, Mary) (Entered: 06/30/2006) |
| 06/30/2006 | ❍ | Set/Reset Deadlines as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka:, Set/Reset Deadlines/Hearings as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka: Defts' Motions re: as to the proper method for loss calculation due by 7/28/2006. Govt's Responses due by 8/21/2006. Argument on motions set for 9/01/2006 at 11:00 A.M. (Finn, Mary) (Entered: 06/30/2006) |
| 07/05/2006 | ❍ | Judge Michael A Ponsor : endorsedORDER entered denying 219 Motion for Discovery as to Albert V. Innarelli (1) "Denied w/o prejudice on the ground that the government's response adequately addresses the defendant's need for discovery"; granting [217] Motion for Extension of Time as to Jonathan Frederick (9) (French, Elizabeth) (Entered: 07/05/2006) |
| 07/28/2006 | ❍227 | Memorandum regarding Loss Calculation as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Mark McCarthy, James Smith, Lawrence Lynch (Buckley, Moira) Additional attachment(s) added on 7/28/2006 (Stuckenbruck, John). |

| | | |
|---|---|---|
| | | (Entered: 07/28/2006) |
| 07/28/2006 | 🔵 | Notice of correction to docket made by Court staff. Correction: Memorandum re: calculation of loss, doc. #227, corrected to add Atty. Kokonowski to signature page of document as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka (Stuckenbruck, John) (Entered: 07/28/2006) |
| 08/09/2006 | 🔵231 | MOTION to Continue as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepkaby USA. (Welch, William) (Entered: 08/09/2006) |
| 08/16/2006 | 🔵234 | Memorandum regarding Loss Calculation as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka (Welch, William) Additional attachment(s) added on 8/17/2006 (Finn, Mary). (Entered: 08/16/2006) |
| 08/17/2006 | 🔵 | Notice of correction to docket made by Court staff. Correction: document 234 corrected because: case had wrong case number as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka (Finn, Mary) (Entered: 08/17/2006) |
| 08/17/2006 | 🔵 | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 231 Motion to Continue as to Albert V. Innarelli (1), Anthony Matos (3), Pasquale Romeo (4), Wilfred Changasie (5), Theodore Jarrett (6), Mark McCarthy (7), James Smith (8), Jonathan Frederick (9), Joseph Sullivan (10), Lawrence Lynch (11), Edgar Corona (12), Catherine Zepka (13) ENTERED. cc:cl. (Healy, Bethaney) (Entered: 08/17/2006) |
| 08/18/2006 | 🔵236 | First MOTION to Continue *Sentencing* to After January 18, 2007 to Sentencing as to Albert V. Innarelli. (Buckley, Moira) (Entered: 08/18/2006) |
| 08/22/2006 | 🔵 | ELECTRONIC NOTICE TO COUNSEL OF HEARING ON MOTION as to Albert V. Innarelli, Pasquale Romeo [235] MOTION to Continue, 236 First MOTION to Continue *Sentencing* to After January 18, 2007 to Sentencing: Motion Hearing set for 8/31/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 08/22/2006) |
| 08/25/2006 | 🔵239 | Opposition by USA as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka re 231 MOTION to Continue *Sentencing Dates* (Welch, William) (Entered: 08/25/2006) |

