|  |  | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/18/2006. (Finn, Mary) (Entered: 09/29/2006) |