## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __United States of America v. Albert Innarelli, et al.__

District Court Case No. __04-30046-MAP__     District of __Massachusetts__

Date Notice of Appeal filed __09/28/06__     Court of Appeals Case No. ____

Form filed on behalf of __Albert Innarelli__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ____

### TRANSCRIPT ORDER

Name of Court Reporter __Sarah Mubarek, Philbin & Associates__

Phone Number of Reporter __(413) 733-4078__

A. __X__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) ____ | |
| ☐ Testimony (specify) ____ | |
| ☒ Other (specify) __Argument on Motion to Continue September 1, 2006__ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.

☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act. A CJA Form 24 has been approved by the __district court__ judge.

☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Moira L. Buckley__     Filer's Signature __/s/ Moira L. Buckley__

Firm/Address __Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1919__

Telephone number __(860) 251-5000__     Date mailed to court reporter __10/5/06__

(Court Reporter Use ONLY) Date received ____

Form CA1-10 (6/12/06)     SEE INSTRUCTIONS ON REVERSE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 04-30046-MAP |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALBERT INNARELLI, ET AL. | : | OCTOBER 5, 2006 |

## CERTIFICATION OF SERVICE OF TRANSCRIPT ORDER

I certify that I have caused the original of foregoing Transcript Order to be served on the court reporter of record, and have served a copy of the foregoing on Assistant United States Attorneys William Welch and Paul Hart Smyth by electronic filing on this 5th day of October, 2006.

THE DEFENDANT,
ALBERT INNARELLI

By: /s/ Moira L. Buckley
James W. Bergenn
Moira L. Buckley
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000
(860) 251-5219 (fax)
jbergenn@goodwin.com
mbuckley@goodwin.com
His Attorneys