## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __United States of America v. Albert Innarelli, et al.__

District Court Case No. __04-30046-MAP__     District of __Massachusetts__

Date Notice of Appeal filed __09/28/06__     Court of Appeals Case No. _____

Form filed on behalf of __Albert Innarelli__

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

### TRANSCRIPT ORDER

Name of Court Reporter __Sarah Mubarek, Philbin & Associates__
Phone Number of Reporter __(413) 733-4078__

A.   __X__   This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

PROCEEDING(S)                                    HEARING DATE(S)

- ☐ Jury Voir Dire
- ☐ Opening Statement (plaintiff)
- ☐ Opening Statement (defendant)
- ☐ Trial
- ☐ Closing Argument (plaintiff)
- ☐ Closing Argument (defendant)
- ☐ Findings of Fact/Conclusions of Law
- ☐ Jury Instructions
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Bail hearing
- ☐ Pretrial proceedings (specify) _____
- ☐ Testimony (specify) _____
- ☒ Other (specify) __Argument on Motion to Continue August 31, 2006__

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.   __X__   I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

- ☒ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Moira L. Buckley__     Filer's Signature __/s/ Moira Buckley__
Firm/Address __Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1919__
Telephone number __(860) 251-5000__     Date mailed to court reporter __10/10/06__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)                                    SEE INSTRUCTIONS ON REVERSE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 04-30046-MAP |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALBERT INNARELLI, ET AL. | : | OCTOBER 10, 2006 |

### CERTIFICATION OF SERVICE OF TRANSCRIPT ORDER

      I certify that I have caused the original of foregoing amended Transcript Order to be served on the court reporter of record (via mail), and have served a copy of the foregoing on Assistant United States Attorneys William Welch and Paul Hart Smyth by electronic filing on this 10th day of October, 2006.

                                        THE DEFENDANT,
                                        ALBERT INNARELLI

                  By: _____
                            James W. Bergenn
                            Moira L. Buckley
                            Shipman & Goodwin LLP
                            One Constitution Plaza
                            Hartford, CT 06103-1919
                            (860) 251-5000
                            (860) 251-5219 (fax)
                            jbergenn@goodwin.com
                            mbuckley@goodwin.com
                            His Attorneys