UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 04-30046-MAP |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALBERT INNARELLI, ET AL. | : | OCTOBER 16, 2006 |

## DEFENDANT'S MOTION TO EXTEND TIME TO SELF-SURRENDER

The Defendant, Albert Innarelli respectfully moves that this Court extend the time for him to self-surrender for an additional 30 days from October 20, 2006.

As grounds, the defendant asserts that he was sentenced on September 20, 2006 and ordered to self-surrender on Friday, October 20, 2006 at a facility designated by the Bureau of Prisons. As of October 16, 2006, the defendant has not been informed of his designated facility.

WHEREFORE, counsel requests an additional 30 days within which to receive his designation and date to self-surrender.

THE DEFENDANT,
ALBERT INNARELLI

By: /s/ Moira L. Buckley
Moira L. Buckley
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-2819
(860) 251-5000
(860) 251-5219 (fax)
mbuckley@goodwin.com

## CERTIFICATION OF SERVICE

I certify that I have served a copy of the above on AUSAs William Welch and Paul Hart Smyth, and all parties of record by electronic filing on this 16th day of October, 2006.

_____
Moira L. Buckley