UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | : | CRIMINAL NO: 04-30046-MAP |
|---|---|---|
| v. | : | |
| ALBERT INNARELLI, ET AL. | : | OCTOBER 25, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 83.5.2(c) of the Local Rules of the United States Court for the District of Massachusetts, the undersigned counsel of record for Defendant Albert Innarelli hereby respectfully moves to withdraw her appearance herein. Other counsel for defendant, namely attorneys James Bergenn and Moira Buckley of Shipman & Goodwin LLP, have duly appeared and remain as counsel for defendant herein, in the place and stead of the undersigned.

WHEREFORE, the undersigned respectfully asks that this motion be granted, together with such other and further relief as the Court deems proper.

Dated: October 25, 2006

/s/ Shana-Tara Regon

Shana-Tara Regon, Esq. (MABBO658049)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5000
Fax: (860) 251-5319
email: sregon@goodwin.com

ATTORNEY FOR DEFENDANT
ALBERT INNARELLI

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 25, 2006.

                                      /s/ Shana-Tara Regon
                                      _____
                                      Shana-Tara Regon

444561 v.01