# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number: 04-30046-MAP

UNITED STATES OF AMERICA,

v.

ALBERT INNARELLI, ET AL

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

[299]/ - Transcript of 8/31/2006 hearing

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on . 11/6/06

Sarah A. Thornton, Clerk of Court

By:  /S/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06



# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-30046-MAP

UNITED STATES OF AMERICA,

v.

ALBERT INNARELLI, ET AL

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

[299]/ - Transcript of 8/31/2006 hearing

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on . 11/6/26

Sarah A. Thornton, Clerk of Court

By: /S/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____ .

_____
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06