UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 04-30046-MAP |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALBERT INNARELLI, ET AL. | : | NOVEMBER 13, 2006 |

### DEFENDANT'S MOTION TO EXTEND TIME TO SELF-SURRENDER

The Defendant, Albert Innarelli, respectfully moves that this Court extend the time for him to self-surrender for an additional 37 days from November 20, 2006, until December 27, 2006.

As grounds, the defendant asserts that he was sentenced on September 20, 2006, and originally ordered to self-surrender on Friday, October 20, 2006, at a facility designated by the Bureau of Prisons. On October 16, 2006, the Defendant requested an additional month, until November 20, 2006, to self-surrender because the Bureau of Prisons had not designated a facility. The Defendant makes a second request to extend time to self-surrender because, as of November 13, 2006, he has not been informed of his designated facility.

- 2 --

WHEREFORE, the Defendant requests an additional 37 days from November 20, 2006, until December 27, 2006, within which to receive his designation and date to self-surrender.

THE DEFENDANT,
ALBERT INNARELLI

By: /s/ Moira L. Buckley
Moira L. Buckley
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-2819
(860) 251-5000
(860) 251-5219 (fax)
mbuckley@goodwin.com

- 3 --

## CERTIFICATION OF SERVICE

      I certify that I have served a copy of the above on AUSAs William Welch and Paul Hart Smyth, and all parties of record by electronic filing on this 13th day of November, 2006.

_____
Moira L. Buckley