*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number:  04cr30046-MAP

USDC Docket Number :  06-2400

UNITED STATES OF AMERICA,

v.

ALBERT INNARELLI

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

SEALED PAGES A-4 - A-15 OF SENTENCING MEMORANDUM, DOC. # 253

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A. Thornton, Clerk of Court

By:   /s/ John C. Stuckenbruck
      Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/19/06 .

_____
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06