UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | : | CRIMINAL NO: 04-30046-MAP |
|---|---|---|
| v. | : | |
| ALBERT INNARELLI, ET AL. | : | DECEMBER 22, 2006 |

### MOTION TO SEAL AND/OR IMPOUND CONFIDENTIAL MATERIALS

Pursuant to Local Rule 7.2, the Defendant, Albert Innarelli, by and through the undersigned counsel, moves this Honorable Court for an order sealing or impounding the following document in the above-captioned matter: **CJA Form 23, The Defendant's Financial Affidavit**.

Sealing or impoundment is requested to ensure the confidentiality of the defendant's sensitive financial information

The Defendant requests that the Sealing or Impoundment Order last as long as the Defendant's case is pending in this Court and in any court that may review this Court's sentence on Appeal, or as long as any collateral proceeding such as a habeas corpus action may last. The Defendant requests that upon expiration of such order, the Clerk of Court return the sealed documents to undersigned counsel.

DEFENDANT,
Albert Innarelli

By /s/ Moira Buckley
James W. Bergenn
Moira L. Buckley
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-2819
(860) 251-5000
(860) 251-5219 (fax)
jbergenn@goodwin.com
mbuckley@goodwin.com

2

## **CERTIFICATION**

I hereby certify that the foregoing Motion to Seal was filed electronically on this 22nd day of December, 2006, thereby providing notice to all parties of record.

_____
Moira L. Buckley