UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 04-30046-MAP |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALBERT INNARELLI, ET AL. | : | DECEMBER 22, 2006 |

### DEFENDANT'S MOTION FOR ORDER DECLARING HIM FINANCIALLY ELIGIBLE FOR APPOINTMENT OF COUNSEL

The Defendant, Albert Innarelli, respectfully moves this Court for an order declaring him financially eligible for appointment of counsel. Mr. Innarelli was sentenced on September 20, 2006 to serve 72 months incarcerated. He has appealed his sentence. As demonstrated below, Mr. Innarelli is financially unable to afford legal representation and wishes to seek appointment of counsel to represent him on appeal.

In support of this Motion, Mr. Innarelli states:

1. Mr. Innarelli was charged with multiple counts of wire fraud in violation of 18 U.S.C. § 1343 and conspiracy to launder money in violation of 18 U.S.C. §§ 1956(h) and 1957.

2. On April 24, 2006, Mr. Innarelli appeared with undersigned counsel and pleaded guilty to 68 counts of wire fraud and one count of money laundering.

3. On September 20, 2006, Mr. Innarelli was sentenced to 72 months incarceration, five years of supervised release, and was ordered to pay $1,293,858.00 in restitution.

4. Undersigned counsel represented Mr. Innarelli, beginning immediately after his presentment on the original indictment in September, 2004, through sentencing, and including

filing the initial paperwork for his appeal. Mr. Innarelli has been unable to pay for undersigned counsel's legal services since March, 2006, prior to plea and sentencing; however, counsel continued to represent Mr. Innarelli. At this point, in light of the outstanding legal fees, counsel cannot continue to represent Mr. Innarelli on appeal.

5. Mr. Innarelli is unable to afford legal representation, including his obligation to fulfill the restitution order of $1,293.858.00. In addition to restitution, Mr. Innarelli has an outstanding debt of at least $1,000,000.00. Mr. Innarelli's employment will end on December 22, 2006 and he will be incarcerated beginning on December 27, 2006 for the next six years, consequently, he will have no meaningful income for that period of time. In light of his outstanding obligations, he is unable to pay private counsel to represent him on appeal. See CJA form 23, filed separately under seal, manually and ex parte.

6. The Criminal Justice Act ("CJA") provides that counsel shall be appointed to any financially eligible person who faces the loss of liberty in a case. See 18 U.S.C. § 3005(i). Mr. Innarelli's six year sentence constitutes a loss of liberty.

7. Mr. Innarelli will request counsel in the First Circuit Court of Appeals pursuant to Local Rule 46.5.

WHEREFORE, based on the foregoing reasons, Mr. Innarelli requests that the Court issue an order declaring him financially eligible for appointment of counsel so that he may seek such appointment from the Court of Appeals.

- 3 --

                                                          THE DEFENDANT,
                                                          ALBERT INNARELLI

By: _/s/ Moira L. Buckley_
      Moira L. Buckley
      Shipman & Goodwin LLP
      One Constitution Plaza
      Hartford, CT 06103-2819
      (860) 251-5000
      (860) 251-5219 (fax)
      mbuckley@goodwin.com

## CERTIFICATION OF SERVICE

     I certify that I have served a copy of the above on AUSAs William Welch and Paul Hart Smyth, and all parties of record by electronic filing on this 22nd day of December, 2006.

/s/ Moira L. Buckley
Moira L. Buckley