# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---

USCA Docket Number: 04-30046-MAP

USDC Docket Number: 06-2400

UNITED STATES OF AMERICA,

v.

ALBERT INNARELLI,

---

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

DOCUMENT #332 - DEFENDANT'S SENTENCING MEMORANUM (SEALED DOCUMENT)

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A. Thornton, Clerk of Court

By: /s/ Mary Finn - 9/242007
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06