# United States Court of Appeals
## For the First Circuit

No. 06-2400


**MANDATE**

UNITED STATES OF AMERICA,

Appellee,

v.

ALBERT V. INNARELLI,

Defendant, Appellant.

---

**JUDGMENT**

Entered: April 29, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now hereordered, adjudged and decreed as follows: Albert V. Innarelli's sentence is affirmed. The order of restitution is vacated and remanded for recalculation in a manner consistent with the opinion issued this day.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*

Deputy Clerk

Date: 5/20/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. Michael A. Ponsor, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Mr. Quilivan, Mr. Welch, Mr. Newhouse, Ms. Chaitowitz, Ms. Caddick, & Mr. Smyth.