UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 04-30046-MAP |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALBERT INNARELLI, ET AL. | : | JUNE 30, 2008 |

<u>MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL</u>

Pursuant to Local Rule 83.5.2(c) undersigned counsel respectfully moves for leave to withdraw her appearance and that of Attorney James W. Bergenn as counsel of record for the Defendant, Albert Innarelli, in the above-referenced matter. In support of this motion, undersigned counsel respectfully represents:

1. Mr. Innarelli was charged with multiple counts of wire fraud in violation of 18 U.S.C. 1343 and conspiracy to launder money in violation of 18 U.S.C. § 1956(h) and 1957.

2. On April 24, 2006, Mr. Innarelli appeared with undersigned counsel and pleaded guilty to 68 counts of wire fraud and one count of money laundering.

3. On September 20, 2006, Mr. Innarelli was sentenced to 72 months incarceration, five years of supervised release, and was ordered to pay $1,293,858.00 restitution.

4. Undersigned counsel represented Mr. Innarelli, beginning immediately after his presentment on the original indictment, through sentencing, and including filing the paperwork for his appeal. Mr. Innarelli has been unable to pay for undersigned counsel's legal services since March, 2006, prior to his plea and sentencing in this matter; however, counsel continued to represent Mr. Innarelli. Counsel has given Mr. Innarelli reasonable warning that she and

Attorney Bergenn could not continue to represent him while the bill for legal services rendered in Docket no. 04-30046-MAP remained outstanding, and that she and Attorney Bergenn would have to withdraw their appearances unless Mr. Innarelli's pre-existing fee obligations were fulfilled.

5. On January 29, 2007, this Court determined that Mr. Innarelli was unable to pay future legal fees and thus granted his request to proceed in forma pauperis with respect to his appeal. See District Court Docket entry 359. Undersigned counsel is unaware of any change in Mr. Innarelli's circumstances since his incarceration that would now make him able to pay his past legal fees to counsel and her firm, and be able to pay future fees generated in representation of Mr. Innarelli on remand.

6. The defendant will not be prejudiced by withdrawal of counsel at this juncture since new counsel will be able to review the calculations related to actual loss that were submitted by Mr. Innarelli's expert, Holly Ryan, and which were filed in this Court, in formulating an argument regarding the proper calculation for restitution.

7. In light of the foregoing, good cause for the requested withdrawal exists.

WHEREFORE, based on the foregoing reasons, undersigned counsel moves for leave to withdraw her appearance and that of Attorney James W. Bergenn on behalf of Mr. Innarelli.

THE DEFENDANT,
ALBERT INNARELLI

By:   /s/ Moira L. Buckley
Moira L. Buckley
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-2819
(860) 251-5836/(860) 251-5219 (fax)
mbuckley@goodwin.com

## CERTIFICATION OF SERVICE

I certify that I have served a copy of the above on AUSA Paul Hart Smyth, 1550 Main Street, Suite 310, Springfield, MA 01103 and to Albert Innarelli, #90825-038, I Unit, Federal Medical Center, Devins, P.O. Box 879, Ayer, MA 01432 by U.S. mail on this 30th day of June, 2008

       /s/ Moira L. Buckley
    Moira L. Buckley