UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CR-04-30046-MAP |
| ) | |
| v. ) | |
| ) | |
| **ALBERT INNARELLI,** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S MOTION TO EXTEND TIME FOR FILING ITS RESPONSE TO THE DEFENDANT'S MEMORANDUM REGARDING RESTITUTION

The United States of America respectfully moves this Court to extend by two weeks the time for filing the government's response to the Defendant's Memorandum of Law on Recalculation of Restitution (Dkt. 425). In support of this motion, the government states the following:

This case has been remanded for a review of the restitution order. The Defendant submitted it's memorandum regarding restitution on August 9, 2008. The government's response is presently due September 5, 2008. From August 9th through September 5, 2008, the undersigned has 10 days of previously scheduled vacation. This vacation in addition to other work-related obligations has interfered with the preparation of the government's response to the Defendant's memorandum regarding restitution (Dkt. 435).

Defendant Innarelli, through his counsel Attorney Elizabeth Caddick, assents to this request. Accordingly, the undersigned seeks to extend the time in which it must file its response in this case by two weeks, to September 20, 2008.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Paul Hart Smyth
By:   _____
        Paul Hart Smyth
        Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden,  ss.                                    Springfield, Massachusetts
                                                 August 25, 2008

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronic filing upon:

Elizabeth Caddick, Esq.

                                          /s/ Paul Hart Smyth
                                          _____
                                          PAUL HART SMYTH
                                          Assistant United States Attorney