| | | |
|---|---|---|
| 09/05/2006 | 🔘 | Judge Michael A Ponsor : endorsedORDER entered granting in part 236 Motion to Continue as to Albert V. Innarelli (1) Sentencing will proceed 9/20/2006 02:00 PM in Courtroom 1 before Judge Michael Ponsor. (French, Elizabeth) (Entered: 09/06/2006) |
| 09/08/2006 | 🔘247 | AFFIDAVIT by Albert V. Innarelli (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(Buckley, Moira) (Entered: 09/08/2006) |
| 09/13/2006 | 🔘248 | NOTICE *To Seek Detention Post-Sentencing* by Albert V. Innarelli (Smyth, Paul) (Entered: 09/13/2006) |
| 09/13/2006 | 🔘249 | NOTICE OF ATTORNEY APPEARANCE Todd E. Newhouse appearing for USA filed. (Finn, Mary) (Entered: 09/14/2006) |
| 09/15/2006 | 🔘250 | First MOTION to Seal *Sentencing Memorandum and Exhibits* as to Albert V. Innarelli. (Buckley, Moira) (Entered: 09/15/2006) |
| 09/18/2006 | 🔘252 | SENTENCING MEMORANDUM by USA as to Albert V. Innarelli (Smyth, Paul) (Entered: 09/18/2006) |
| 09/18/2006 | 🔘253 | SENTENCING MEMORANDUM by USA as to Albert V. Innarelli (Attachments: # 1 Exhibit Attachment A (pages 1-10)# 2 Exhibit Attachment A (pages 11-20)# 3 Exhibit Attachment A (pages 21-30)# 4 Exhibit Attachment A (pages 31-37))(Smyth, Paul) (Entered: 09/18/2006) |
| 09/19/2006 | 🔘254 | NOTICE *of Intent to Request Self Surrender Date* by Albert V. Innarelli (Buckley, Moira) (Entered: 09/19/2006) |
| 09/19/2006 | 🔘255 | RESPONSE TO SENTENCING MEMORANDUM by Albert V. Innarelli (Buckley, Moira) (Entered: 09/19/2006) |
| 09/19/2006 | 🔘 | Motions terminated as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka: 231 MOTION to Continue filed by USA.. (Healy, Bethaney) (Entered: 09/19/2006) |
| 09/20/2006 | 🔘256 | MOTION to Dismiss *Count Fifteen* as to Albert V. Innarelliby USA. (Smyth, Paul) (Entered: 09/20/2006) |
| 09/20/2006 | 🔘257 | RESPONSE TO SENTENCING MEMORANDUM by USA as to Albert V. Innarelli (Smyth, Paul) (Entered: 09/20/2006) |
| 09/20/2006 | 🔘 | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Sentencing held on 9/20/2006 for Albert V. Innarelli (1), Count (s) 1s-14s, 16s72 mos imprisonment to consist of terms of 72 mos on ea ct to be served concurrently; Jud. Rec: defendant be permitted to serve this sentence at the Federal Facility located in Ft. Devens, MA and that he be allowed to participate in the 500 hour Intensive Drug Abuse Program; Def to voluntarily surrender to designated institution on 10/20/06 before 2:00 pm; 5 yrs supervised release to consist of terms of 5 |

| | | |
|---|---|---|
| | | yrs on Cts 1s-14s and 16s - 69s; and 3 yrs on ct 69s all to be served concurrently; Assessment fee of $6,800 due immediately; Restitution in the amount of $1,293,858 to be paid to Clerk, U.S. District Court for distribution to various victims; Ct 15s and original indictment to be dismissed by government. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 09/26/2006) |
| 09/21/2006 | 262 | NOTICE OF ATTORNEY APPEARANCE Paul Smyth appearing for USA. (Smyth, Paul) (Entered: 09/21/2006) |
| 09/21/2006 | | Judge Michael A Ponsor : endorsedORDER entered granting in part and denying in part 250 Motion to Seal as to Albert V. Innarelli (1) "Allowed in part. Pages A-4 to A-15 are ordered sealed. The balance of the materials will remain in the public record" (French, Elizabeth) (Entered: 09/22/2006) |
| 09/22/2006 | 266 | PARTIAL APPENDIX/EXHIBIT by Albert V. Innarelli to Sentencing Memorandum (dkt 253) (French, Elizabeth) (Entered: 09/22/2006) |
| 09/25/2006 | | Notice of correction to docket made by Court staff. as to Albert V. Innarelli, Michael Bergdoll, Anthony Matos, Pasquale Romeo, Wilfred Changasie, Theodore Jarrett, Mark McCarthy, James Smith, Jonathan Frederick, Joseph Sullivan, Lawrence Lynch, Edgar Corona, Catherine Zepka: Docket number 192 deleted from docket due to error of clerk; Word "endorsed" added to entry to indicate endorsed order (French, Elizabeth) (Entered: 09/25/2006) |
| 09/26/2006 | 270 | NOTICE OF APPEAL by Albert V. Innarelli Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/16/2006. (Buckley, Moira) (Entered: 09/26/2006) |
| 09/28/2006 | 275 | Judge Michael A Ponsor : ORDER entered. JUDGMENT as to Albert V. Innarelli (1), Count(s) 1s-14s, 72 mos imprisonment to consist of terms of 72 mos on ea ct to be served concurrently; Jud. Rec: defendant be permitted to serve this sentence at the Federal Facility located in Ft. Devens, MA and that he be allowed to participate in the 500 hour Intensive Drug Abuse Program; Def to voluntarily surrender to designated institution on 10/20/06 before 2:00 pm; 5 yrs supervised release to consist of terms of 5 yrs on Cts 1s-14s and 16s - 68s; and 3 yrs on ct 69s all to be served concurrently; Assessment fee of $6,800 due immediately; Restitution in the amount of $1,293,858 to be paid to Clerk, U.S. District Court for distribution to various victims; Ct 15s and original indictment to be dismissed by government (French, Elizabeth) (Entered: 09/28/2006) |
| 09/28/2006 | 277 | NOTICE OF APPEAL by Albert V. Innarelli re [275] Judgment filed. Filing fee of $455.00 paid. Receipt number 306369. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |